# In the United States Court of Federal Claims

No. 98-314 L
(Filed: July 19, 2005)

******************************************
*
**CENTRAL PINES LAND COMPANY, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

## ORDER

On June 1, 2005, this case was converted to an electronic (ECF) case. On July 18, 2005, the Court issued a status conference order. That order was not delivered to Plaintiff, however, due to the failure of Plaintiff's counsel to be trained and registered in the ECF system.

The Court hereby ORDERS Plaintiff's counsel to obtain an ECF account, and to file a notice of compliance regarding his registration, on or before **July 29, 2005**.

**IT IS SO ORDERED**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge