# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**CENTRAL PINES LAND COMPANY, ET AL.** )
)
**Plaintiffs,** )
) **No. 98-314 L**
**versus** )
) **Judge James F. Merow**
**THE UNITED STATES,** )
)
**Defendant** )
)

## NOTICE OF COMPLIANCE

NOW INTO COURT, through undersigned counsel, come Central Pines Land Company, D, S & T, Inc., Drost & Brame, Inc., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, Jack E. Lawton, Jr., and Tower Minerals Company, Inc., who respectfully represents as follows, to-wit:

1.

As of this date, Counsel for Plaintiffs have obtained an ECF account and provides this notice of compliance regarding registration pursuant to that certain Order dated July 19, 2005 by the Honorable Edward J. Damich.

Date: July 26, 2005

Respectfully submitted,
THE GRAY LAW FIRM (APLC)

BY: s/A. J. GRAY, III
P. O. Box 1467
Lake Charles, LA 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697