**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CENTRAL PINES LAND COMPANY, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 98-314 L |
| | ) | |
| vs. | ) | |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**JOINT MOTION TO MODIFY THE COURT'S SCHEDULING ORDER OF MAY 25, 2005**

The parties respectfully submit this joint motion to modify the Court's May 25, 2005, scheduling order. Defendants will need additional time to complete expert disclosures as a result of the death of one of Defendants' experts. This proposal does not alter the November 30, 2005, deadline for completing discovery as set forth in the Court's prior order. This new schedule would, however, give the parties additional time to complete expert disclosures and could possibly facilitate settlement.

Accordingly, pursuant to RCFC 6.1, the parties request that the Court modify its May 25, 2005, scheduling order as follows:

| | |
|---|---|
| August 15, 2005 | Plaintiffs identify and disclose expert witnesses pursuant to Rule 26(a)(2) of the Court's Rules. |
| September 30, 2005 | Defendant identifies and discloses expert witnesses pursuant to Rule 26(a)(2) of the Court's Rules. |
| November 30, 2005 | Close of discovery. |
| December 14, 2005 | Post-discovery joint status report due. |
| January 10, 2006 | Post-discovery telephonic status conference. |

//

//

//

//

//

Dated: August 4, 2005

Respectfully submitted,

/s/ Alex Kriegsman

ALEX KRIEGSMAN
Natural Resources Section
Environment and Natural Res. Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 305-0506

TERRY PETRIE
Natural Resources Section
Environment and Natural Res. Division
U.S. Department of Justice
999 18th Street
Suite 945, North Tower
Denver, CO 80202
Tel: (303) 312-7327

ATTORNEYS FOR DEFENDANT