# In the United States Court of Federal Claims

No. 98-314 L
(Filed: August 5, 2005)

******************************************
*
**CENTRAL PINES LAND COMPANY, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
******************************************

**ORDER**

On August 5, 2005, the parties filed their Joint Motion to Modify the Court's Scheduling Order of May 25, 2005, due to the death of one of Defendant's experts. This change in expert discovery timing will not affect the final close of discovery or the date of the post-discovery status conference.

The Court hereby GRANTS the joint motion and ORDERS that Plaintiffs shall serve on Defendant their expert reports on or before **August 15, 2005**, and Defendant shall serve on Plaintiffs its expert reports on or before **September 30, 2005**.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge