# In the United States Court of Federal Claims

No. 98-314 L
(Filed: September 20, 2005)

****************************************
*
**CENTRAL PINES LAND COMPANY, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

## ORDER

On September 16, 2005, Defendant filed an Unopposed Motion to Extend Time to Complete Expert Disclosures and Modify the Court's Scheduling Order. In light of the circumstances addressed in the motion, the Court hereby GRANTS the unopposed motion. The parties are reminded to proceed diligently and to comply with the orders set forth. In light of the fact that the Court has previously granted two extensions of time, the Court is not inclined to grant any additional extensions. Accordingly, the Court's August 5, 2005 Order is modified, and the parties are ORDERED to proceed as follows:

- Defendant shall identify and disclose its expert witnesses and RCFC 26(a)(2) information by **November 30, 2005**.

- The parties shall complete all discovery by **January 30, 2006.**

- The parties shall submit a Joint Status Report by **February 14, 2006**, in which they inform the Court of the status of the case and any outstanding issues that need to be resolved**.**

- A telephonic status conference shall be held on **March 10, 2006, at 11:00 AM** to discuss the issues addressed in the Joint Status Report and to establish any necessary pretrial schedule. The status conference will be held off the record

unless counsel for either party affirmatively requests, by fax or email to this Chambers, at least five business days prior to the status conference, that a reporter be present.

- Counsel for the parties shall call Chief Judge Damich's judicial assistant, Shirley Scott, at (202) 357-6483 on the day before the status conference with the phone numbers where they can be reached at the time of the status conference.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge