# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CENTRAL PINES LAND COMPANY, ET AL. )
Plaintiffs, )
versus )
THE UNITED STATES, )
Defendant )

No. 98-314 L

Judge Edward J. Damich

## UNOPPOSED MOTION TO EXTEND DISCOVERY CUTOFF DATE

NOW INTO COURT, through undersigned counsel, come Central Pines Land Company, Drost & Brame, Inc., D S & T, Inc., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, Jack E. Lawton, Jr., and Tower Minerals Company, Inc., who respectfully represent as follows, to-wit:

1.

As the Court is aware, Lake Charles, Louisiana was hit by Hurricane Rita on or about September 23, 2005 causing catastrophic damage. All Plaintiffs, counsel herein, counsel's law firm and its staff were adversely affected by this storm.

2.

Due to mandatory evacuation of the city, damage to the building in which counsel maintains his office, flooding of counsel's home, damage to the homes of counsel's staff, destruction of the offices of Central Pines Land Company and Jack E. Lawton, Jr., and damage to the office building of Tower Minerals Company, Inc., Drost & Brame, Inc. and D S & T, Inc., counsel has lost approximately and conservatively two productive months.

3.

As a consequence of Hurricane Katrina and Hurricane Rita, discovery by the United States was disrupted on several separate occasions. Depositions which had been scheduled during the period of the mandatory evacuation were rescheduled only to be rescheduled for a second time due to the lack of electrical power and hotel availability in the area.

4.

Despite the above, counsel for both Plaintiffs and Defendant have been moving forward with discovery in this case, with depositions of Plaintiffs' experts taken in late December 2005. Additional depositions are scheduled for January 25 and 26, 2006. The United States is producing documents to Plaintiffs in Washington, D.C. on January 30, 2006 and at other locations in Louisiana and Mississippi in February 2006.

5.

In light of the above and despite the diligence and cooperation of all counsel, discovery in this matter will not be completed within the established schedule. Movers respectfully request an extension of sixty (60) in which to complete discovery in this matter. Opposing counsel has no objection to this Motion To Extend Discovery Cutoff Deadline.

Date: January 18, 2006

Respectfully submitted,
THE GRAY LAW FIRM (APLC)

BY:______________________________

A. J. GRAY, III (#6253)
P. O. Box 1467
Lake Charles, LA 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Unopposed Motion To Extend Discovery Cutoff Deadline was served on January 19, 2006, by first class mail, postage prepaid, on the following counsel of record:

Alex Kriegsman
United States Department Of Justice
Environmental And Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3814
Washington, D.C. 20004

Terry Petrie
Natural Resources Section
Environment And Natural Resources Division
U.S. Department of Justice
999 18th Street
Suite 945, North Tower
Denver, CO 80202

LTC Michael D. Graham
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837

A. J. GRAY, III (#6253)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

**CENTRAL PINES LAND COMPANY, ET AL.** )
)
**Plaintiffs,** )
) **No. 98-314 L**
**versus** )
) **Judge Edward F. Damich**
**THE UNITED STATES,** )
)
**Defendant** )
)

## ORDER

Considering the foregoing Unopposed Motion To Extend Discovery Cutoff Deadline,

IT IS ORDERED that Central Pines Land Company, D, S & T, Inc., Drost & Brame, Inc., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, Jack E. Lawton, Jr., and Tower Minerals Company, Inc.'s Unopposed Motion To Extend Discovery Cutoff Deadline is granted and the parties are hereby granted an additional sixty (60) days from the date of this Order in which to complete discovery in this matter.

Washington, D.C., on this ____ day of ______________________, 2006.

______________________________
HONORABLE EDWARD F. DAMICH