# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 98-314 L** |
| **versus** | ) | |
| | ) | **Judge Edward J. Damich** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## UNOPPOSED MOTION TO ADD PARTIES AND TO SUBSTITUTE PARTIES

NOW INTO COURT, through undersigned counsel, come Central Pines Land Company, Jack E. Lawton, Jr., D, S & T, Inc., Drost & Brame, Inc., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, and Tower Minerals Company, Inc., who respectfully represents as follows, to-wit:

1.

Plaintiffs herein filed their original Complaint on March 20, 1998 and subsequently filed their First Amended And Restated Complaint on January 6, 2003.

2.

Subsequent to both filings, Plaintiffs realized that they neglected to include two additional parties as Plaintiffs, JACK E. LAWTON, SR. and WILLIAM B. LAWTON COMPANY, L.L.C.

3.

As reflected from documents already a part of the record in this case[1], Tower Minerals

[1] Document 43 of the record of these proceedings: Opposition Of Plaintiffs To Defendant's Partial Motion To Dismiss Or In The Alternative Partial Motion For Summary Judgment Of Plaintiffs' Amended Complaint And To Defendant's Motion For Judgment On The Pleadings; Exhibits "Q", "R", "U", "V", "X", and "Y".

Company received its interest in the subject minerals by conveyance from William B. Lawton Company, Inc. and Central Pines Land Company received its interest in the subject minerals by conveyance from Jack Lawton, Inc. In each transaction, William B. Lawton Company, Inc. and Jack Lawton, Inc. reserved mineral royalty interests. Plaintiffs inadvertently overlooked the reservation of royalties by both parties and failed to include them as plaintiffs. Subsequently, Jack Lawton, Inc. conveyed the reserved royalty interest to Jack E. Lawton, Sr.[2]

4.

Subsequent to institution of these proceedings, Central Pines Land Company and Tower Minerals Company, Inc. changed their legal status from corporations to limited liability companies. The corporations were merged into the newly organized limited liability companies.[3] Thus, Central Pines Land Company is now Central Pines Land Company, L.L.C., a Louisiana limited liability company, and Tower Minerals Company, Inc. is now Tower Minerals Company, L.L.C., a Louisiana limited liability company.

5.

These conveyances are interfamily transactions not affecting third parties.

6.

The purpose of this unopposed motion is to simply complete and correct the record in this matter. The additional and substituted parties accept the record of this case as it stands. The additions and/or substitutions will not delay these proceedings.

---

[2] See Exhibit "NN" attached hereto.

[3] See Exhibits "OO", "PP"attached hereto.

7.

Opposing counsel has no objection to this Unopposed Motion To Add Parties And To Substitute Parties.

Date: January 18, 2006

Respectfully submitted,

THE GRAY LAW FIRM (APLC)

BY:____________________________

A. J. GRAY, III (#6253)
P. O. Box 1467
Lake Charles, LA 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Unopposed Motion To Add Parties And To Substitute Parties was served on January 18, 2006, by first class mail, postage prepaid, on the following counsel of record:

Alex Kriegsman
United States Department Of Justice
Environmental And Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3814
Washington, D.C. 20004

Terry Petrie
Natural Resources Section
Environment And Natural Resources Division
U.S. Department of Justice
999 18th Street
Suite 945, North Tower
Denver, CO 80202

LTC Michael D. Graham
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837

A. J. GRAY, III (#6253)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 98-314 L** |
| **versus** | ) | |
| | ) | **Judge Edward F. Damich** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## ORDER

Considering the foregoing Unopposed Motion To Add Parties And To Substitute Parties,

IT IS ORDERED that Central Pines Land Company, D, S & T, Inc., Drost & Brame, Inc., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, Jack E. Lawton, Jr., and Tower Minerals Company, Inc.'s Unopposed Motion To Add Parties And To Substitute Parties is granted and JACK E. LAWTON, SR. and WILLIAM B. LAWTON COMPANY, L.L.C. are hereby added as additional Plaintiffs to this action and Central Pines Land Company is substituted with Central Pines Land Company, L.L.C. and Tower Minerals Company, Inc. is substituted with Tower Minerals Company, L.L.C.

Washington, D.C., on this ____ day of ____________________, 2006.

____________________________________
HONORABLE EDWARD F. DAMICH