| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Green Tract in Sec. 11, T1S-R6W | VERN-P-01S06W110 | Fee | 20 | 10 | 10 | T1S | R6W | 11 | The surface only in and to:<br>The West Half of the Southwest Quarter of the Northwest Quarter (W/2 of SW/4 of NW/4) |
| Sec. 19, T1S-R8W Fee Tract (Boise) | VERN-P-01S08W190 | Fee | 80 | 40 | 40 | T1S | R8W | 19 | South Half of Southwest Quarter (S/2 of SW/4), containing 80.00 acres, more or less. |
| Sec. 30, T1S-R8W Fee Tract (Boise) | VERN-P-01S08W300 | Fee | 39.63 | 19.815 | 19.815 | T1S | R8W | 30 | Northwest Quarter of Northwest Quarter (NW/4 of NW/4) containing 39.63 acres, more or less. |
| Sec. 19, T1S-R9W Fee Tract (Boise) | VERN-P-01S09W190 | Fee | 40.64 | 20.32 | 20.32 | T1S | R9W | 19 | NW/4 of NW/4 |
| Sec. 2, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W020 | Fee | 327.8 | 163.9 | 163.9 | T2N | R5W | 02 | N/2 of N/2 and SW/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 4, T2N-R5W Fee Tract (Boise). | VERN-P-02N05W040 | Fee | 408.46 | 204.23 | 204.23 | T2N | R5W | 04 | E 3/4 of NE/4 of NE/4; N/2 of SE/4 of NE/4; NW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Myrtle Jeter Price, et al, by Act of Exchange dated May 16, 21 & 26, 1975, recorded as Clerk's File #331723, described as:<br><br>Commence at the Southwest corner of the Northwest Quarter of the Northwest Quarter (SW/c of NW/4 of NW/4) of Section 4, Township 2 North, Range 5 West and run North 0 degrees 35 minutes East a distance of 664.3 feet for the point of beginning; thence North 0 degrees 35 minutes East for 350.0 feet; thence South 85 degrees 14 minutes East for 333.5 feet; thence South 88 degrees 17 minutes East for 664 feet; thence South 5 degrees 55 minutes West for 380.4 feet to the centerline of the public road running in a generally westerly direction, and along said centerline, for a distance of approximately 975 feet to the point of beginning;<br><br>NE/4 of SW/4, LESS 10 acres in SE corner; S/2 of SW/4 of SE/4; SE/4 of SE/4; NW/4 of SW/4 and S/2 of SW/4 LESS parcel conveyed by Wm. T. Burton Industries, Inc. to T. L. Morrison, et ux, by Quitclaim and Use and Habitation Agreement, dated January 2 and 15, 1975, recorded as Clerk's File #329181, described as: The North Half of the North Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter (N/2 of N/2 of NE/4 of SE/4 of SW/4) Section 4, Township 2 North, Range 5 West, Vernon Parish, Louisiana.<br><br>ALSO LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Floyd Merchant by Act of Exchange dated May 17 and 21, 1971, recorded as Clerk's File #299692, described as:<br><br>TRACT NO. 2: Commencing at the NW corner of the SW/4 SW/4, Section 4, Township 2 North, Range 5 West, Vernon Parish, Louisiana, Thence South 0 degrees 10 minutes West along the west line of Section 4, 407.5 feet to the center line of existing gravel road; Thence North 70 degrees 34 minutes East along said gravel road 644.7 feet to the true point of beginning; Thence continue North 70 degrees 34 minutes East along center of said gravel road 265.0 feet; Thence North 19 degrees 26 minutes West, 328.75 feet; Thence South 70 degrees 34 minutes West, 265.0 feet; Thence South 19 degrees 26 minutes East, 328.75 feet to the point of beginning; containing 2.0 acres. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 6, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W060 | Fee | 365.86 | 182.93 | 182.93 | T2N | R5W | 06 | NW/4 of NE/4, LESS tract conveyed by Wm. T. Burton Industries, Inc. to Edna E. S. Busby, et al, by Quitclaim Deed dated February 21, March 4 and March 10, 1975, recorded as Clerk's File #330162, described as: The Southeast Quarter of the Northwest Quarter of the Northeast Quarter (SE/4 of NW/4 of NE/4) of Section 6, Township 2 North, Range 5 West;<br><br>NW/4; E/2 of SE/4; W/2 of SW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to J. M. Spurgeon, et al, dated May 16 and June 6, 1975, recorded as Clerk's File #331880, described as: A part of the Southwest Quarter of the Southwest Quarter (SW/4 of SW/4) of Section 6, Township 2 North, Range 5 West, Vernon Parish, Louisiana, described as follows: Begin at the Southeast corner of said Southwest Quarter of the Southwest Quarter (SW/4 of SW/4), thence North 7 degrees 56 minutes West for a distance of 982.5 feet, thence North 2 degrees, 8 minutes East for a distance of 100 feet, thence North 15 degrees 30 minutes East for a distance of 100 feet, thence North 30 degrees 15 minutes East for a distance of 115 feet to the East line of said Southwest Quarter of the Southwest Quarter (SW/4 of SW/4), thence South 0 degrees 45 minutes West along said East line to the point of beginning. |
