| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 35, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W350 | Fee | 78.77 | 39.385 | 39.385 | T2N | R5W | 35 | NW/4 of NW/4; SE/4 of NW/4 |
| Sec. 36, T2N-R5W Fee Tract (Boise) | VERN-P-02N05W360 | Fee | 513.67 | 256.835 | 256.835 | T2N | R5W | 36 | N/2 of N/2; SW/4 of NE/4; N/2 of SW/4 of NW/4; SE/4 of NW/4; SW/4 and N/2 of SE/4<br><br>The South Half of the Southwest Quarter of the Northwest Quarter (S/2 of SW/4 of NW/4) of Section Thirty-six (36), Township Two North, Range Five West (T2N-R5W), Vernon Parish, Louisiana, containing 20.07 acres, more or less. |
| Sec. 2, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W020 | Fee | 568.5 | 284.25 | 284.25 | T2N | R6W | 02 | N/2; N/2 of SE/4; SW/4, LESS tract conveyed by Wm. T. Burton Industries, Inc. to James T. Poe, et ux, by Act of Exchange dated March 4 and 13, 1975, recorded as Clerk's File #330656, described as:<br><br>A certain piece, parcel or tract of land, together with all buildings and improvements thereon, and all rights, ways and privileges thereunto appertaining, being, lying and situated in the Southeast Quarter of the Southwest Quarter of Section 2, Township 2 North, Range 6 West, Vernon Parish, and being more particularly described as follows, to-wit:<br><br>Begin at the Southeast Corner of said Southeast Quarter of Southwest Quarter, thence North along the East line of Southeast Quarter of Southwest Quarter 980.5 feet to the Southerly right of way line of Louisiana Highway No. 28 (which right of way is considered to be - for the purpose of this Instrument - 50 feet from and at right angles to the existing center line of said Highway No. 28), thence North 71 degrees 35 minutes West along said southerly right of way line 638.0 feet; thence South parallel to said East line of Southeast Quarter of Southwest Quarter 1171.4 feet to the South line of said Southeast Quarter of Southwest Quarter, thence South 89 degrees 00 minutes East along said South line 605.3 feet to the point of beginning, containing 15 acres.<br><br>All as is more particularly shown by Certificate of Survey by Charles C. Wise, Registered Surveyor, dated February 24, 1975. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 4, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W040 | Fee | 213.29 | 106.645 | 106.645 | T2N | R6W | 04 | E/2 of NE/4, LESS SE/4 of SE/4 of NE/4; SE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Charles H. Smith, by Quitclaim Deed dated March 15 and April 4, 1975, recorded as Clerk's File #330877, described as:<br><br>A part of the Southeast Quarter of the Southeast Quarter (SE/4 of SE/4) Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana, described as follows: Begin at the Southeast corner of said Southeast Quarter of Southeast Quarter (SE/c of SE/4 of SE/4); thence North 89 degrees 22 minutes West along the South line of said Southeast Quarter of Southeast Quarter 772.6 feet to the Westerly right of way line of the existing public road - which right of way line for the purpose of this instrument is 25 feet and at right angles to the existing center line of said public road - for the point of beginning; thence along said Westerly right of way line North 30 degrees 53 minutes East 69 feet; thence North 74 degrees 25 minutes East 85 feet; thence North 49 degrees 15 minutes East 50 feet; thence North 17 degrees 45 minutes East 100 feet; thence North 1 degree 15 minutes East 259.0 feet; thence North 22 degrees 30 minutes East 409.0 feet; thence North 9 degrees 06 minutes East 243.0 feet; thence North 6 degrees 41 minutes East 158.0 feet; to its intersection with the Southerly right of way line of the public road running generally East and West - which right of way is 25 feet from and at right angles to existing center line - thence along said Southerly right of way line South 53 degrees 52 minutes West 143.0 feet; thence South 59 degrees 42 minutes West 282.0 feet; thence South 62 degrees 29 minutes West 133.0 feet; thence due South 86 degrees 27 minutes West 185.0 feet; thence due South 954.3 feet to said South line of said Southeast Quarter of Southeast Quarter; thence South 89 degrees 22 minutes East along said South line 262.0 feet to the point of beginning, containing 12.0 acres. All as is more particularly shown on Certificate of Survey prepared by Charles C. Wise, Registered Surveyor, dated March 10, 1975.