| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 10, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W10C | Mineral | 71.74 | 35.87 | 35.87 | T1N | R5W | 10 | Diagonal SW/2 of SW/4 |
| Sec. 15, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W15C | Mineral | 552 | 276 | 276 | T1N | R5W | 15 | S/2 and NW/4 and diagonal SW/2 of NE/4 |
| Sec. 16, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W16C | Mineral | 739.2 | 369.6 | 369.6 | T1N | R5W | 16 | Entire Section |
| Sec. 17, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W17C | Mineral | 677.35 | 338.675 | 338.675 | T1N | R5W | 17 | Entire Section |
| Sec. 18, T1N-R5W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N05W18B | Mineral | 582.54 | 291.27 | 291.27 | T1N | R5W | 18 | Entire Section except NE/4 NW/4, NW/4 NE/4 |
| Sec. 19, T1N-R5W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N05W19B | Mineral | 560.77 | 280.385 | 280.385 | T1N | R5W | 19 | E/2; N/2 NW/4; N/2 S/2 NW/4; S/2 N/2 SW/4; S/2 SW/4 |
| Sec. 20, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W20C | Mineral | 622.98 | 311.49 | 311.49 | T1N | R5W | 20 | Entire Section |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 21, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W21C | Mineral | 580.15 | 290.075 | 290.075 | T1N | R5W | 21 | W/2 and W/2 of E/2 and NE/4 of NE/4 and the diagonal NW/2 of SE/4 of NE/4 |
| Sec. 28, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W28C | Mineral | 596.48 | 298.24 | 298.24 | T1N | R5W | 28 | W/2 and W/2 of NE/4 and diagonal NW/2 of SW/4 of SE/4, and NW/4 SE/4 |
| Sec. 29, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W29C | Mineral | 674.6 | 337.3 | 337.3 | T1N | R5W | 29 | Entire Section |
| Sec. 30, T1N-R5W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N05W30B | Mineral | 671.24 | 335.62 | 335.62 | T1N | R5W | 30 | Entire Section |
| Sec. 31, T1N-R5W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N05W31B | Mineral | 657.54 | 328.77 | 328.77 | T1N | R5W | 31 | Entire Section |
| Sec. 32, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W32C | Mineral | 547.56 | 273.78 | 273.78 | T1N | R5W | 32 | W/2 and N/2 of NE/4 and SE/4 of NE/4 and S/2 of SE/4 & Fractional NE/4 of SE/4 except 13 acres on West side |
| Sec. 33, T1N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01N05W33C | Mineral | 256.12 | 128.06 | 128.06 | T1N | R5W | 33 | NW/4 and N/2 of SW/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 2, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W02C | Mineral | 639.51 | 319.755 | 319.755 | T1N | R6W | 02 | Entire Section |
| Sec. 3, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W03C | Mineral | 79.94 | 39.97 | 39.97 | T1N | R6W | 03 | W/2 of NW/4 |
| Sec. 4, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W04C | Mineral | 578.94 | 289.47 | 289.47 | T1N | R6W | 04 | S/2; S/2 of NE/4 and NE/4 of NE/4; E/2 of NW/4 of NE/4; and S/2 of NW/4; NW/4 of NW/4 |
| Sec. 5, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W05C | Mineral | 319.2 | 159.6 | 159.6 | T1N | R6W | 05 | W/2 of Section |
| Sec. 6, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W06C | Mineral | 635.52 | 317.76 | 317.76 | T1N | R6W | 06 | Entire Section |
| Sec. 7, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W07C | Mineral | 318.34 | 159.17 | 159.17 | T1N | R6W | 07 | Diagonal NE/2 |
