| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 1, T1S-R6W Fullerton Triangle Minerals Tract (Tract B) | VERN-V-01S06W01B | Mineral | 240.3 | 120.15 | 120.15 | T1S | R6W | 01 | The NE/4 and the diagonal NE/2 of the NW/4 |
| Sec. 2, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W02A | Mineral | 502.97 | 251.485 | 251.485 | T1S | R6W | 02 | NE/4; NW/4 NW/4; S/2 NW/4; NE/4 SW/4; N/2 NW/4 SW/4; S/2 SW/4; N/2 NW/4 SE/4; NE/4 SE/4 |
| Sec. 3, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W03A | Mineral | 580.7 | 290.35 | 290.35 | T1S | R6W | 03 | Entire Section except SE/4 SW/4, SE/4 SE/4, S/2 NE/4 SE/4 |
| Sec. 4, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W04A | Mineral | 679.39 | 339.695 | 339.695 | T1S | R6W | 04 | Entire Section |
| Sec. 5, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W05A | Mineral | 688.3 | 344.15 | 344.15 | T1S | R6W | 05 | Entire Section |
| Sec. 6, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W06A | Mineral | 686.72 | 343.36 | 343.36 | T1S | R6W | 06 | Entire Section |
| Sec. 7, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W07A | Mineral | 601.01 | 300.505 | 300.505 | T1S | R6W | 07 | E/2; N/2 NW/4; W/2 SW/4 NW/4; Fractional SE/4 NW/4 except 4.91 acres in the form of a square in the SW corner; N/2 SW/4; Fractional SE/4 SW/4, except 10.30 acres in the form of a square in the NW corner |
| Sec. 8, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W08A | Mineral | 662.66 | 331.33 | 331.33 | T1S | R6W | 08 | Entire Section |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Sec. 9, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W09A | Mineral | 591.27 | 295.635 | 295.635 | T1S | R6W | 09 | Entire Section except NW/4 NE/4, W/2 SW/4 NE/4, E/2 SE/4 NE/4 |
| Sec. 10, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W10A | Mineral | 220.77 | 110.385 | 110.385 | T1S | R6W | 10 | E/2 NE/4; E/2 NE/4 SE/4; S/2 of SE/4, W/2 of NE/4 of NW/4 and 5 acres in NE corner of NW/4 |
| Sec. 11, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W11A | Mineral | 679.96 | 339.98 | 339.98 | T1S | R6W | 11 | Entire Section |
| Sec. 12, T1S-R6W Kisatchie Minerals Tract (Tract A) | VERN-V-01S06W12A | Mineral | 652.36 | 326.18 | 326.18 | T1S | R6W | 12 | Entire Section |
| Sec. 1, T1S-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01S07W01A | Mineral | 698.56 | 349.28 | 349.28 | T1S | R7W | 01 | Entire Section, less 10 acres in SE corner of SW/4 of NE/4 |
| Sec. 2, T1S-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01S07W02A | Mineral | 501.54 | 250.77 | 250.77 | T1S | R7W | 02 | W/2 NE/4; NW/4; N/2 SW/4; SW/4 SW/4; W/2 SE/4 SW/4; E/2 SE/4; Fractional NW/4 SE/4 except 10 acres in a square in the SE corner; NW/4 SW/4 SE/4; W/2 SW/4 SE/4 |
| Sec. 3, T1S-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01S07W03A | Mineral | 315.69 | 157.845 | 157.845 | T1S | R7W | 03 | NE/4; SW/4 NW/4; NE/4 SW/4; N/2 SE/4 |
| Sec. 11, T1S-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01S07W11A | Mineral | 197.75 | 98.875 | 98.875 | T1S | R7W | 11 | E/2 E/2; SW/4 NE/4 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 12, T1S-R7W Kisatchie Minerals Tract (Tract A) | VERN-V-01S07W12A | Mineral | 710.88 | 355.44 | 355.44 | T1S | R7W | 12 | Entire Section |
| Sec. 30, T2N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-02N05W30C | Mineral | 80 | 40 | 40 | T2N | R5W | 30 | Being the diagonal SW/2 of SW/4 |
| Sec. 31, T2N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-02N05W31C | Mineral | 20 | 10 | 10 | T2N | R5W | 31 | Being the diagonal SW/2 of NW/4 of NE/4 |
| Sec. 32, T2N-R5W Artillery Range Minerals Tract (Tract C) | VERN-V-02N05W32C | Mineral | 80 | 40 | 40 | T2N | R5W | 32 | Being the diagonal SW/2 of SW/4 |
