# UNITED STATES OF AMERICA

# State of Louisiana

UNION JUSTICE AND CONFIDENCE

## Fox McKeithen

### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that* a copy of a Merger document whereby TOWER MINERALS COMPANY, INC., organized under the laws of LOUISIANA, is merged into

TOWER MINERALS COMPANY, L.L.C.

Organized under the laws of LOUISIANA,

Was filed and recorded in this Office on April 27, 2005, with an effective date of April 30, 2005 at 11:59 p.m. C.S.T.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*
April 27, 2005

ABA 35924853K 35927735

*Secretary of State*

STATE OF LOUISIANA · UNION JUSTICE CONFIDENCE · SECRETARY OF STATE

EXHIBIT
tabbies
00

# CERTIFICATE OF MERGER

Pursuant to the provisions of Section 1360 of the Limited Liability Company Law of the State of Louisiana, the undersigned companies, being the constituent and surviving entities of a merger of a domestic corporation and a domestic limited liability company do hereby certify as follows:

1. The name and state of incorporation or organization of each constituent entity is as follows:

| Entity | Jurisdiction |
|---|---|
| Tower Minerals Company, Inc. | Louisiana |
| Tower Minerals Company, L.L.C. | Louisiana |

2. An Agreement and Plan of Merger has been authorized, approved, adopted, certified, executed and acknowledged by each of the constituent entities in accordance with the provisions of Section 112 of the Business Corporation Law and Section 1358 and 1359 of the Limited Liability Company Law of the State of Louisiana.

3. The name of the surviving entity of the merger is **TOWER MINERALS COMPANY, L.L.C.**, a Louisiana limited liability company.

4. The Articles of Organization of the surviving entity shall be the Articles of Organization of Tower Minerals Company, L.L.C.

5. An executed copy of the Agreement and Plan of Merger is on file at the principal place of business of the surviving entity at 641 W. Prien Lake Road, Lake Charles, LA 70601.

6. A copy of the Agreement and Plan of Merger will be furnished by the surviving entity on request and without cost to any stockholder or member of any constituent entity, or to any creditor or oblige of any constituent entity.

7. The effective date and time of the merger shall be April 30, 2005, at 11:59 p.m. C.S.T.

**IN WITNESS WHEREOF**, the undersigned corporation and limited liability company has caused this certificate to be executed this 26th day of April, 2005.

**TOWER MINERALS COMPANY, INC.**
**A Louisiana Corporation**

By:________________________
WILLIAM B. LAWTON, President

**TOWER MINERALS COMPANY, L.L.C.**
**A Louisiana Limited Liability Company**

By:________________________
WILLIAM B. LAWTON, Manager/President