# UNITED STATES OF AMERICA

# State of Louisiana

UNION JUSTICE AND CONFIDENCE

## Al Ater

### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

a copy of a Merger document whereby CENTRAL PINES LAND COMPANY, organized under the laws of LOUISIANA, is merged into

CENTRAL PINES LAND COMPANY, L.L.C.

Organized under the laws of LOUISIANA,

Was filed and recorded in this Office on December 22, 2005, with an effective date of December 23, 2005 at 11:59 p.m..

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*
December 22, 2005

[signature]

DBE 36077969K 36077980

*Secretary of State*

STATE OF LOUISIANA · UNION JUSTICE CONFIDENCE · SECRETARY OF STATE

EXHIBIT
PP

CERTIFICATE SS 102 PRINTED SEAL (Rev. 07/05)

UNITED STATES OF AMERICA

# State of Louisiana

UNION JUSTICE AND CONFIDENCE

## Al Ater

SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that the annexed transcript was prepared by and in this office from the record on file, of which purports to be a copy, and that it is full, true and correct.*

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*

DEC 2 2 2005

*Secretary of State*

STATE OF LOUISIANA * UNION JUSTICE CONFIDENCE * SECRETARY OF STATE

**CERTIFICATE OF MERGER**
**OF**
**CENTRAL PINES LAND COMPANY**
**WITH AND INTO**
**CENTRAL PINES LAND COMPANY, L.L.C.**
(Filed Pursuant to Section 117 of the
Louisiana Business Corporation Law and Section 1360
of the Louisiana Limited Liability Company Law)

The undersigned limited liability company, acting pursuant to Section 117 of the Louisiana Business Corporation Law and Section 1360 of the Louisiana Limited Liability Company Law, hereby certifies as follows:

First: That the name, state of organization and type of entity of each of the entities that are parties to the merger to which this Certificate relates (the "Constituent Entities") are as follows:

| Name | State of Organization and Type of Entity |
|---|---|
| Central Pines Land Company | Louisiana Corporation |
| Central Pines Land Company, L.L.C. | Louisiana Limited Liability Company |

Second: That an Agreement and Plan of Merger between the Constituent Entities (the "Agreement") providing for the merger of Central Pines Land Company with and into Central Pines Land Company, L.L.C. (the "Merger") has been approved, adopted, certified, executed and acknowledged by each of the Constituent Entities in accordance with the requirements of Section 117 of the Louisiana Business Corporation Law and Section 1359 of the Louisiana Limited Liability Company Law.

Third: Central Pines Land Company, L.L.C. will survive the Merger and continue to operate under its current name (the "Surviving Entity").

Fourth: This Certificate of Merger shall be effective at 11:59 p.m. on December 23, 2005.

Fifth: That the Articles of Organization and Operating Agreement and Bylaws of the Surviving Entity, as in effect on the date hereof, shall continue in full force and effect as the Articles of Organization and Operating Agreement and Bylaws of the Surviving Entity until altered, amended or repealed as provided therein or by law.

Sixth: That a copy of the executed Agreement is on file at the principal place of business of the Surviving Entity, located at 101 North Huntington, Sulphur, Louisiana 70663.



{N1430385.1}

Seventh: That a copy of the Agreement will be furnished by the Surviving Entity, on request and without cost, to any shareholder or member of the Constituent Entities.

This Certificate of Merger is executed by the Surviving Entity, acting through its duly authorized officer, this 22nd day of December, 2005.

Central Pines Land Company, L.L.C.

By: ______________________
Jack B. Lawton, Jr., President/Manager



(N1410583.1)

**ACKNOWLEDGMENT**

STATE OF LOUISIANA

PARISH OF Calcasieu

BEFORE ME, the undersigned authority, personally came and appeared Jack E. Lawton, Jr., the President Manager of Central Pines Land Company, L.L.C., a Louisiana limited liability company, known to me to be the person and officer whose name is subscribed to the foregoing instrument, and being by me first duly sworn, declared to me and the undersigned competent witnesses that the statements therein contained are true and correct, and that he executed such instrument for the purposes therein expressed and as his own act and deed.

IN WITNESS WHEREOF, the said appearer, witnesses and I have hereunto affixed our hands on this 21st day of December, 2005, in the aforesaid county and state.

WITNESSES:

Judy Yelverton
Name: Judy Yelverton

Jack E. Lawton, Jr., President/Manager

Randy Bleidiessel
Name: Randy Bleidiessel

Theresa Boudreaux
NOTARY PUBLIC
Theresa Boudreaux
Notary ID # 54203
Commission Expires at Death

Theresa Boudreaux
54203



(N1430385.1)