# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 98-314 L** |
| **versus** | ) | |
| | ) | **Judge Edward J. Damich** |
| **THE UNITED STATES,** | ) | |
| **Defendant** | ) | |

## UNOPPOSED MOTION TO EXTEND DEADLINES

NOW INTO COURT, through undersigned counsel, come Central Pines Land Company, Drost & Brame, Inc., D S & T, Inc., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, Jack E. Lawton, Jr., and Tower Minerals Company, Inc., who respectfully represent as follows, to-wit:

1.

The parties have been diligently working toward the discovery deadline in this matter, with both sides taking depositions of the parties as well as expert witnesses. Despite counsel's diligence in moving forward with discovery, depositions still need to be taken of certain fact witnesses.

2.

In light of the above and despite the cooperation of all counsel, discovery in this matter will not be completed within the established schedule. Movers respectfully request an extension of approximately forty five (45) days in which to complete discovery in this matter.

3.

If granted, this extension would also upset certain deadlines previously fixed by the Court.

In light of the above, the parties suggest that the following deadlines be refixed as follows:

| | |
|---|---|
| May 31, 2006 | Deadline for discovery |
| June 7, 2006 | Joint Status Report due |
| June 26-30, 2006 | Status Conference before Judge Damich - obviously we would not propose to set Judge Damich's schedule, so we present several dates for his consideration. |

Opposing counsel has no objection to this Motion To Extend Deadlines.

Date: March 21, 2006

Respectfully submitted,
THE GRAY LAW FIRM (APLC)

BY:________________________

A. J. GRAY, III (#6253)
P. O. Box 1467
Lake Charles, LA 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing Unopposed Motion To Extend Deadlines was served on March 21, 2006, by first class mail, postage prepaid, on the following counsel of record:

Alex Kriegsman
United States Department Of Justice
Environmental And Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3814
Washington, D.C. 20004

Terry Petrie
Natural Resources Section
Environment And Natural Resources Division
U.S. Department of Justice
999 18th Street
Suite 945, North Tower
Denver, CO 80202

LTC Michael D. Graham
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837

A. J. GRAY, III (#6253)

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | **No. 98-314 L** |
| **versus** ) | |
| ) | **Judge Edward F. Damich** |
| **THE UNITED STATES,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## ORDER

Considering the foregoing Unopposed Motion To Extend Discovery Deadlines,

IT IS ORDERED that Central Pines Land Company, D, S & T, Inc., Drost & Brame, Inc., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, Jack E. Lawton, Jr., and Tower Minerals Company, Inc.'s Unopposed Motion To Extend Deadlines is granted.

Deadlines are refixed as follows:

| | |
|---|---|
| May 31, 2006 | Deadline for discovery |
| June 7, 2006 | Joint Status Report due |
| June ____, 2006 | Status Conference before Judge Damich |

Washington, D.C., on this ____ day of ______________________, 2006.

______________________________________
HONORABLE EDWARD F. DAMICH