**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CENTRAL PINES LAND COMPANY, ET AL. | ) | |
| Plaintiffs, | ) | No. 98-314 L |
| vs. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

Defendant, United States of America, respectfully submits this unopposed motion to modify the Court's March 23, 2006, Scheduling Order. Presently, discovery closes May 31, 2006, with a joint status report due June 14, 2006 and a status conference set for July 18, 2006. The requested modification would extend the discovery date sixty (60) days and the status conference approximately thirty (30) days. Defendant recognizes that the Court has previously extended the schedule several times and would not make this request without good cause. But Defendant would now like to supplement one of its expert reports and take additional depositions as a result of information learned during discovery.

The parties have been engaged in active discovery, most of which has been completed. The parties have taken written discovery and depositions and completed expert disclosures and expert depositions. However, as a result of information learned during discovery, Defendant would now like to modify its RCFC 26(a)(2) disclosures. Defendant's counsel has discussed this matter with Plaintiffs' counsel. Plaintiffs are unopposed, provided Plaintiffs have an opportunity to take further discovery and/or modify Plaintiffs' RCFC 26(a)(2) disclosures based on Defendant's modification. Accordingly, after consulting with Plaintiffs' counsel, pursuant to RCFC 6.1, Defendant respectfully requests that the Court modify the Scheduling Order as follows:

| | |
|---|---|
| May 31, 2006 | Defendant identifies and discloses expert witnesses pursuant to Rule 26(a)(2) of the Court's Rules. |
| June 30, 2006 | Plaintiffs identify and disclose expert witnesses pursuant to Rule 26(a)(2) of the Court's Rules. |

| | |
|---|---|
| July 31, 2006 | Close of discovery. |
| August 15, 2006 | Post-discovery joint status report due. |

Dated: May 15, 2006

Respectfully submitted,

*/s/ Alex Kriegsman*

ALEX KRIEGSMAN
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 305-0506

LTC MICHAEL D. GRAHAM
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tel: (703) 696-1596
Fax: (703) 696-2940

DENNIS DAUGHERTY
Attorney
Department of the Interior
Office of the Solicitor
Division of Mineral Resources
Branch of Onshore Minerals
1849 C St., N.W., Rm 6312
Washington, DC 20240
Tel: (202) 208-5038
Fax: (202) 208-2225

ATTORNEYS FOR DEFENDANT