IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CENTRAL PINES LAND COMPANY, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 98-314 L<br><br>Hon. Edward J. Damich |

**POST-DISCOVERY JOINT STATUS REPORT**

Pursuant to the Court's Order of May 16, 2006, the parties respectfully submit the following Post-Discovery Joint Status Report.

<u>Discovery</u>: The parties completed discovery, both factual and expert, on August 4, 2006.

<u>Further Proceedings</u>: Defendants plan to file a dispositive motion. Plaintiffs' are considering filing dispositive motions, but have not made a final decision. If a dispositive motion does not resolve the case, the parties anticipate that any determination of jurisdiction, liability, or damages will require trial.

//

//

//

//

Dated: August 21, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

*/s/ Alex Kriegsman*
ALEX KRIEGSMAN
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P. O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-3022
Fax: (202) 305-0506

ATTORNEYS FOR DEFENDANT

THE GRAY LAW FIRM (APLC)

*/s/ A. J. Gray, III*

A.J. GRAY, III
P.O. Box 1467
Lake Charles, LA 70602-1467
Telephone: (337) 494-0694
Fax: (337) 494-0697

ATTORNEYS FOR PLAINTIFFS