# In the United States Court of Federal Claims

No. 98-314L
(Filed: September 14, 2006)

| | |
|---|---|
| **CENTRAL PINES LAND COMPANY, et al.,** | |
| Plaintiffs, | |
| v. | |
| **THE UNITED STATES,** | |
| Defendant. | |

## ORDER

As discussed at the post-discovery telephonic status conference, held on September 13, 2006, it is hereby ORDERED that:

1. Defendant shall file its dispositive motion on or before **December 15, 2006**.

2. Plaintiffs shall file a response to Defendant's dispositive motion on or before **February 14, 2007**.

3. Defendant's reply shall be filed pursuant to the rules of the Court.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge