**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CENTRAL PINES LAND COMPANY, ET AL.<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 98-314 L<br><br>Chief Judge Edward J. Damich |

**DEFENDANT'S PROPOSED FINDINGS OF UNCONTROVERTED FACT IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(h)(1) of the Rules of the United States Court of Federal Claims, Defendant respectfully submits the following Proposed Findings of Uncontroverted Fact in support of its Motion for Summary Judgment in the above-referenced suit:

1. In 1937, W. T. Burton, Plaintiffs' predecessor in interest, acquired the complete title to the "Group C lands," a parcel of property in Vernon Parish, Louisiana described in Plaintiffs' First Amended Complaint ("FAC"), attachment A. FAC, attachment A; August 12, 2004 Order at 5.

2. The United States subsequently acquired the surface rights to the Group C lands from Burton through several separate transactions and expropriation proceedings that took place between 1942 and 1981. Burton retained the mineral rights in the Group C lands Id.

3. Burton's rights were later transferred to Plaintiffs in 1988, in mesne conveyances that occurred as a result of a corporate reorganization. Id.

4. Between 1950 and 1978, through a series of condemnation proceedings, the United States instituted a mineral moratorium that prevented the owners of the mineral servitude from entering the Group C lands. Central Pines Land Co. v. United States, No. 2:96-2000, slip op. (W.D. La. 2000), aff'd 274 F. 3d 881 (5th Cir. 2001), cert. denied, 537 U.S. 822 (2002) (the "related action"), attached to Motion for Summary Judgment ("MSJ") as Ex. B at 3-4.

5. Throughout the pendency of the moratorium, the United States paid compensation to Burton on a per acre basis for the parts of the servitude that were inaccessible for mineral operations. Id. at 4.

6. The moratorium formally ended on March 31, 1978. Id. at 4-5; March 31, 1977 letter from John Camp, attorney for W. T. Burton Industries, to Michael Drost, MSJ Ex. C; June 6, 1977 letter from Major General William B. Steele to Commander, US Army FORSCOM, MSJ Ex. D.

7. In 1996 and 1997, after determining that Plaintiffs' mineral rights had prescribed, the United States granted a series of mineral leases for the portions of Group C on the Kisatchie National Forest. Plaintiffs' Responses to Defendants' First Set of Interrogatories, MSJ Ex. F at 2.

8. In 1996, Plaintiffs Central Pines Land Company and Tower Minerals Company, Inc. leased approximately 4,822 acres of Group C to Chesapeake Operating, Inc. MSJ Ex. F at 10.

9. Also in 1996, Plaintiffs Central Pines Land Company and Tower Minerals Company, Inc. leased approximately 28,668 acres of property contiguous with and partially including

Group C to Sonat Exploration Company. Id.

10. Since the end of the formal moratorium, Plaintiffs have never requested permission from the Army to access the surface of the Group C lands. Id. at 9-12; March 2006 Deposition of William Drost, MSJ Ex. G at 31-34; Central Pines v. United States 274 F.3d 881, 896 (5th Cir. 2001).

Dated: December 15, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Alex Kriegsman*

ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 305-0506

LTC MICHAEL D. GRAHAM
CAPT. JAMES N. HEWITT
Litigation Attorneys
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tel: (703) 696-1596
Fax: (703) 696-2940

MATTHEW A. TILDEN, ESQ.
Office of the General Counsel
U.S. Department of Agriculture
1718 Peachtree Road, NW - Suite 576
Atlanta, GA 30309-2409

Tel. 404-347-1086
Fax. 404-347-1065

DENNIS DAUGHERTY
Attorney
Department of the Interior
Office of the Solicitor
Division of Mineral Resources
Branch of Onshore Minerals
1849 C St., N.W., Rm 6312
Washington, DC 20240
Tel: (202) 208-5038
Fax: (202) 208-2225

ATTORNEYS FOR DEFENDANT