IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.** )<br>)<br>**Plaintiffs,** )<br>)<br>**versus** )<br>)<br>**THE UNITED STATES,** )<br>)<br>**Defendant** )<br>) | **No. 98-314 L**<br><br>**Chief Judge Edward J. Damich** |

# PLAINTIFFS' APPENDIX
## IN SUPPORT OF
## OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. Memorandum on Moratorium on Minerals, Fort Polk dated December 16, 1966 to Chief of Engineers from Jack W. Fickessen, Colonel, CE, District Engineer.

2. Disposition Form dated January 19, 1967 by Darwin L. Wilder and Tom Adams.

3. Disposition Form dated April 30, 1974 by Clarence C. Randle, Chief, Condemnation Section, Real Estate Division.

4. Minutes of meeting at Fort Polk on June 27, 1974 prepared by Colonel Jerry L. Teague.

5. Letter dated June 26, 1974 to HQDA, WASH DC from Joe H. Sheard, Colonel, CE, District Engineer.

6. Undated Memorandum (after June 27, 1974 and believed to be July 10, 1974) to Secretary of the Army from Major General D. A. Raymond, Acting Chief of Engineers.

7 Undated Executive Summary Major General Commanding Robert Haldane.

8. Undated Memorandum (apparently January 13, 1976) by Darwin L. Wilder.

9. Memorandum for Commanding General dated January 19, 1976 by Teague.

10. Disposition Form dated January 19, 1977 by Darwin L. Wilder, Chief, Acquisitions Branch, Real Estate Division.

11. Disposition Form dated March 18, 1977 by Darwin L. Wilder.

12. Memorandum For Record dated May 2, 1977 from Captain Christopher G. Hunt, Real Estate Officer.

13. Letter dated May 5, 1977 to Darwin Wilder, Real Estate Division, Fort Worth from Levin Harris, Assistant U. S. Attorney, Shreveport.

14. Attorney' opinion dated May 11, 1977 by R. P. Allen, Jr. concerning Fort Polk Mineral Moratorium.

15. Letter dated June 6, 1977 to Commander, US Army FORSCOM from William B. Steele, Major General, USA, Commanding.

16. Memo dated June 17, 1977 to Division Engineer, Southwestern from Michael B. Cottrell.

17. Undated letter (approximately June 1977) to Commander US Army FORSCOM from William B. Steele, Major General, USA, Commanding.

18. Memo dated June 22, 1977 to HQDA, Wash. D.C. from M. R. Long, Acting Chief, Real Estate Division.

19. Letter dated August 5, 1988, by Danny W. Britt, Forest Supervisor, to Regional Forester.

20. Memorandum dated October 7, 1993, by Charles E. Steele, Director of Lands And Minerals, United States Department Of Agriculture, Forest Service.

21. Letter dated April 6, 1995, a representative of Union Pacific Resources Company offered to lease Plaintiffs' minerals affecting property outside of Group C.

22. Hydrocarbon Lease dated effective August 1, 1995, corporate parents of Central Pines Land Company, L.L.C. and Tower Minerals Company, L.L.C. leased to Chesapeake Operating, Inc. ("Chesapeake") approximately 33,607.5325 acres of land contiguous to, but not included within, Group C.

23. Letter dated November 9, 1995 addressed to Mr. Mike Cruse, Deputy General Counsel.

24. Letter dated February 29, 1996 to Eisenberg.

25. Letter dated March 11, 1996 to Eisenberg.

26. Letter dated March 21, 1996, from A. J. Gray, III to Mel Fife, Belco Oil & Gas Corp.

27. Letter dated April 24, 1996 from David Hamilton, Land Manager, Sonat Exploration Company to Jack Lawton, Inc. et al.

28. Letter dated May 1, 1996, from Tower Minerals Company, Inc. and Central Pines Land Company to Sonat Exploration Company.

29. Letter dated May 9, 1996 from David Hamilton, Land Manager, Sonat Exploration Company to Tower Minerals Company, Inc. and Central Pines Land Company.

