# DISPOSITIO` FORM

Mineral File

For use of this form, see AR 340-15; the proponent agency is The Adjutant General's Office.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| SWFRE-AC | Briefing Department of Justice on Ownership of Fort Polk Minerals |

TO/THRU Ch, Acq Br
Ch, RE
TO RE Files

FROM Ch, Cond Sec

DATE 30 Apr 74 CMT 1
Mr. Randle/mla/2111

1. A conference was held in the Post Engineer Building in Fort Polk Military Reservation, Louisiana, at 9 a.m., 25 April 1974. The following were present: Colonel Teague, Major Kerscher, Major Boller, Captain Armenerout (all of Fort Polk), Anthony Liotta, Chief of Lands Division, Department of Justice, Assistant U. S. Attorney General Phillip Zeidner, and Clarence Randle of Fort Worth District.

2. Captain Armenerout briefed the group on the history of Fort Polk from its inception. Major Kerscher followed with a briefing on mineral activity in the vicinity of Fort Polk including the drilling of dry holes by Placid-Hunt to the west and Atlantic Richfield at Rosepine. The conference moved to the Office of Commanding General Spragins with the General and Colonel Anderson, Deputy Installations Commander, joining the conference. The General was briefed on the purpose of the visit of Mr. Liotta to Fort Polk in determining if the minerals under a part of Fort Polk were owned by the Government rather than private ownership that is presently assumed. The General was particularly concerned about the minerals under the part of Fort Polk that are not under a moratorium. He asked Mr. Liotta the action to be taken if a request were made to drill on land on the installation not under a mineral moratorium. Mr. Liotta stated the request could be denied on the basis that it would interfere with the training program of this military reservation. Mr. Liotta stated micro-film of deeds to Department of Agriculture lands in Fort Polk had been lost and he would like for the Judge Advocate to furnish him copies of deeds to these lands. The briefing adjourned for lunch. An afternoon overflight by helicopter of Fort Polk, Peason Ridge, and environs acquainted Mr. Liotta of the activities being conducted and the locations of dry holes drilled in the past year.

3. The undersigned met with Judge Advocate Major Boller and one of his assistants, Captain Mitchell, at the Parish Courthouse the next morning. Records of Deeds to approximately 75,000 acres of Department of Agriculture land were located and index deed references to additional land were noted for the period 1933 to 1950, the period of acquisition by the Department of Agriculture. Copies of these deeds are to be furnished Mr. Liotta by the Judge Advocate.

Clarence C. Randle

CLARENCE C. RANDLE
Chief, Condemnation Section
Real Estate Division