EXHIBIT 6 - DELETED