Judges File
RE Files
DM

AFZX-FEE-M

2 May 1977

MEMORANDUM FOR RECORD

SUBJECT: Mineral Rights Meeting, 28 April 1977

1. At the request of Colonel Teague, a meeting was conducted at 0930 hours on 28 April 1977, to discuss Fort Polk Mineral Rights. A list of attendees is attached as Incl 1.

2. Colonel Teague opened the meeting with a discussion of possible increased oil exploration on Peason Ridge. On a "worst case" basis, it was assumed that Hodges makes a well and would desire to drill at least three additional wells.

3. Major Kalowski noted that the use of the Leesville Range for tank and artillery firing necessitates an increased demand on Peason as a maneuver area. He estimated that Peason is now used 48 weeks per year for maneuver, ARTEP's, etc. Since the actual area occupied by a well site is relatively insignificant, he doubted there would be any conflict as long as he could have six to twelve months warning of a new well.

4. Colonel Teague next introduced the moratorium situation on Leesville Artillery Range. The last one-year extension on the moratorium expires on 31 March 1978. It was agreed upon by all attendees that:

a. The cost of maintaining the moratorium will increase yearly and may go to $25/acre.

b. The outcome of Hodges well will have very little bearing on the possibility of minerals under the Leesville Range.

c. Ultimately, we would have to release the land to exploration demands.

5. Major Kalowski indicates we could continue to operate if a well was drilled in any of several areas of the range. Demands to drill in unacceptable areas could be countered with a mini-moratorium over those areas alone. Mr. Sherman brought up the fact that the mineral rights revert to the US if there is no exploration within ten years. A seismic survey alone is not an attempt to explore.

AFZX-FEE-M
SUBJECT: Mineral Rights Meeting, 28 April 1977

6. It was mutually agreed to allow the moratorium to expire without renewal.

7. Colonel Teague directed the undersigned to set up a subsequent meeting with Mr. Wilder and the Commanding General in order to reach an Installation position on the moratorium.

CHRISTOPHER G. HUNT
Captain, IN
Real Estate Officer