DEPARTMENT OF THE ARMY
HEADQUARTERS 5TH INFANTRY DIVISION (MECHANIZED) AND FORT POLK
FORT POLK, LOUISIANA 71459

AFZX-CG

6 Jun 77

SUBJECT: Fort Polk Mineral Rights

Commander
US Army FORSCOM
Fort McPherson, GA 30330

1. References:

a. HQDA message, 301542Z April 1976, SAB, attached as Incl 1.

b. AFEN-CDR message, 171200Z May 1976, SAB, attached as Incl 2.

2. In accordance with the above references, the Mineral Moratorium affecting the Peason Ridge Maneuver Area was removed as agreements were reached with mineral owners. In March 1977, drilling began on the first exploratory well at Peason Ridge and moratorium payments there were stopped.

3. With the experience gained from coexisting with the first well, the Installation is now able to better analyze the impact of permitting mineral exploration on the Leesville Artillery Range on Fort Polk Proper. This area, comprising approximately 44,000 acres, is under a mineral moratorium which will expire on 31 March 1978. To extend the moratorium for a subsequent five-year period is expected to cost a minimum of $2.00 to $5.00 per acre for the first year with a possible increase each year thereafter.

4. Although it is desireable to remove the moratorium under terms which specifically protect the Army training requirements, the owners of mineral interests on the Leesville Artillery Range have refused to agree to such stipulated conditions. At the same time, they have not expressed an interest in mineral exploration at this time. It is our studied opinion that their only consideration is for continued moratorium payments.

5. After carefully considering the factors involved, it is the Installation's intention to stop moratorium payments and permit the moratorium to expire

AMERICAN REVOLUTION BICENTENNIAL 1776-1976

AFZX-CG
SUBJECT: Fort Polk Mineral Rights

without extension on 31 March 1978. In the event that mutually agreeable stipulations have not been reached at that time, the Army will still have some measure of protection from uncontrolled oil and gas exploration:

a. All previous Wildcat Wells in the immediate area have been dry holes. With present-day drilling costs over One Million Dollars per well, it is inconceivable that the area will be overrun by new Wildcats.

b. As surface owners, the Army still retains control over right-of-entry.

c. Due to unusual safety hazards, no prudent driller could be expected to drill within impact areas.

d. If pushed to the wall, the Army could probably reestablish a moratorium over smaller, selected areas.

6. To augment the above built-in safeguards, negotiations and discussions are continuing between representatives of Fort Polk, the Fort Worth District of the Corps of Engineers, and principal mineral owners. It is hoped that prior to the March 1978 expiration, agreements will be made which result in an ideal solution of unimpaired military training, controlled exploration, and new sources of hydrocarbons for an energy-short nation.

2 Incl
as

WILLIAM B. STEELE
Major General, USA
Commanding