SWDRE-A (SWFRE-AC 17 Jun 77) 1st Ind
SUBJECT: Termination of Civil Action No. 19,118, Fort Polk, LA

DA, Southwestern Division, Corps of Engineers, Main Tower Building, 1200 Main Street, Dallas, Texas 75202 22 Jun 77

TO: HQDA (DAEN-REA-L) WASH DC 20314

1. In our 1st Indorsement SWDRE-A, dated 17 June 1977, on reference 1.d. of the basic letter, we advised you that an Acquisition Report would be submitted on 20 June 1977 for FORSCOM, Fort Polk, LA (annual payment $87,907). This was based on telephonic information from the District following receipt of the District's letter of 9 June 1977 (Incl 1 herewith).

2. We now find that the "report" referred to in the telephone conversation was the one required by basic letter references 1.a. and 1.b. That report is contained in paragraph 2 of the basic letter and is submitted on the assumption that a final decision will be made not to continue the longstanding mineral moratorium after the current term expires on 31 March 1978. In this regard, added Inclosure 3 is a copy of 1st Indorsement dated 15 June 1977 from HQ, FORSCOM to DAEN-ZCI concurring in Fort Polk's plan to allow the mineral moratorium to expire.

3. Assuming approval of the proposal to take a calculated risk rather than continue the mineral moratorium, and unless otherwise directed, a Title 10 Acquisition Report will not be submitted.

FOR THE DIVISION ENGINEER:

M. R. LONG
Acting Chief, Real Estate Division

3 Incl (dupe)
Dupe cy ea incl 1&2 wd
Added 1 incl
3. as

CF:
SWFRE wo/incl

ROUTED – M & R
DF
DDE
ADE
EO
AOPC
COMPT
BUD
F & A
CONST
EEOO
EOP
ENGR
DESIGN
FPMS
F & M
HYD
PLNG
PROG DEV
PROJ MGT
OAS
OIC
OPS
PAO
PERS
PROC/SUP
RE
SAFETY