Exhibit 19 - Deleted