| Sec. 7, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W070 | Fee | 204.65 | 102.325 | 102.325 | T2N | R5W | 07 | NW/4 of NE/4; NE/4 of NW/4; S/2 of NW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Leonard Dinnes Cohen, dated February 3 and 10, 1975, recorded as Clerk's File #330105, described as:<br><br>The North Half of the Northwest Quarter of the Southwest Quarter of the Northwest Quarter (N/2 of NW/4 of SW/4 of NW/4) Section 7, Township 2 North, Range 5 West, Vernon Parish, Louisiana;<br><br>NE/4 of SW/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 8, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W080 | Fee | 358.19 | 179.095 | 179.095 | T2N | R5W | 08 | E/2 of SE/4; W/2, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Kenneth C. Robinson, dated January 16 and February 3, 1975, recorded as Clerk's File #330073, described as:<br><br>The Southeast Quarter of the Northwest Quarter (SE/4 of NW/4) Section 8, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and being more particularly described as follows:<br><br>Begin at a point which is common to Louisiana Highway No. 28, and the Southeast corner of the Southwest Quarter (SE/c of SW/4) Section 8, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and proceed North 0 degrees 33 minutes West 2627 feet to establish the point of beginning; from the point of beginning thus established proceed North 89 degrees 48 minutes West 1300.3 feet, thence North 0 degrees 33 minutes West 1332.2 feet; thence South 89 degrees 48 minutes East 1300.3 feet; thence South 0 degrees 33 minutes East 1332.2 feet to the point of beginning, containing 39.77 acres and being more particularly shown on Plat of Survey by C. L. Besson, Jr., of Louis J. Daigre Associates dated January 7, 1975.<br><br>ALSO LESS AND EXCEPT:<br><br>A 2.00 acre tract of land located in the Northeast Quarter of the Northwest Quarter (NE/4 of NW/4) of Section Eight (8), Township Two (2) North, Range Five (5) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at a found 4" x 4" concrete post for the Northeast (NE) corner of the said NW/4; thence S 00° 09' 20" W along the East (E) line of said NW/4 417.42 feet to a set 1/2" iron rod; thence N 88° 58' 08" W 208.71 feet to a set 1/2" iron rod; thence N 00° 09' 20" E 417.42 feet to a set 1/2" iron rod on the North (N) line of said NW/4; thence S 88° 58' 08" E along the North (N) line of said NW/4 208.71 feet to the Point of Beginning (P.O.B.), containing 2.00 acres, more or less, and as is more particularly shown on a plat of survey by Jerry W. Boswell, dated 24 October 1990, copy of which is attached hereto and made a part hereof. |
| Sec. 9, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W090 | Fee | 40.01 | 20.005 | 20.005 | T2N | R5W | 09 | SE/4 of SW/4 |
| Sec. 10, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W100 | Fee | 326.7 | 163.35 | 163.35 | T2N | R5W | 10 | E/2 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 12, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W120 | Fee | 411.54 | 205.77 | 205.77 | T2N | R5W | 12 | N 3/4 of NE/4 of NW/4; W/2 of NW/4; SW/4; S/2 of NW/4 of SE/4; S/2 of SE/4; and, SE/4 of NE/4 |
| Sec. 13, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W130 | Fee | 199.54 | 99.77 | 99.77 | T2N | R5W | 13 | W/2 of SE/4 of NE/4 (acquired by Wm. T. Burton Industries, Inc., from Robert W. Wilson by Act dated May 20, 1975, recorded as Clerk's File #331686, as corrected by Act dated December 8, 1975, recorded as Clerk's File #335836); NE/4 of NE/4; W/2 of NE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Robert W. Wilson by Act of Sale dated May 27, 1975, recorded as Clerk's File #331685, described as:<br><br>Commencing at the Southwest corner of the Northwest Quarter of the Northeast Quarter (NW/4 of NE/4) of Section Thirteen (13), Township Two (2) North, Range Five (5) West and running North 0 degrees 10 minutes East along the