<br><br>AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Audrey Hicks Poe, et al, by Quitclaim Deed dated December 11, 13 and 15, 1974 and January 5, 1975, recorded as Clerk's File #329180, described as:<br><br>The Northwest Quarter of the Northwest Quarter of the Southeast Quarter (NW/4 of NW/4 of SE/4), Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana.<br><br>AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Valley Electric Membership Corporation by Cash Deed dated October 6, 1978, recorded as Clerk's File #365040, described as:<br><br>That certain tract of land situated and located in the Northeast Quarter of the Southeast Quarter of Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana, containing 4 acres, more or less, as same is shown on a certificate of survey by A. J. Brouillette, registered surveyor, dated September 18, 1978, said tract being more particularly described as |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 5, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W050 | Fee | 30.32 | 15.16 | 15.16 | T2N | R6W | 05 | E 3/4 of SE/4 of SW/4 |
| Sec. 7, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W070 | Fee | 39.09 | 19.545 | 19.545 | T2N | R6W | 07 | SW/4 of NW/4 |
| Sec. 8, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W080 | Fee | 203.31 | 101.655 | 101.655 | T2N | R6W | 08 | SW/4 of NW/4; W/2 of SW/4; SE/4 of SW/4; SW/4 of SE/4. |
| Sec. 10, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W100 | Fee | 626.14 | 313.07 | 313.07 | T2N | R6W | 10 | Entire Section, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Lucy Brack Poe, et al, by Quitclaim Deed dated December 2, 11, 20 & 28, 1974 and January 6 and 15, 1975, and recorded as Clerk's File #329182, described as:<br><br>A part of the northwest 1/4 of the northwest 1/4 and the northeast 1/4 of the northwest 1/4 of Section 10, Township 2 North, Range 6 West, Vernon Parish, La. described as follows: Begin at the northwest corner of said NE/4 of NW/4 thence South 88 degrees 12 minutes East along the north line of said NE/4 of NW/4 - 210.7 feet; thence South 0 degrees 12 minutes West - 1050.0 feet; thence North 88 degrees 12 minutes West - parallel to the north line of said NE/4 of NW/4 and NW/4 of NW/4 - 951.0 feet to the centerline of existing public road; thence North 8 degrees 30 minutes West along said centerline - 1067.0 feet to said North line; thence South 88 degrees 12 minutes East along said North line - 901.6 feet to point of beginning, containing 25.0 acres and subject to said public road.<br><br>AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Central Louisiana Electric Company, Inc., by Cash Deed dated April 27, 1977 and recorded as Clerk's File #350095, described as:<br><br>A parcel of land in the Southwest Quarter of Southeast Quarter (SW/4 of SE/4) and Southeast Quarter of Southwest Quarter (SE/4 of SW/4) of Section 10, Township 2 North, Range 6 West, Vernon Parish, Louisiana, described as beginning at the Southwest corner of Southeast Quarter of Section 10, found 4 x 4 concrete post, thence North 24 degrees 20 minutes West, 305.65 feet to the Southwest corner of lot and point of beginning; thence South 89 degrees 30 minutes East 646.54 feet to the Southeast corner of lot; thence North 0 degrees 30 minutes East 410 feet to the Northeast corner of lot; thence North 89 degrees 30 minutes West, 499.5 feet to the Northwest corner of lot; thence South 20 degrees 14 minutes West 435.57 feet to the Southwest corner of lot, point of beginning, containing 5.39 acres, more or less, as shown on survey of R. S. Woodruff & Associates, Inc., dated March 1, 1977. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 11, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W110 | Fee | 15 | 7.5 | 7.5 | T2N | R6W | 11 | Parcel acquired by Wm. T. Burton Industries, Inc. from James T. Poe, et ux, by Act of Exchange dated March 4 and 13, 1975, recorded as Clerk's File #330656, which is described as:<br><br>Begin at the Northeast corner of the Northeast Quarter of the Northeast Quarter, Section 11, Township 2 North, Range 6 West, and run West 165 yards, thence run South 440 yards, thence run East 165 yards, thence run North 440 yards to point of beginning, containing 15 acres, more or less. |