| Sec. 7, T1N-R6W Miscellaneous Minerals Tract | VERN-V-01N06W07D | Mineral | 280 | 140 | 140 | T1N | R6W | 07 | A tract of land situated in Section 7, T1N-R6W, and being more particularly described as follows: BEGINNING at the southeast corner of Section 7; THENCE west to southwest corner of said section; THENCE north to northwest corner of said section; THENCE southeast to the point of beginning, less and except the southwest 1/4 of northwest 1/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 8, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W08C | Mineral | 620.48 | 310.24 | 310.24 | T1N | R6W | 08 | S/2; NE/4; E/2 of NW/4; W/2 of SW/4 of NW/4 and NW/4 of NW/4 |
| Sec. 9, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W09C | Mineral | 601.52 | 300.76 | 300.76 | T1N | R6W | 09 | W/2; and S three-fourths of SE/4; NW/4 of NW/4 of SE/4 and NE/4 of NE/4 of SE/4 and W/2 of SW/4 of NE/4 and NE/4 of SW/4 of NE/4 and N/2 of SE/4 of NE/4 and SE/4 of SE/4 of NE/4 and N/2 of NE/4 |
| Sec. 10, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W10C | Mineral | 639.75 | 319.875 | 319.875 | T1N | R6W | 10 | Entire Section |
| Sec. 11, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W11C | Mineral | 640.55 | 320.275 | 320.275 | T1N | R6W | 11 | Entire Section |
| Sec. 12, T1N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-01N06W12C | Mineral | 649.03 | 324.515 | 324.515 | T1N | R6W | 12 | Entire Section |
| Sec.13, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W13B | Mineral | 655.77 | 327.885 | 327.885 | T1N | R6W | 13 | Entire Section |
| Sec. 14, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W14B | Mineral | 643.92 | 321.96 | 321.96 | T1N | R6W | 14 | Entire Section |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 15, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W15B | Mineral | 644.32 | 322.16 | 322.16 | T1N | R6W | 15 | Entire Section |
| Sec. 16, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W16B | Mineral | 565.04 | 282.52 | 282.52 | T1N | R6W | 16 | Entire Section except NW/4 NE/4 |
| Sec. 17, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W17A | Mineral | 323.21 | 161.605 | 161.605 | T1N | R6W | 17 | Diagonal SW/2 |
| Sec. 17, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W17B | Mineral | 323.21 | 161.605 | 161.605 | T1N | R6W | 17 | Diagonal NE/2 |
| Sec. 18, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W18A | Mineral | 398.9 | 199.45 | 199.45 | T1N | R6W | 18 | NE/4; W/2 W/2; SE/4 SW/4; SW/4 SE/4 |
| Sec. 19, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W19A | Mineral | 636.56 | 318.28 | 318.28 | T1N | R6W | 19 | Entire Section |
| Sec. 20, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W20A | Mineral | 571.19 | 285.595 | 285.595 | T1N | R6W | 20 | NE/4; W/2 NW/4; S/2 |
| Sec. 21, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W21A | Mineral | 319.76 | 159.88 | 159.88 | T1N | R6W | 21 | Diagonal SW/2 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 21, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W21B | Mineral | 319.76 | 159.88 | 159.88 | T1N | R6W | 21 | Diagonal NE/2 |
| Sec. 22, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W22B | Mineral | 610.3 | 305.15 | 305.15 | T1N | R6W | 22 | NE/4; SW/4 NE/4 NW/4; NW/4 NW/4; S/2 NW/4; S/2 |
| Sec. 23, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W23B | Mineral | 641.27 | 320.635 | 320.635 | T1N | R6W | 23 | Entire Section |
| Sec. 24, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W24B | Mineral | 669.34 | 334.67 | 334.67 | T1N | R6W | 24 | Entire Section |
| Sec. 25, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W25B | Mineral | 667.65 | 333.825 | 333.825 | T1N | R6W | 25 | Entire Section |