| Sec. 14, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W14C | Mineral | 81.15 | 40.575 | 40.575 | T2N | R6W | 14 | Being the diagonal SW/2 of SW/4 |
| Sec. 16, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W16C | Mineral | 603.7 | 301.85 | 301.85 | T2N | R6W | 16 | Entire Section, less and except the S/2 of NW/4 of NW/4 and N/2 of SW/4 of NW/4 |
| Sec. 17, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W17C | Mineral | 162.3 | 81.15 | 81.15 | T2N | R6W | 17 | E/2 of E/2 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 18, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W18C | Mineral | 260 | 130 | 130 | T2N | R6W | 18 | SE/4 and SE/4 of NE/4, SE/4 of SW/4, Diagonal SE/2 of SW/4 of SW/4 |
| Sec. 20, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W20C | Mineral | 649.55 | 324.775 | 324.775 | T2N | R6W | 20 | Entire Section |
| Sec. 22, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W22C | Mineral | 649.23 | 324.615 | 324.615 | T2N | R6W | 22 | Entire Section |
| Sec. 24, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W24C | Mineral | 79.75 | 39.875 | 39.875 | T2N | R6W | 24 | SW/2 of SW/4 |
| Sec. 25, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W25C | Mineral | 39.72 | 19.86 | 19.86 | T2N | R6W | 25 | SE/4 of SE/4 |
| Sec. 26, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W26C | Mineral | 649.96 | 324.98 | 324.98 | T2N | R6W | 26 | Entire Section |
| Sec. 28, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W28C | Mineral | 644.63 | 322.315 | 322.315 | T2N | R6W | 28 | Entire Section |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 29, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W29C | Mineral | 40.55 | 20.275 | 20.275 | T2N | R6W | 29 | SE/4 of NE/4 |
| Sec. 30, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W30C | Mineral | 648.02 | 324.01 | 324.01 | T2N | R6W | 30 | Entire Section |
| Sec. 31, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W31C | Mineral | 40.35 | 20.175 | 20.175 | T2N | R6W | 31 | NE/4 of SE/4 |
| Sec. 32, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W32C | Mineral | 566.76 | 283.38 | 283.38 | T2N | R6W | 32 | SW/4 and NE/4 and N/2 of NW/4, SE/4 of NW/4, NE/4 of SE/4, S/2 of SE/4 |
| Sec. 33, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W33C | Mineral | 121.26 | 60.63 | 60.63 | T2N | R6W | 33 | SW/4 of SW/4, SW/4 of SE/4, NE/4 of SE/4 |
| Sec. 34, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W34C | Mineral | 659.18 | 329.59 | 329.59 | T2N | R6W | 34 | Entire Section |
| Jeter Minerals Tract | VERN-V-02N06W35C | Mineral | 40.36 | 20.18 | 20.18 | T2N | R6W | 35 | NW/4 of SE/4 of Section 35, Township 2 North, Range 6 West, Vernon Parish, Louisiana, containing 40.36 acres, more or less. |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Sec. 36, T2N-R6W Artillery Range Minerals Tract (Tract C) | VERN-V-02N06W36C | Mineral | 560.74 | 280.37 | 280.37 | T2N | R6W | 36 | S/2 and NW/4, and W/2 of NE/4 |
| Sec. 24, T2N-R7W Artillery Range Minerals Tract (Tract C) | VERN-V-02N07W24C | Mineral | 40.92 | 20.46 | 20.46 | T2N | R7W | 24 | NE/4 of SE/4 |
| Sec. 33, T2N-R7W Miscellaneous Tract | VERN-V-02N07W33D | Mineral | 119.79 | 59.895 | 59.895 | T2N | R7W | 33 | E/2 of NE/4, NE/4 of SE/4 |

STATE OF LOUISIANA,
PARISH OF VERNON.
I HEREBY CERTIFY that the above and foregoing is a true and correct copy of an original instrument filed for Record on the 22 day of Feb, 2000 under Instrument No. 535073
WITNESS my official signature and seal of office at Leesville, Louisiana on this 22 day of Feb, 2000.
Deputy Clerk of Court and Ex-Officio Recorder Vernon Parish, La.