30. Hydrocarbon Lease dated July 1, 1996, Plaintiffs leased approximately 28,668.93 acres of property contiguous with and partially including Group C to Sonat.

31. Letter dated August 6, 1996, from Jeffery D. Eisenberg.

32. Letter dated September 24, 1996, Chesapeake, Plaintiffs' lessee under the 33,000 acre lease, offered to lease from Plaintiffs approximately 4,383.67 acres of Group C minerals.

33. September 26, 1996, mineral lease with Chesapeake.

34. Letter dated September 26, 1996, to Hood.

35. Letter dated October 9, 1996 from Plaintiffs to United States.

36. Memorandum For Record dated April 3, 1997.

37. Memorandum of March 11, 1997 meeting between Sonat, and representatives of the United States.

38. Memorandum AFZX-GT dated July 23, 1997, Stephen M. Sittnick, LTC, IN, G3/DPTMS.

39. Special Stipulations, Fort Polk, Louisiana.

40. Standard Operating Procedures For Exploration And Field Development Drilling of Oil/Gas Wells, SOP No. 32X-2.

41. Affidavit dated February 12, 2007 of A. J. Gray, III.

42. Plaintiffs' Response To Defendant's First Set Of Interrogatories And Requests For Production Of Documents To Plaintiffs, Answer to Interrogatory No. 2; Drost. Dep. Ex. 1.

43. Excerpts from Deposition William T. Drost, December 13, 2006, pp 34-35, 45, 46, 49-50, 73, 74, 84-85; 86, 87, 105, 107, 108.

44. Excerpts from Deposition of George P. Denny, July 18, 2006, pp. 17, 19, 21 - 22, 23-24, 25, 29, 30, 35, 45 - 46, 56

45. Excerpts from Deposition of Steven Dixon, July 18, 2006, pp. 21- 22

46. Excerpts from Deposition of Gary S. Dunlap, July 6, 2006, pp. 15, 31 -32, 34, 54

47. Excerpts from Deposition of Mel Fife, May 23, 2006, pp. 11, 12, 15-17, 19, 20, 21-22, 25, 28-29, 30, 31-32, 33, 38-39.

48. Excerpts from Deposition of David Vernon Hamilton, July 19, 2006, pp. 33, 34-35, 67, 70-71, 73, 77.

49. Excerpt from Deposition of Henry Hood, July 18, 2006, pp. 10, 14, 18, 31, 32, 35, 36,

50. Excerpts from Deposition of Thad D. Minaldi, May 23, 2006, pp. 18, 19, 23, 25, 28, 29 - 30, 45, 47- 48, 60, 79.

51. Excerpts from Deposition of Thomas Price, Jr., pp. 12 - 13, 19, 40, 60, 66.

52. Excerpt from Deposition of Darin Zanovich, May 24, 2006, p 41.

Respectfully submitted,

**THE GRAY LAW FIRM (APLC)**

BY:___/S/ A. J. GRAY, III

**A. J. GRAY, III** (La. Bar #6253)
P. O. Box 1467
Lake Charles, LA 70602-1467
Telephone: (337) 494-0694
Facsimile: (337) 494-0697

Of Counsel:

Thomas C. McKowen, IV
STRAIN, DENNIS, & BATES, L.L.P.
318 St. Charles Street
Baton Rouge, LA 70802
Telephone: (225) 343-0100
Facsimile : (225) 343-0344

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing PLAINTIFFS' APPENDIX IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT was served on the following counsel of record by first class mail, postage prepaid:

Alex Kriegsman
United States Department Of Justice
Environmental And Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3814
Washington, D.C. 20004

Terry Petrie
Natural Resources Section
Environment And Natural Resources Division
U.S. Department of Justice
999 18th Street
Suite 945, North Tower
Denver, CO 80202

LTC Michael D. Graham
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837

THUS DONE AND SIGNED on this 13TH day of February, 2007.

/s/ A. J. GRAY, III
**A. J. GRAY, III**