West line of the Northwest Quarter of the Northeast Quarter (NW/4 of NE/4) 5.02 chains; thence South 86 degrees 04 minutes East 15.98 chains; thence South 0 degrees 08 minutes West 25.20 chains to the South line of the Southwest Quarter of the Northeast Quarter (SW/4 of NE/4); thence along the South line North 86 degrees 14 minutes West 16.00 chains to the Southwest corner of the Southwest Quarter of the Northeast Quarter (SW/4 of NE/4); thence North 0 degrees 10 minutes East along the West line of the Southwest Quarter of the Northeast Quarter (SW/4 of NE/4) 20.24 chains to point of beginning;<br><br>NE/4 of NW/4; NE/4 of SW/4; NW/4 of SE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Jack D. Harper, by Quitclaim Deed dated February 4 and 10, 1975, recorded as Clerk's File #329717, described as:<br><br>The East-Half of the Northwest Quarter of the Southeast Quarter, (E/2 of NW/4 of SE/4), Section 13, Township 2 North, Range 5 West, Vernon Parish, Louisiana. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 14, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W140 | Fee | 352.1 | 176.05 | 176.05 | T2N | R5W | 14 | NE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Joan Montalbano, by Quitclaim Deed dated October 13 and November 25, 1975, recorded as Clerk's File #335779, as corrected by act dated March 11, 1976, recorded as Clerk's File #337872, as further corrected by act dated April 28, August 15 and 26, 1983, recorded as Clerk's File #408870, described as:<br><br>A part of the Southeast Quarter of the Northeast Quarter (SE/4 of NE/4) of Section 14, Township 2 North, Range 5 West in Vernon Parish, Louisiana, described as follows:<br><br>Beginning at the Northeast corner of the said Southeast Quarter of the Northeast Quarter (NE/c of SE/4 of NE/4), thence South 0 degrees 58 minutes West along the East line of said Southeast Quarter of Northeast Quarter for a distance of 663.3 feet; thence North 88 degrees 14 minutes West for a distance of 165 feet; thence North 0 degrees 58 minutes East for a distance of 663.3 feet, thence South 88 degrees 08 minutes East for a distance of 165 feet to the point of beginning;<br><br>N/2 of NW/4; SW/4 of NW/4; E/2 of SE/4 of NW/4; W/2 of NW/4 of SW/4; E/2 of NE/4 of SW/4; S/2 of SW/4,<br><br>LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Clarence L. Morrison, et ux, by Act of Exchange dated November 14 and 26 and December 1, 1975, recorded as Clerk's File #335577, described as:<br><br>SE/4 SW/4; S/2 SW/4 SW/4; NE/4 SW/4 SW/4 all in Section 14, Township 2 North, Range 5 West, Vernon Parish, Louisiana, containing 70.0 acres, more or less; |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 15, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W150 | Fee | 115.19 | 57.595 | 57.595 | T2N | R5W | 15 | S/2 of S/2, LESS three (3) parcels conveyed by Wm. T. Burton Industries, Inc. to Floyd Merchant by Act of Exchange dated May 17 and 21, 1971, recorded as Clerk's File #299692 described as:<br><br>TRACT 1A: That part of SW/4 of SW/4, Section 15, Township 2 North, Range 5 West, Vernon Parish, Louisiana, lying south of the center line of State Highway #28, asphalt pavement, LESS AND EXCEPT 2.95 acres along the western edge of said parcel; commencing at the SW corner of the SW/4 SW/4, Section 15, Township 2 North, Range 5 West; thence N 0 degrees 10 minutes East, 1,272.5 feet, said point being in the center of State Highway #28, asphalt pavement; thence South 59 degrees 07 minutes East along the center line of said State Highway #28, asphalt pavement, 121.4 feet; thence South 0 degrees 10 minutes West, 1212.1 feet; thence North 89 degrees 12 minutes West, 103.5 feet to the point of beginning.<br><br>TRACT 1B: That part of SE/4 SW/4, Section 15, Township 2 North, Range 5 West, Vernon Parish, Louisiana, lying South of the center line of State Highway #28, asphalt pavement.