| Sec. 12, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W120 | Fee | 336.36 | 168.18 | 168.18 | T2N | R6W | 12 | Parcel acquired from Leon S. Poe by Act of Exchange and Agreement dated January 21 and February 3, 1975, recorded as Clerk's File #330590, described as:<br><br>That portion of the West Half of the Northeast Quarter of the Northeast Quarter (W/2 of NE/4 of NE/4), Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana, lying North of Louisiana Highway 28, LESS & EXCEPT: The following described portion thereof: Begin at the Northwest corner of West Half of Northeast Quarter of Northeast Quarter (NW/c of W/2 of NE/4 of NE/4) Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana, lying North of Louisiana Highway 28, and run East 120 yards; then South 120 yards; then West 120 yards; then North 120 yards to the point of beginning.<br><br>NW/4; N/2 of SW/4; SW/4 of SW/4; NW/4 of NE/4 and SE/4 of NE/4<br><br>LESS AND EXCEPT: parcel conveyed by Wm. T. Burton Industries, Inc. to Leon S. Poe by Act of Exchange and Agreement, dated January 21, 1975 and February 3, 1975, recorded as Clerk's File #330590, described as:<br><br>That portion of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter (SE/4 of NW/4 of NE/4), Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana, located South of Louisiana Highway No. 28.<br><br>ALSO LESS AND EXCEPT: The Northwest Quarter of the Southeast Quarter of the Northeast Quarter (NW/4 of SE/4 of NE/4), Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana; |
| Sec. 14, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W140 | Fee | 570.72 | 285.36 | 285.36 | T2N | R6W | 14 | Entire Section, LESS SW/2 of SW/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 18, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W180 | Fee | 190.64 | 95.32 | 95.32 | T2N | R6W | 18 | The Northwest Quarter of the Southwest Quarter (NW/4 of SW/4); Northwest One-Half of the Southwest Quarter of the Southwest Quarter (NW/2 of SW/4 of SW/4); and the Northwest Quarter (NW/4), LESS AND EXCEPT The North 20 acres of the Northeast Quarter of the Northwest Quarter (N 20 acres of NE/4 of NW/4) |
| Sec. 24, T2N-R6W Fee Tract (Boise) | VERN-P-02N06W240 | Fee | 202.03 | 101.015 | 101.015 | T2N | R6W | 24 | E/2 of NE/4; NE/4 of SW/4 of NE/4; SW/4 of NW/4; NE/2 of NW/4 of SW/4; NE/2 of SE/4 of SW/4; SW/4 of SE/4<br><br>LESS AND EXCEPT:<br><br>A 5.00 acre tract of land located in the Northeast Quarter of the Southwest Quarter of the Northeast Quarter (NE/4 of SW/4 of NE/4) of Section Twenty-four (24), Township Two (2) North, Range Six (6) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at a concrete post for the Northeast (NE) corner of the said Section 24; thence N 89° 59' 32" W along the North (N) line of said Section 1301.86 feet; thence S 00° 33' 40" E 1325.24 feet to the Northeast (NE) corner of the said NE/4 of SW/4 of NE/4; thence S 89° 52' 19" W 319.21 feet to a set 1/2" iron rod and the True Point of Beginning (P.O.B.) of the tract to be conveyed; thence S 00° 42' 10" E 663.01 feet to a set 1/2" iron rod; thence S 89° 48' 12" W 328.42 feet to a found 1/2" iron rod and the Southwest corner (SW/c) of said NE/4 of SW/4 of NE/4; thence N 00° 42' 10" W 663.40 feet to a found 1/2" iron rod and the Northwest corner (NW/c) of said NE/4 of SW/4 of NE/4; thence N 89° 52' 19" E 328.42 feet to said Point of Beginning (P.O.B.), containing 5.00 acres, more or less, and as is more particularly shown on a plat of survey by Jerry W. Boswell, dated 8 January, 1990, copy of which is attached hereto and made a part hereof. |
| Sec. 4, T2N-R7W Fee Tract (Boise) | VERN-P-02N07W040 | Fee | 165.97 | 82.985 | 82.985 | T2N | R7W | 04 | NE/4 of SW/4; S/2 of SW/4 and SW/4 of SE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 5, T2N-R7W Fee Tract (Boise) | VERN-P-02N07W050 | Fee | 49.85 | 24.925 | 24.925 | T2N | R7W | 05 | NE/4 of SE/4 and NW/4 of SW/4 of SE/4, LESS parcel described in Judgment in Suit #26,761, (shown above) recorded as Clerk's File #340669, which parcel is described as:<br><br>Beginning at the quarter section of Sections 4/5, Township 2 North, Range 7 West, for a point, thence run South 0 degrees 01 minutes West, 81 feet; thence run South 78 degrees 30 minutes West 481.5 feet; thence run North 70 degrees 58 minutes West, 169.5 feet; thence run North to the property line between the SE/ 4 of NE/4 of Section 5, Township 2 North, Range 7 West and the NE/4 of SE/4 of Section 5, Township 2 North, Range 7 West; thence run East along said property line 653.0 feet to the point of beginning, which tract is identified as tract no. 1 on the plat of survey by Barentine marked D-2 and in evidence in the case.<br><br>ALSO LESS parcel described in Judgment in Suit #26,761, entitled "Wm. T. Burton Industries, Inc. vs. Mrs. Floyd Holton", dated June 29, 1976, recorded as Clerk's File #340669, which parcel is described as:<br><br>Beginning at the quarter corner of Sections 4/5, Township 2 North, Range 7 West, and thence run West 753 feet to a point on said property line; thence run South 25 degrees 30 minutes West, 227 feet to a point; thence run North 58 degrees 30 minutes West, 171.0 feet to a point; thence run North 27 degrees 30 minutes East or to the property line between the SE/4 of the NE/4 of Section 5 and NE/4 of the SE/4 of Section 5, thence run East 181.0 feet to the Northeast corner of the tract which is identified on the Barentine plat, D-2, as 0.98 acres. (which plat referred to is on file in the record of this case) |