| Sec. 26, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W26B | Mineral | 604.43 | 302.215 | 302.215 | T1N | R6W | 26 | N/2; E/2 SW/4; SW/4 SW/4; SE/4 |
| Sec. 27, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W27A | Mineral | 301.69 | 150.845 | 150.845 | T1N | R6W | 27 | SW/4 of NW/4; diagonal SW/2 of SE/4 of NW/4; SW/4 and diagonal SW/2 of SE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 27, T1N-R6W Fullerton Triangle Minerals Tract (Tract B). | VERN-V-01N06W27B | Mineral | 341.92 | 170.96 | 170.96 | T1N | R6W | 27 | NW/4 of NW/4; NE/4; diagonal NE/2 of SE/4; NE/4 of NW/4; and diagonal NE/2 of SE/4 of NW/4 |
| Sec. 28, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W28A | Mineral | 641.76 | 320.88 | 320.88 | T1N | R6W | 28 | Entire Section |
| Sec. 29, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W29A | Mineral | 642.48 | 321.24 | 321.24 | T1N | R6W | 29 | Entire Section |
| Sec. 30, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W30A | Mineral | 638.07 | 319.035 | 319.035 | T1N | R6W | 30 | Entire Section |
| Sec. 31, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W31A | Mineral | 604.69 | 302.345 | 302.345 | T1N | R6W | 31 | Entire Section |
| Sec. 32, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W32A | Mineral | 596.83 | 298.415 | 298.415 | T1N | R6W | 32 | Entire Section |
| Sec. 33, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W33A | Mineral | 615.93 | 307.965 | 307.965 | T1N | R6W | 33 | Entire Section |
| Sec. 34, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W34A | Mineral | 642.33 | 321.165 | 321.165 | T1N | R6W | 34 | Entire Section |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 35, T1N-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01N06W35A | Mineral | 322.28 | 161.14 | 161.14 | T1N | R6W | 35 | Diagonal SW/2 |
| Sec. 35, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W35B | Mineral | 322.28 | 161.14 | 161.14 | T1N | R6W | 35 | Diagonal NE/2 |
| Sec. 36, T1N-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01N06W36B | Mineral | 660.89 | 330.445 | 330.445 | T1N | R6W | 36 | Entire Section |
| Sec. 1, T1N-R7W Artillery Range Minerals Tract (Tract C) | VERN-V-01N07W01C | Mineral | 72.1 | 36.05 | 36.05 | T1N | R7W | 01 | T1N-R7W, Sec. 1: Diagonal Northeast Half of the Northwest Quarter |
| Sec. 1, T1N-R7W Minerals Tract [Redleg Artillery Impact Area] | VERN-V-01N07W01D | Mineral | 232.86 | 116.43 | 116.43 | T1N | R7W | 01 | SW/2 of Lot 4 or SW/2 of NW/4 of NW/4 (diagonal division); SW/4 of NW/4; SW/2 of SE/4 of NW/4 (diagonal division); and, SW/4 |
| Sec. 13, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W13A | Mineral | 321.74 | 160.87 | 160.87 | T1N | R7W | 13 | S/2 NE/4; NW/4 NW/4; SW/4 SW/4; SE/4 |
| Sec. 14, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W14A | Mineral | 630.28 | 315.14 | 315.14 | T1N | R7W | 14 | Entire Section except NE/4 SE/4 NE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 15, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W15A | Mineral | 159.86 | 79.93 | 79.93 | T1N | R7W | 15 | E/2 NE/4; SW/4 SW/4; NE/4 SE/4 |
| Sec. 16, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W16A | Mineral | 282.43 | 141.215 | 141.215 | T1N | R7W | 16 | SW/4 NW/4; S/2 S/2; NE/4 SE/4; NW/4 SW/4 |
| Sec. 17, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W17A | Mineral | 627.11 | 313.555 | 313.555 | T1N | R7W | 17 | Entire Section except S/2 SE/4 NW/4 |
| Sec. 18, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W18A | Mineral | 553.36 | 276.68 | 276.68 | T1N | R7W | 18 | E/2; E/2 W/2; SW/4 NW/4; Fractional NW/4 NW/4 except 10.04 acres in the form of a square in the NW corner |