<br><br>TRACT 1C: A strip of land 89 feet wide bounded on the north by the center line of State Highway #28, asphalt pavement, on the south by the section line between Sections 15 and 22, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and situated in the southwest corner of SW/4 SE/4, Section 15, Township 2 North, Range 5 West;<br><br>AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to N. W. Causey by Quitclaim Deed dated November 4, 1974, recorded as Clerk's File #328211, described as:<br><br>A tract of land lying in the Southwest Quarter of Southwest Quarter (SW/4 of SW/4) of Section Fifteen (15), Township Two (2) North, Range Five (5) West, Vernon Parish, Louisiana lying North of the center line of State Highway #28, which is more particularly described as commencing at the Northeast corner of the Southwest Quarter of Southwest Quarter of Section 15, Township 2 North, Range 5 West, thence South along the East line of said SW/4 of SW/4 to the center of Highway #28, thence in a Northwesterly direction, following the center of said Highway to the intersection with the West line of the SW/4 of SW/4 of Section 15, Township 2 North, Range 5 West, thence North on that West line to the Northwest corner of the SW/4 of SW/4 of Section 15, Township 2 North, Range 5 West, thence East on the North line of said SW/4 of SW/4 to the point of beginning, containing 16.50 acres, more or less. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 16, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W160 | Fee | 550.32 | 275.16 | 275.16 | T2N | R5W | 16 | Entire Section, LESS SW/4 of SE/4 and NW/4 of SE/4 of SE/4, AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Floyd Monk by Quitclaim Deed dated June 6 and July 2, 1974, recorded as Clerk's File #325474, described as:<br><br>A tract of land described as commencing at the Northeast corner of the Southeast Quarter of the Southwest Quarter (SE/4 of SW/4) of Section 16, Township 2 North, Range 5 West, Thence North 89 degrees 56 minutes West along the North line of said Southeast Quarter of Southwest Quarter - 169.0 feet to the centerline of existing Public Road; thence along said existing centerline South 15 degrees 06 minutes East - 150.0 feet and South 12 degrees 37 minutes East - 557.3 feet to its intersection with the East line of said Southeast Quarter of Southwest Quarter; thence North 42 minutes East along said East line of said Southeast Quarter of Southwest Quarter 688.7 feet to Point of Beginning and subject to said existing Public Road, as more fully shown on the survey of Charles C. Wise, registered land surveyor, dated May 23, 1974;<br><br>AND LESS NW/4 of NW/4 |
| Sec. 18, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W180 | Fee | 684.48 | 342.24 | 342.24 | T2N | R5W | 18 | Entire Section, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to the Oak Grove Baptist Church by Act of Donation dated May 16 and 21, 1975, recorded as Clerk's File #331581, described as:<br><br>A part of the Southwest Quarter of the Northwest Quarter (SW/4 of NW/4) of Section 18, Township 2 North, Range 5 West, in Vernon Parish, Louisiana, which is described as follows:<br><br>Begin at the Southwest corner of said Southwest Quarter of the Northwest Quarter (SW/c of SW/4 of NW/4) of Section 18, Township 2 North, Range 5 West; thence East 872.8 feet; thence North 260.3 feet to the Southerly right-of-way line of new highway (which right-of-way is 40.0 feet from and at right angles to the existing centerline as per R.O.W. markers found in place) for the point of beginning; Thence North 51 degrees 25 minutes East along said right-of-way line for 208.7 feet; thence North 38 degrees 35 minutes West for 208.7 feet; thence South 51 degrees 25 minutes West for 208.7 feet; thence South 38 degrees 35 minutes East for 208.7 feet to point of beginning and containing one (1) acre. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 20, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W200 | Fee | 519.34 | 259.67 | 259.67 | T2N | R5W | 20 | S/2 of NE/4; NW/4 of NW/4; S/2 of NW/4; S/2 of Section 20;<br><br>LESS AND EXCEPT:<br><br>A 2.953 acre tract of land located in the Southeast Quarter of the Northeast Quarter (SE/4 of NE/4) of Section Twenty (20), Township Two (2) North, Range Five (5) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at a set 1/2" iron rod for the Northeast (NE) corner of the said SE/4 of NE/4; thence S 00° 40' 23" E along the East (E) line of said SE/4 of NE/4 23.72 feet to the point of intersection with a fence and to a set 1/2" iron rod; thence along and with said fence: S 78° 24' 15" W 385.16 feet to a set 1/2" iron rod and N 89° 41' 16" W 940.03 feet to a set 1/2" iron rod; thence N 01° 57' 40" W 114.67 feet to the Northwest (NW) corner of said SE/4 of NE/4; thence S 89° 11' 39" E along the North (N) line of said SE/4 of NE/4 1321.09 feet to the Point of Beginning (P.O.B.), containing 2.953 acres, more or less, and as is more particularly shown on a plat of survey by Jerry W. Boswell, dated 4 January 1990, copy of which is attached hereto and made a part hereof.