| Sec. 8, T2N-R7W Fee Tract (Boise) | VERN-P-02N07W080 | Fee | 60.58 | 30.29 | 30.29 | T2N | R7W | 08 | S/2 of NE/4 of NE/4; SW/4 of SE/4 |
| Sec. 9, T2N-R7W Fee Tract (Boise) | VERN-P-02N07W090 | Fee | 40.11 | 20.055 | 20.055 | T2N | R7W | 09 | SE/4 of NE/4 |
| Sec. 11, T2N-R7W Fee Tract (Boise) | VERN-P-02N07W110 | Fee | 39.8 | 19.9 | 19.9 | T2N | R7W | 11 | SE/4 of SE/4 |
| Sec. 13, T2N-R7W Fee Tract (Boise) | VERN-P-02N07W130 | Fee | 81.99 | 40.995 | 40.995 | T2N | R7W | 13 | E/2 of SE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 26, T3N-R5W Fee Tract (Boise) | VERN-P-03N05W260 | Fee | 40.8 | 20.4 | 20.4 | T3N | R5W | 26 | S/2 of S/2 of SW/4 |
| Sec. 27, T3N-R5W Fee Tract (Boise) | VERN-P-03N05W270 | Fee | 28 | 14 | 14 | T3N | R5W | 27 | SE/4 of SW/4, except 10 acres in SE corner |
| Sec. 34, T3N-R5W Fee Tract (Boise) | VERN-P-03N05W340 | Fee | 257.2 | 128.6 | 128.6 | T3N | R5W | 34 | NW/4, N/2 of SW/4 and SE/4 of SW/4 |
| Sec. 36, T3N-R5W Fee Tract (Boise) | VERN-P-03N05W360 | Fee | 85.5 | 42.75 | 42.75 | T3N | R5W | 36 | SW/4 of NE/4 of SW/4; W/2 of SW/4 |
| Sec. 20, T3N-R6W Fee Tract (Boise) | VERN-P-03N06W200 | Fee | 40.35 | 20.175 | 20.175 | T3N | R6W | 20 | SW/4 of SE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 25, T3N-R6W Fee Tract (Boise) | VERN-P-03N06W250 | Fee | 274.16 | 137.08 | 137.08 | T3N | R6W | 25 | S/2 of NE/4, SE/4 of NW/4 and N/2 of S/2; LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Ervin Monk by act dated November 12, 1974 and December 20, 1974, recorded as Clerk's File #328826, described as:<br><br>A part of the Southeast Quarter of the Northeast Quarter of Section 25, Township 3 North, Range 6 West, Vernon Parish, Louisiana, described as follows: Begin at the Northeast corner of said SE/4 of NE/4, thence South 0 degrees 10 minutes West along the East line of said SE/4 of NE/4 417.4 feet; thence South 89 degrees 40 minutes West parallel to the North line of said SE/4 of NE/4 417.4 feet; thence North 0 degrees 10 minutes East parallel to said East line 417.4 feet to said North line; thence North 89 degrees 40 minutes East along said North line 417.4 feet to point of beginning, containing 4.0 acres;<br><br>LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Elijah Monk, by act dated October 18 and 23, 1974, recorded as Clerk's File #327724; as corrected by act dated March 13 and 24, 1980, recorded as Clerk's File #376504, described as:<br><br>The West 5.0 acres of the Southeast 1/4 of the Northwest 1/4 of Section 25, Township 3 North, Range 6 West, Vernon Parish, Louisiana, described as follows: Begin at the Northwest corner of said SE/4 of NW/4, thence North 89 degrees 40 minutes East along the North line of said SE/4 of NW/4, 165.0 feet; thence South 0 degrees 12 minutes West, parallel to the West line of said SE/4 of NW/4; 1326.2 feet to the South line of said SE/4 of NW/4; thence North 89 degrees 30 minutes West along said South line 165.0 feet to the Southwest corner of said SE/4 of NW/4; thence North 0 degrees 12 minutes East along said West line, 1326.7 feet to point of beginning. As more fully shown as per plat by Charles C. Wise, registered surveyor, dated September 12, 1974;<br><br>AND LESS parcel conveyed to Matt E. Smith by Judgment (in Suit #27,214, 30th Judicial District Court) dated November 20, 1978, recorded as Clerk's File #364747, as confirmed by Judgment in Suit No. 7076, 3rd Circuit Court of Appeal, State of Louisiana, as recorded as Clerk's File #370767, and described as:<br><br>A part of the Southeast 1/4 of the Northwest 1/4 and the Southwest 1/4 of the Northeast 1/4 of Section 25, Township 3 North, Range 6 West, Vernon Parish, La. described as follows: Begin at the Northeast corner of said SE 1/4 of NW 1/4 - Thence South 89 degrees 40 minutes West along the North line of said SE 1/4 of NW 1/4 - 675.0 feet to its intersection with existing fence line; Thence along said existing fence line - South 10 degrees 50 minutes West - 356.5 feet; North 81 degrees 13 minutes East - 460.8 feet; North 3 degrees 27 minutes West - 111.4 feet; North 76 degrees 43 minutes East - 51.1 feet; South 38 degrees 23 minutes East - 130.2 feet; North 81 degrees 36 minutes East - 140.8 feet; North 72 degrees 12 minutes East - 264.8 feet; North 38 degrees 28 minutes East - 178.9 feet; and North 7 degrees 52 minutes West - 23.4 feet to the North line of said SW 1/4 of NE 1/4; Thence South 89 degrees 40 minutes |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 26, T3N-R6W Fee Tract (Boise) | VERN-P-03N06W260 | Fee | 39.9 | 19.95 | 19.95 | T3N | R6W | 26 | NW/4 of SW/4 |