| Sec. 19, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W19A | Mineral | 283.01 | 141.505 | 141.505 | T1N | R7W | 19 | NE/4; NE/4 NW/4; E/2 SE/4 |
| Sec. 20, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W20A | Mineral | 617.48 | 308.74 | 308.74 | T1N | R7W | 20 | Entire Section except 25 acres, more or less, described as follows: Beginning at the NW corner of NE/4 SE/4 of said Section 20, thence S 12 degrees E 91 1/2 yds. to place of beginning, thence N 30 degrees E 413 yds.; N 60 degrees W 293 yds.; S 30 degrees W 413 yds.; thence S 60 degrees E 293 yds. to place of beginning |
| Sec. 21, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W21A | Mineral | 595.24 | 297.62 | 297.62 | T1N | R7W | 21 | Entire Section except NW/4 NW/4 |
| Sec. 22, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W22A | Mineral | 632.29 | 316.145 | 316.145 | T1N | R7W | 22 | Entire Section |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 23, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W23A | Mineral | 439.08 | 219.54 | 219.54 | T1N | R7W | 23 | N/2 N2; SW/4 NW/4; S/2 NE/4 SW/4; NW/4 SW/4; S/2 SW/4; W/2 SE/4; E/2 SE/4 SE/4 |
| Sec. 24, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W24A | Mineral | 646.21 | 323.105 | 323.105 | T1N | R7W | 24 | Entire Section |
| Sec. 25, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W25A | Mineral | 523.26 | 261.63 | 261.63 | T1N | R7W | 25 | N/2; SE/4; SW/4 of SW/4 |
| Sec. 27, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W27A | Mineral | 606.03 | 303.015 | 303.015 | T1N | R7W | 27 | NW/4 NE/4; S/2 NE/4; NW/4; S/2 |
| Sec. 28, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W28A | Mineral | 651.46 | 325.73 | 325.73 | T1N | R7W | 28 | Entire Section |
| Sec. 29, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W29A | Mineral | 598.55 | 299.275 | 299.275 | T1N | R7W | 29 | N/2; N/2 SW/4; SE/4 SW/4; SE/4 |
| Sec. 30, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W30A | Mineral | 39.71 | 19.855 | 19.855 | T1N | R7W | 30 | NE/4 NE/4 |
| Sec. 33, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W33A | Mineral | 447.17 | 223.585 | 223.585 | T1N | R7W | 33 | NE/4; N/2 NW/4; SE/4 NW/4; NW/4 SW/4; N/2 SE/4; SE/4 SE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 34, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W34A | Mineral | 637.69 | 318.845 | 318.845 | T1N | R7W | 34 | Entire Section |
| Sec. 35, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W35A | Mineral | 637.49 | 318.745 | 318.745 | T1N | R7W | 35 | Entire Section |
| Sec. 36, T1N-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01N07W36A | Mineral | 622.47 | 311.235 | 311.235 | T1N | R7W | 36 | Entire Section |
| Sec. 5, T1S-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-01S05W05C | Mineral | 120 | 60 | 60 | T1S | R5W | 05 | N/2 of NW/4 and SW/4 of NW/4 |
| Sec. 6, T1S-R5W Kisatchie Minerals Tract (Tract A) | VERN-V-01S05W06A | Mineral | 253.1 | 126.55 | 126.55 | T1S | R5W | 06 | SW/4 and E/2 of SE/4 |
| Sec. 6, T1S-R5W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01S05W06B | Mineral | 337.46 | 168.73 | 168.73 | T1S | R5W | 06 | N/2 |
| Sec. 7, T1S-R5W Kisatchie Minerals Tract (Tract A) | VERN-V-01S05W07A | Mineral | 542.35 | 271.175 | 271.175 | T1S | R5W | 07 | Entire Section except SE/4 NE/4; NE/4 SE/4 |
| Sec. 1, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W01A | Mineral | 400.49 | 200.245 | 200.245 | T1S | R6W | 01 | S/2 and the diagonal SW/2 of the NW/4 |