<br><br>LESS AND EXCEPT:<br><br>A 38.08 acres tract of land, more or less, in the Northwest Quarter of the Northwest Quarter (NW/4 of NW/4), Section 20, T2N-R5W, La. Mer., Vernon Parish, Louisiana, more particularly described as follows:<br><br>Beginning at a found 4" by 4" concrete post for the Northwest corner of said NW/4 of NW/4, and being the Point of Beginning for the herein described tract; thence N 89°59'32" E, 1223.53 feet to a set 1/2" iron rod; thence S 05°37'33" W, 597.29 feet to a found 1/2" iron rod; thence S 66°40'43" E, 182.47 feet to a found 1" iron pipe on the East line of said NW/4 of NW/4; thence S 01°31"45" E along said East line, 646.48 feet to a re-set 1/2" iron rod for the Southeast corner of said NW/4 of NW/4; thence S 89°17'58" W, 1321.01 feet along the South lilne of said NW/4 of NW/4 to a found 1" iron pipe and broken 4" X 4" concrete post for the Southwest corner of siad NW/4 of NW/4; thence N 01°14'42" W along the West line of said NW/4 of NW/4, 1329.20 feet to the P. O. B., and containing 38.08 acres, more or less, as is more particularly shown on a plat of survey by Jerry W. Boswell, P.L.S. No. 4495, dated 5 October 1994, a copy of which is attached to an Act of Exchange dated August 22, 1995, by and between J. Lawton Company, et al and Donald Lee Brown and recorded in Conveyance Book 830, Page 647 (File 493901) of the records of Vernon Parish, Louisiana. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 22, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W220 | Fee | 360.31 | 180.155 | 180.155 | T2N | R5W | 22 | E/2; NW/4 of NW/4; and S/2 of NW/4,<br><br>LESS two (2) parcels conveyed by Wm. T. Burton Industries, Inc. to Floyd Merchant by Act of Exchange dated May 17 and 21, 1971, recorded as Clerk's File #299692, described as:<br><br>TRACT 1D: NW/4 NW/4 and N/2 S/2 NW/4, Section 22, Township 2 North, Range 5 West, Vernon Parish, Louisiana;<br><br>TRACT 1E: A strip of land 89 feet wide situated along the western edge of N/2 NE/4 and N/2 S/2 NE/4, Section 22, Township 2 North, Range 5 West, Vernon Parish, Louisiana; |
| Sec. 24, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W240 | Fee | 346.01 | 173.005 | 173.005 | T2N | R5W | 24 | W/2 of NW/4; S/2 of NE/4 of SW/4; W/2 of SW/4; SE/4 of SW/4; E/2 of SE/4; and SW/4 of SE/4 |
| Sec. 26, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W260 | Fee | 651.46 | 325.73 | 325.73 | T2N | R5W | 26 | Entire Section |
| Sec. 27, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W270 | Fee | 326.13 | 163.065 | 163.065 | T2N | R5W | 27 | E/2 of Section |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 28, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W280 | Fee | 492.88 | 246.44 | 246.44 | T2N | R5W | 28 | N/2; SW/4 of SE/4; and N/2 of S/2, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to John E. Hughes, dated January 14 and 16, 1975, recorded as Clerk's File #337152, described as:<br><br>A part of the Northwest Quarter of the Southeast Quarter (NW/4 of SE/4) of Section 28, Township 2 North, Range 5 West, Vernon Parish, Louisiana, described as follows:<br><br>Begin at the Southeast corner of said Northwest Quarter of Southeast Quarter (SE/c of NW/4 of SE/4) thence North 87 degrees 55 minutes West along the South line of said Northwest Quarter of Southeast Quarter (NW/4 of SE/4) 225.0 feet for point of beginning; thence North 0 degrees 05 minutes East parallel to the East line of said Northwest Quarter of Southeast Quarter (NW/4 of SE/4) 1330.6 feet to the North line of said Northwest Quarter of Southeast Quarter (NW/4 of SE/4), thence North 88 degrees 06 minutes West along said North line 212.8 feet; thence South 0 degrees 05 minutes West parallel to said East line 1330.0 feet to said South line; thence South 87 degrees 55 minutes East along said South line 212.8 feet to point of beginning, containing 6.5 acres.