| Sec. 27, T3N-R7W Fee Tract (Boise) | VERN-P-03N07W270 | Fee | 40.38 | 20.19 | 20.19 | T3N | R7W | 27 | SE/4 of SW/4 |
| Sec. 32, T3N-R7W Fee Tract (Boise) | VERN-P-03N07W320 | Fee | 120.69 | 60.345 | 60.345 | T3N | R7W | 32 | SW/4 of NW/4; N/2 of SW/4 |
| Sec. 33, T3N-R7W Fee Tract (Boise) | VERN-P-03N07W330 | Fee | 70.63 | 35.315 | 35.315 | T3N | R7W | 33 | Parcel acquired by Wm. T. Burton Industries, Inc. from Clarence L. Morrison, et ux, by Act of Exchange dated November 14 and 26, 1975 and December 1, 1975, recorded as Clerk's File #335577, described as NE/4 of NE/4; E/2 of NW/4 of NE/4; SW/4 of NW/4 of NE/4 |
| Sec. 34, T3N-R7W Fee Tract (Boise) | VERN-P-03N07W340 | Fee | 161.48 | 80.74 | 80.74 | T3N | R7W | 34 | NW/4 of NE/4; E/2 of SE/4; SW/4 of SE/4 |
| Sec. 36, T3N-R7W Fee Tract (Boise) | VERN-P-03N07W360 | Fee | 275.79 | 137.895 | 137.895 | T3N | R7W | 36 | N/2 of NW/4; SW/4 of NW/4; SE/4 of NW/4, LESS 13 acres in SE corner; N/2 of SE/4, LESS parcel conveyed to Napoleon B. Mayo by Wm. T. Burton Industries, Inc. by Act of Exchange dated June 18 and 25, 1975, recorded as Clerk's File #332515, described as: The North One-Half of the Northeast Quarter of the Southeast Quarter (N/2 of NE/4 of SE/4), of Section 36, Township 3 North, Range 7 West.<br><br>South Half of the Southeast Quarter (S/2 of SE/4), LESS 19.69 acres of land, more or less, situated in the Southwest Quarter of the Southeast Quarter of Section 36, T3N-R7W, Vernon Parish, Louisiana, and being more particularly described as follows: Beginning at the Southeast Corner of the SW/4 of SE/4; thence run along the South line of the SW/4 of SE/4, North 89° 16' West 1,364.0' to the Southwest corner of the SW/4 of SE/4; thence run along the West line of the SW/4 of SE/4, N 0° 04' East 629'; thence run South 89° 16' East 1,363.1' to the East line of the SW/4 of SE/4; thence run South or Southerly along the East line of the SW/4 of SE/4 629' to the point of beginning. |

## VERNON PARISH - MINERAL INTEREST OWNED BY J. LAWTON COMPANY IN UNDIVIDED ½ INTEREST

(EXAMPLE of Royalty ownership based on a 1/4th royalty lease: Jack Lawton, Inc. owns 5.25% of 8/8ths; JEL Norlaw Trust owns 6.25% of 8/8ths; Jack E. Lawton, Jr. owns 1% of 8/8ths)

| Tract Name | Tract Number | Type Interest | Gross Lawton owned mineral acres in Tract | Net Mineral Acres owned by J. Lawton Company | Net Mineral Acres owned by Tower Land Company, Inc. | Township | Range | Section | Description |
|---|---|---|---|---|---|---|---|---|---|
| Squatter Minerals Tract in Sec. 10, T1N-R5W Tract | VERN-B-01N05W10M | Mineral | 5.86 | 2.93 | 2.93 | T1N | R5W | 10 | All oil, gas and other minerals beneath the following described tract of land and all associated mineral rights, but without the right to use the surface of the property for the exploration for or production of minerals:<br><br>A 5.86 acre tract of land located in the Northwest Quarter of the Northeast Quarter (NW/4 of NE/4) of Section Ten (10), Township One (1) North, Range Five (5) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at a concrete monument for the Southeast (SE) corner of the said NW/4 of NE/4; thence N 00° 25' 49" E along the East (E) line of said NW/4 of NE/4 559.74 feet to a point of intersection with a fence, said point being described as the Point of Beginning (P.O.B.); thence from the P.O.B. N 00° 25' 49" E along said East (E) line 689.68 feet to the Northeast (NE) corner of said NW/4 of NE/4; thence N 88° 42' 33" W along the North (N) line of said NW/4 of NE/4 754.60 feet to a point of intersection with a fence; thence along and with said fence: S 58° 10' 05" E 242.18 feet; S 68° 29' 59" E 189.98 feet; S 08° 45' 24" W 282.56 feet; and S 59° 03' 36" E 447.96 feet to the Point of Beginning (P.O.B.), containing 5.86 acres, more or less, and as is more particularly shown on a plat of survey by Robert A. Fenstermaker, dated "Dec., 1986", a copy of which is attached to a Quickclaim Deed dated June 12, 1990, from Jack Lawton, Inc., et al, to Mike Edwin McDonald and filed for record under Instrument (File) No. 459415 of the Records of Vernon Parish, Louisiana. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Squatter Minerals Tract in Sec. 11, T1N-R5W Tract | VERN-B-01N05W11 M | Mineral | 5.98 | 2.99 | 2.99 | T1N | R5W | 11 | All oil, gas and other minerals beneath the following described tract of land and all associated mineral rights, but without the right to use the surface of the property for the exploration for or production of minerals:<br><br>A 5.98 acre tract of land located in the Northwest Quarter of the Southwest Quarter (NW/4 of SW/4) of Section Eleven (11), Township One (1) North, Range Five (5) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at an existing bolt for the Northeast (NE) corner of the said NW/4 of SW/4; thence N 88° 29' 49" W 208.0 feet along the North (N) line of said NW/4 of SW/4 to an iron bolt; thence S 00° 26' 44" W 1252.52 feet to an iron bolt; thence S 88° 26' 40" E 208.0 feet to an iron bolt for the Southeast (SE) corner of said NW/4 of SW/4; thence N 00° 26' 45" E 1252.69 feet along the East (E) line of said NW/4 of SW/4 to the Point of Beginning (P.O.B.), containing 5.98 acres, more or less, and as is more particularly shown on a plat of survey by Robert A. Fenstermaker dated 1 February, 1990, a copy of which is attached to a Quitclaim Deed dated June 22, 1990, from Jack Lawton, Inc., et al, to George L. Whitlock, and recorded in Conveyance Book 722 at Page 169 (File No. 459897) of the Conveyance Records of Vernon Parish, Louisiana. |
| Squatter Minerals Tract in Sec. 14, T1N-R5W Tract | VERN-B-01N05W14 M | Mineral | 3.41 | 1.705 | 1.705 | T1N | R5W | 14 | All oil, gas and other minerals beneath the following described tract of land and all associated mineral rights, but without the right to use the surface of the property for the exploration for or production of minerals:<br><br>A 3.41 acre tract of land located in the Northeast Quarter of the Northeast Quarter (NE/4 of NE/4) of Section Fourteen (14), Township One (1) North, Range Five (5) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at the Northwest (NW) corner of the said NE/4 of NE/4; thence along the North (N) line of the said NE/4 of NE/4 S 87° 52' 02" E 160.11 feet to a point of intersection with a fence; thence along and with said fence: S 10° 34' 04" E 49.86 feet; N 81° 21' 5" E 26.64 feet; S 08° 21' 15" E 383.51 feet (to a point of intersection with another fence); S 08° 27' 07" E 189.86 feet; and S 80° 38' 29" W 282.38 feet to a point of intersection with the West (W) line of said NE/4 of NE/4; thence N 00° 02' 00" W along said West (W) line 664.13 feet to the Point of Beginning (P.O.B.), containing 3.41 acres, more or less, and as is more particularly shown on a plat of survey by Robert A. Fenstermaker, dated January 1990, a copy of which is attached to a Quitclaim Deed dated June 18, 1990, from Jack Lawton, Inc., et al, and Walter Dewayne Strother, and recorded in Conveyance Book 722 at Page 245 (File No. 459956) of the Records of Vernon Parish, Louisiana. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Squatter Minerals Tract in Sec. 8, T2N-R5W Tract | VERN-B-02N05W08 M | Mineral | 2 | 1 | 1 | T2N | R5W | 08 | All oil, gas and other minerals beneath the following described tract of land and all associated mineral rights, but without the right to use the surface of the property for the exploration for or production of minerals:<br><br>A 2.00 acre tract of land located in the Northeast Quarter of the Northwest Quarter (NE/4 of NW/4) of Section Eight (8), Township Two (2) North, Range Five (5) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at a found 4" x 4" concrete post for the Northeast (NE) corner of the said NW/4; thence S 00° 09' 20" W along the East (E) line of said NW/4 417.42 feet to a set 1/2" iron rod; thence N 88° 58' 08" W 208.71 feet to a set 1/2" iron rod; thence N 00° 09' 20" E 417.42 feet to a set 1/2" iron rod on the North (N) line of said NW/4; thence S 88° 58' 08" E along the North (N) line of said NW/4 208.71 feet to the Point of Beginning (P.O.B.), containing 2.00 acres, more or less, and is more particularly shown on a plat of survey by Jerry W. Boswell, dated 24 October 1990, a copy of which is attached to a Quitclaim Deed dated November 26, 1990, from Jack Lawton, Inc., et al, and Samuel (NMI) Carruth, Jr. and recorded in Conveyance Book 732 at Page 51 (File No. 462265) of the Records of Vernon Parish, Louisiana. |