<br><br>All as is more particularly shown on a Certificate of Survey, by Charles C. Wise, registered surveyor, dated December 26, 1975;<br><br>ALSO LESS: A part of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) and the Northwest Quarter of the Southeast Quarter (NW/4 of SE/4) of Section 28, Township 2 North, Range 5 West, Vernon Parish, Louisiana, described as follows:<br><br>Begin at the Southwest corner of the Northeast Quarter of the Southeast Quarter (SW/c of NE/4 of SE/4) of said Section 28, thence South 87 degrees 55 minutes East along the south line of said Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) for a distance of 555.3 feet to the westerly right of way line of Cora Road; thence along said right of way line North 11 degrees 35 minutes West for 700 feet; North 6 degrees 23 minutes West for 270 feet, and North 7 degrees 34 minutes West for 389.7 feet to the North line of said Northeast Quarter of the Southeast Quarter (NE/4 of SE/4); thence North 88 degrees 06 minutes West along said North line and the North line of the Northwest Quarter of the Southeast Quarter (NW/4 of SE/4) for a distance of 556 feet; thence South 0 degrees 05 minutes West parallel to the East line of said Northwest Quarter of the Southeast Quarter (NW/4 of SE/4) for a distance of 1,330.6 feet to the South line of said Northwest Quarter of the Southeast Quarter (NW/4 of SE/4); thence South 87 degrees 55 minutes East along the South line of said Northwest Quarter of the Southeast Quarter (NW/4 of SE/4) for a distance of 225 feet to the point of beginning; all containing twenty (20) acres.<br><br>All as is more particularly shown on a Certificate of Survey dated June 9, 1975 by Charles C. Wise, registered surveyor, a copy of which is attached to a Quitclaim Deed dated January 16, |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 29, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W290 | Fee | 162.06 | 81.03 | 81.03 | T2N | R5W | 29 | NE/4 of SW/4; SW/4 of SW/4; N/2 of SE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 30, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W300 | Fee | 403.76 | 201.88 | 201.88 | T2N | R5W | 30 | NE/4 of SW/4; NE/2 of NW/4 of SW/4; NE/2 of SE/4 of SW/4; N/2, LESS parcel conveyed by Judgment in Suit #27,818, recorded as Clerk's File #345919 dated January 10, 1977, from Wm. T. Burton Industries, Inc. to Ellis Busby, whereby "Busby" is recognized as owner of:<br><br>A part of the South One-Half of the Southeast Quarter of the Northeast Quarter (S/2 of SE/4 of NE/4), Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana, described as follows:<br><br>Begin at the Southeast corner of said South One-Half; thence North 89 degrees 50 minutes West along the South line of said South One-Half 9.7 feet to its intersection with existing fence line; thence North 9 degrees 06 minutes East along said fence line 61.0 feet to the East line of said South One-Half; thence North along said East line 214.0 feet to its intersection with fence line running North 88 degrees 52 minutes West; thence along said existing fence line North 88 degrees 52 minutes West 792.0 feet; North 67 degrees 17 minutes West 80.6 feet; North 79 degrees 16 minutes West 478.5 feet; and South 7 degrees 11 minutes East 408.9 feet to said South line of said South One-Half; thence South 89 degrees 50 minutes East along said South line 1275.3 feet to point of beginning, containing 9.29 acres.<br><br>AND LESS four (4) parcels described in Judgment in suit entitled "Wm. T. Burton Industries, Inc. vs. Dudley Morrison", #27,819, dated May 9, 1977, recorded as Clerk's File #349230, wherein Dudley Morrison is recognized as the owner of:<br><br>TRACT NO. 1: A certain tract of land, together with all buildings and improvements located thereon, containing 10.98 acres, more or less, and described as commencing at the center of Section 30, Township 2 North, Range 5 West, and from this point of beginning run thence North 0 degrees 16 minutes West a distance of 542.0 feet to a point; thence run North 56 degrees East 281.5 feet to a point; thence run South 60 degrees 30 minutes East a distance of 630.0 feet to a point; thence run South 27 degrees East 430.4 feet to a point; thence run South 89 degrees 40 minutes West a distance of 974.6 feet to the point of beginning, being situated in the Southwest Quarter of the Northeast Quarter of Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana.<br><br>TRACT NO. 2: A certain tract of land, containing 5.06 acres, more or less, together with all buildings and improvements thereon, and described as beginning at the center of Section 30, Township 2 North, Range 5 West, and from this point of beginning run thence South 89 degrees 40 minutes West a distance of 813.1 feet to a point; thence run North 56 degrees East a distance of 978.8 feet to a point; thence run South 0 degrees 16 minutes East a distance of 542.0 feet to the point of beginning, being situated in the Southeast Quarter of the Northwest Quarter of Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana.<br><br>TRACT NO. 3: A certain tract of land, containing 10.42 acres, more or less, together with all |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 31, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W310 | Fee | 65.84 | 32.92 | 32.92 | T2N | R5W | 31 | NE/4 of NE/4; NE/2 of NW/4 of NE/4 |
| Sec. 32, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W320 | Fee | 552.61 | 276.305 | 276.305 | T2N | R5W | 32 | Entire Section, LESS SW/2 of SW/4 |
| Sec. 33, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W330 | Fee | 38.51 | 19.255 | 19.255 | T2N | R5W | 33 | NE/4 of NE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 34, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W340 | Fee | 299.03 | 149.515 | 149.515 | T2N | R5W | 34 | S/2 of SW/4; NE/4 of SE/4; SW/4 of SE/4; N/2 of N/2 and N/2 of N/2 of S/2 of NW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Robert W. Goodwin, by Quitclaim Deed dated May 16, 1975, recorded as Clerk's File #331976, as corrected by act dated March 11, 1976, recorded as Clerk's File #337871 described as:<br><br>The West Half of the Northeast Quarter of the Northwest Quarter (W/2 of NE/4 of NW/4) and the West Half of the North Half of the North Half of the Southeast Quarter of the Northwest Quarter (W/2 of N/2 of N/2 of SE/4 of NW/4), Section 34, Township 2 North, Range 5 West, Vernon Perish, Louisiana;<br><br>AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Derwood Dunn by Act of Sale dated January 18 and 26, 1977, recorded as Clerk's File #364878 and described as:<br><br>A certain triangular piece or parcel or tract of land containing approximately 6.79 acres, more or less, together with all buildings and improvements thereon and rights, ways and privileges and servitudes thereunto appertaining, situated in the Southwest 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and more particularly described as commencing at the Southeast corner of the Southwest 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West; thence proceed North along the quarter section line a distance of 51 feet at which point is the point of beginning of the property hereafter described:<br><br>From the point of beginning, continue North 0 degrees 26 minutes West, along the quarter section line between the Southwest 1/4 of the Southeast 1/4 and the Southeast 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, a distance of 1244.2 feet to the Northeast corner of the Southwest 1/4 of the Southeast 1/4. Thence turn left at an interior angle of 90 minutes and proceed North 88 degrees 48 minutes West, along the quarter section line between the Southwest 1/4 of the Southeast 1/4 and Northwest 1/4 of the Southeast 1/4, a distance of 523 feet to a point located in an unnamed gravel road; thence turn left and continue South 28 degrees 04 minutes East, a distance of 429.3 feet; thence continue South 19 degrees 34 minutes East, a distance of 930 feet to the point of beginning, as is more fully shown in the Certificate of Survey by R. A. Fenstermaker, dated December 1, 1976.<br><br>AND ALSO LESS AND EXCEPT: A certain rectangular piece or parcel or tract of land containing approximately five (5) acres more or less, together with all buildings and improvements thereon and all rights, way and privileges and servitudes thereunto appertaining, situated in the Northeast 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and more particularly described as commencing at the Northeast corner of the Southwest 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, for the point of beginning of the property hereafter |