| 2.953 acre Squatter Minerals Tract in Sec. 20, T2N-R5W Tract | VERN-B-02N05W20 M | Mineral | 2.953 | 1.4765 | 1.4765 | T2N | R5W | 20 | All oil, gas and other minerals beneath the following described tract of land and all associated mineral rights, but without the right to use the surface of the property for the exploration for or production of minerals:<br><br>A 2.953 acre tract of land located in the Southeast Quarter of the Northeast Quarter (SE/4 of NE/4) of Section Twenty (20), Township Two (2) North, Range Five (5) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at a set 1/2" iron rod for the Northeast (NE) corner of the said SE/4 of NE/4; thence S 00° 40' 23" E along the East (E) line of said SE/4 of NE/4 23.72 feet to the point of intersection with a fence and to a set 1/2" iron rod; thence along and with said fence: S 78° 24' 15" W 385.16 feet to a set 1/2" iron rod and N 89° 41' 16" W 940.03 feet to a set 1/2" iron rod; thence N 01° 57' 40" W 114.67 feet to the Northwest (NW) corner of said SE/4 of NE/4; thence S 89° 11' 39" E along the North (N) line of said SE/4 of NE/4 1321.09 feet to the Point of Beginning (P.O.B.), containing 2.953 acres, more or less, and as is more particularly shown on a plat of survey by Jerry W. Boswell, dated 4 January 1990, a copy of which is attached to Quitclaim Deed dated June 12, 1990 from Jack Lawton, Inc., et al, to Giles R. Welch, and filed for record under Instrument (File) No. 459467 of the Records of Vernon Parish, Louisiana. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38.08 acres Squatter Minerals Tract in Section 20, T2N-R5W | VERN-B-02N05W20N | Mineral | 38.08 | 19.04 | 19.04 | T2N | R5W | 20 | A 38.08 acres tract of land, more or less, in the Northwest Quarter of the Northwest Quarter (NW/4 of NW/4), Section 20, T2N-R5W, La. Mer., Vernon Parish, Louisiana, more particularly described as follows:<br><br>Beginning at a found 4" by 4" concrete post for the Northwest corner of said NW/4 of NW/4, and being the Point of Beginning for the herein described tract; thence N 89°59'32" E, 1223.53 feet to a set 1/2" iron rod; thence S 05°37'33" W, 597.29 feet to a found 1/2" iron rod; thence S 66°40'43" E, 182.47 feet to a found 1" iron pipe on the East line of said NW/4 of NW/4; thence S 01°31"45" E along said East line, 646.48 feet to a re-set 1/2" iron rod for the Southeast corner of said NW/4 of NW/4; thence S 89°17'58" W, 1321.01 feet along the South line of said NW/4 of NW/4 to a found 1" iron pipe and broken 4" X 4" concrete post for the Southwest corner of said NW/4 of NW/4; thence N 01°14'42" W along the West line of said NW/4 of NW/4, 1329.20 feet to the P. O. B., and containing 38.08 acres, more or less, as is more particularly shown on a plat of survey by Jerry W. Boswell, P.L.S. No. 4495, dated 5 October 1994, a copy of which is attached to an Act of Exchange dated August 22, 1995, by and between J. Lawton Company, et al and Donald Lee Brown and recorded in Conveyance Book 830, Page 647 (File 493901) of the records of Vernon Parish, Louisiana. |
| Squatter Minerals Tract in Sec. 4, T2N-R6W Tract | VERN-B-02N06W04 M | Mineral | 4 | 2 | 2 | T2N | R6W | 04 | All minerals (imprescriptible) in, on and under the following described tract of land and all associated mineral rights, but with no right to use the surface of the land to produce the said minerals:<br><br>A parcel conveyed by Wm. T. Burton Industries, Inc. to Valley Electric Membership Corporation by Cash Deed dated October 6, 1978, recorded as Clerk's File #365040, described as:<br><br>That certain tract of land situated and located in the Northeast Quarter of the Southeast Quarter of Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana, containing 4 acres, more or less, as same is shown on a certificate of survey by A. J. Brouillette, registered surveyor, dated September 18, 1978, said tract being more particularly described as beginning at the Northeast corner of Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana, and run thence South 0 degrees 28 minutes West a distance of 2,941.6 feet to a point, from said point run thence North 81 degrees 55 minutes West a distance of 81.4 feet to Point 1 on said plat and the point of beginning of the tract herein conveyed, from Point 1 run thence South 0 degrees 25 minutes West a distance of 393 feet to Point 2 on said plat, from Point 2 run thence North 81 degrees 55 minutes West a distance of 447.7 feet to Point 3, from Point 3 run thence North 0 degrees 25 minutes East a distance of 393 feet to Point 4, from Point 4 run thence South 81 degrees 55 minutes East a distance of 447.7 feet to Point 1, the point of beginning. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Squatter Minerals Tract in Sec. 10, T2N-R6W Tract | VERN-B-02N06W10 M | Mineral | 5.39 | 2.695 | 2.695 | T2N | R6W | 10 | All oil, gas and other minerals (imprescriptible) in, on and under the following described property and all associated mineral rights, but without the right to use the surface of the land for any purpose:<br><br>A parcel conveyed by Wm. T. Burton Industries, Inc. to Central Louisiana Electric Company, Inc., by Cash Deed dated April 27, 1977 and recorded as Clerk's File #350095, described as:<br><br>A parcel of land in the Southwest Quarter of Southeast Quarter (SW/4 of SE/4) and Southeast Quarter of Southwest Quarter (SE/4 of SW/4) of Section 10, Township 2 North, Range 6 West, Vernon Parish, Louisiana, described as beginning at the Southwest corner of Southeast Quarter of Section 10, found 4 x 4 concrete post, thence North 24 degrees 20 minutes West, 305.65 feet to the Southwest corner of lot and point of beginning; thence South 89 degrees 30 minutes East 646.54 feet to the Southeast corner of lot; thence North 0 degrees 30 minutes East 410 feet to the Northeast corner of lot; thence North 89 degrees 30 minutes West, 499.5 feet to the Northwest corner of lot; thence South 20 degrees 14 minutes West 435.57 feet to the Southwest corner of lot, point of beginning, containing 5.39 acres, more or less, as shown on survey of R. S. Woodruff & Associates, Inc., dated March 1, 1977. |
| Squatter Minerals Tract in Sec. 24, T2N-R6W' Tract | VERN-B-02N06W24 M | Mineral | 5 | 2.5 | 2.5 | T2N | R6W | 24 | All oil, gas and other minerals beneath the following described tract of land and all associated mineral rights, but without the right to use the surface of the property for the exploration for or production of minerals:<br><br>A 5.00 acre tract of land located in the Northeast Quarter of the Southwest Quarter of the Northeast Quarter (NE/4 of SW/4 of NE/4) of Section Twenty-four (24), Township Two (2) North, Range Six (6) West, Vernon Parish, Louisiana, being more particularly described as follows:<br><br>Beginning at a concrete post for the Northeast (NE) corner of the said Section 24; thence N 89° 59' 32" W along the North (N) line of said Section 1301.86 feet; thence S 00° 33' 40" E 1325.24 feet to the Northeast (NE) corner of the said NE/4 of SW/4 of NE/4; thence S 89° 52' 19" W 319.21 feet to a set 1/2" iron rod and the True Point of Beginning (P.O.B.) of the tract to be conveyed; thence S 00° 42' 10" E 663.01 feet to a set 1/2" iron rod; thence S 89° 48' 12" W 328.42 feet to a found 1/2" iron rod and the Southwest corner (SW/c) of said NE/4 of SW/4 of NE/4; thence N 00° 42' 10" W 663.40 feet to a found 1/2" iron rod and the Northwest corner (NW/c) of said NE/4 of SW/4 of NE/4; thence N 89° 52' 19" E 328.42 feet to said Point of Beginning (P.O.B.), containing 5.00 acres, more or less, and is more particularly shown on a plat of survey by Jerry W. Boswell, dated 8 January, 1990, a copy of which is attached to Quitclaim Deed dated May 21, 1990, from Jack Lawton, Inc., et al, to Douglas Glen Welch and filed for record under Instrument (File) No. 459453 of the Records of Vernon Parish, Louisiana. |

## VERNON PARISH - IMPRESCRIPTIBLE MINERAL INTEREST OWNED BY CENTRAL PINES LAND COMPANY IN UNDIVIDED ½ INTEREST

(EXAMPLE of Royalty ownership based on a 1/4 royalty lease: 1.0% of 8/8ths owned by Jack E. Lawton, Jr., & 11.5% of 8/8ths owned by Jack Lawton, Inc.)

| Tract Name | Tract Number | Type Interest | Gross Lawton owned mineral acres | Net mineral acres owned by Central Pines Land Company | Net mineral acres owned by Tower Minerals Company, Inc. | Township | Range | Section | Description |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 4, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W04C | Mineral | 90.4 | 45.2 | 45.2 | T1N | R5W | 04 | Being diagonal SW/2 of SW/4 |
| Sec. 6, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W06C | Mineral | 706.81 | 353.405 | 353.405 | T1N | R5W | 06 | Entire Section |
| Sec. 7, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W07C | Mineral | 628.7 | 314.35 | 314.35 | T1N | R5W | 07 | Entire Section |
| Sec. 8, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W08C | Mineral | 613.41 | 306.705 | 306.705 | T1N | R5W | 08 | Entire Section |
| Sec. 9, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W09C | Mineral | 587.3 | 293.65 | 293.65 | T1N | R5W | 09 | S/2 and NW/4 and diagonal SW/2 of NE/4 |