United States Department of Agriculture | Forest Service | R8

Reply To: 2820

Date: October 7, 1993

BUREAU ... EASTERN ... RECEIVED 93 OCT 12 PM 3: NEWINGTON, VA

Subject: T01N, R06W, Louisiana P.M. (LA)
Verification of Consent to Lease

To: Deputy State Director, Operations
Eastern States Office

We have reviewed the lands covered by our original area-by-area report of July 1991. This consent is valid until June 30, 1994. We will provide verification of the land availability in a year to insure your office has complete up-to-date information.

Please note we have deleted Stipulation No. 1 from Section 28 as this section is not within the Intensive Use area of Fort Polk. Also note certain lands in Sections 16, 22, 26, 27 and 34 that were previously reported as unavailable are included in our consent. This change results from an October 9, 1992 title opinion whereby under the Louisiana statute on prescription, the U.S. can now claim mineral ownership where drilling has not occurred for a ten-year period regardless of the date of acquisition by the U.S. There have been no other changes in the status of land availability for oil and gas leasing and no additional lands have been acquired by the Forest Service in this area. If at any time during the next year, the status of the land changes as a result of legislative action or a title claim, we will provide an immediate update of the lands available in the township and range affected.

We have reviewed all FS-administered lands in this township and range. Those areas subject to partial minerals outstanding or reserved have been noted in the report. Those lands noted on our report as Federal minerals, private surface are not included in the Forest Service NEPA review and consent to lease. We have included them on the report as a courtesy so they can be made available for lease along with the Forest Service administered lands.

Those lands subject to a term reservation of the mineral interest will not be included on a Future Interest Minerals Available worksheet if the reservation allows for an extension in the event of production. However, we will consider leasing of these lands in the event your office receives an Expression of Interest or presale offer for the future interest minerals.

If you have any questions, please contact Edna Fuller of this office at (404) 347-2940.

For George B. [signature]

CHARLES E. STEELE
Director of Lands and Minerals

Enclosure

cc: Kisatchie NF
cc: Jackson DO

LANDS AVAILABLE FOR LEASE AS OF JULY 1, 1991
(Minerals Available)
KISATCHIE NATIONAL FOREST, LOUISIANA
TOWNSHIP 1 NORTH, RANGE 6 WEST
LOUISIANA MERIDIAN

STATUS: ACQUIRED
TREASURY SYMBOL: 125008.1
PROJECT NUMBER: 191

PARISH: VERNON
DISTRICT: VERNON

NOTE: All lands available for lease are subject to LN No. 3 enclosed

| SEC: | LEGAL DESCRIPTION | ACRES | STIPULATIONS |
|---|---|---|---|
| 13 | All | 655.77 | #1 LN 4 |
| 14 | All | 643.92 | #1 LN 4 |
| 15 | All | 644.32 | #1 LN 4 |
| 16 | NE less & except 90.81 acres in Tract V-10; NW; N/2SW; SWSW; SE | 514.59 | #1 LN 4 |
| | V-10 Tract in NE; SESW Acquired 5/7/75 with no activity within last 10 years | 131.17 | #1 |
| 17 | All | 646.41 | #1 LN 4 |
| 18 | N/2NE; SWNE; NW; NWSW; S/2S/2 | 478.69 | #1 LN 4 |
| 19 | ALL | 636.56 | #1 LN 4 |
| 20 | All | 641.35 | #1 LN 4 |
| 21 | All | 639.51 | #1 LN 4 |
| 22 | NE; SWNENW; W/2NW; SENW; S/2 | 610.30 | #1 LN 4 |
| | V-10 N/2NENW; SENENW Acquired 5/7/75 with no activity within last 10 years | 30.01 | #1 |
| 23 | All | 641.27 | #1 LN 4 |
| 24 | All | 660.80 | #1 LN 4 |
| 25 | All | 667.65 | #1 LN 4 |
| 26 | N/2; S/2SW; NESW; SE | 604.43 | #1 LN 4 |
| | V-10 NWSW Acquired 5/7/75 with no activity within last 10 years | 40.29 | #1 LN 4 |
| 27 | E/2; E/2NW; SWNW; SW | 603.38 | #1 LN 4 |
| | V-10 NWNW Acquired 5/7/75 with no activity within last 10 years | 40.23 | #1 |

CONTINUED

LANDS AVAILABLE FOR LEASE AS OF JULY 1, 1991
(Minerals Available)
KISATCHIE NATIONAL FOREST, LOUISIANA
TOWNSHIP 1 NORTH, RANGE 6 WEST
LOUISIANA MERIDIAN

| SEC: | LEGAL DESCRIPTION | ACRES | STIPULATIONS | |
|---|---|---|---|---|
| 28 | All | 641.76 | | LN 4 |
| 29 | All | 642.48 | #1 | LN 4 |
| 30 | All | 638.08 | #1 | LN 4 |
| 31 | All | 604.69 | | LN 4 |
| 32 | All | 596.83 | | LN 4 |
| 33 | All | 615.93 | #2 | LN 4 |
| 34 | E/2; E/2W/2; E/2SWSW | 501.82 | | LN 4 |
| | V-12 NWSW<br>Acquired 12/9/70 with no activity within in last 10 years | 40.15 | | |
| 35 | All | 644.55 | #1 | LN 4 |
| 36 | All | 660.89 | #1 | LN 4 |
| | TOTAL | 15,117.83 | | |

LANDS UNAVAILABLE FOR LEASE AS OF JULY 1, 1991

KISATCHIE NATIONAL FOREST, LOUISIANA
TOWNSHIP 1 NORTH, RANGE 6 WEST
LOUISIANA MERIDIAN

STATUS: ACQUIRED
TREASURY SYMBOL: 125008.1
PROJECT NUMBER: 191

PARISH: VERNON
DISTRICT: VERNON

| SEC. | TRACT | LEGAL DESCRIPTION | ACRES |
|---|---|---|---|
| 18 | V-32 | W/2NESE<br>Acquired 2/12/86 - Outstanding in perpetuity<br>(Reserved by State of Louisiana) | 19.94 |
| | V-23 | SENE<br>Acquired 4/13/88 - Outstanding in perpetuity<br>(Reserved by State of Louisiana) | 39.89 |
| | TOTAL | | 59.83 |

Lease Serial No. ___________

LEASE NOTICE NO. 3

All or part of the leased lands may contain animal or plant species classified under the Endangered Species Act of 1973, as amended. Other species may have been identified as sensitive in accordance with Forest Service Manual 2670 and be listed on the current Regional Forester's List of Sensitive Plant and Animal Species. Further information concerning the classification of these species may be obtained from the authorized Forest Officer.

Exploration and development proposals may be limited or modifications required in activity is planned within the boundaries of a threatened, endangered or sensitive plant or animal species location as it then exists. All activities within these areas must be conducted in accordance with existing laws, regulations and the Forest Land and Resource Management Plan guidelines.

All available land in T1N R6W, Louisiana Meridian

Lease Serial No. ____________

LEASE NOTICE #4

All or part of the leased lands may be classified as wetlands in accordance with Executive Order 11990, "Protection of Wetlands" or a floodplain in accordance with Executive Order No. 11988, "Floodplain Management." Additional management requirements for the protection of riparian areas are contained in 36 CFR 219.27(e) and the National Forest Management Act of 1976.

All activities within these areas may require special measures to mitigate adverse impacts to the resource values. They must comply with the above referenced executive orders, regulations, laws and be in accordance with the Forest Land and Resource Management Plan guidelines.

Further information concerning the classification and management of these lands may be obtained from the authorized Forest officer.

All available lands in T1N R6W, Louisiana Meridian

KISATCHIE NATIONAL FOREST
STIPULATION #2

Serial No. __________

NO SURFACE OCCUPANCY STIPULATION

No surface occupany or use is allowed on the lands described below (legal subdivision or other description).

T1N R6W

Sec. 33: S/2SESE; S/2N/2SESE; SESWSE;
S/2NESWSE; SESWSWSE 45.71

For the purpose of:

Fullerton Mill and Town National Historic Area

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820.)

KISATCHIE NATIONAL FOREST

Serial No. __________

CONTROLLED SURFACE USE STIPULATION #1

Surface occupany or use is subject to the following operating constraints.

The lessee is given notice that all or portions of the lease area are located within the Intensive Use Area for Fort Polk. Army use of these areas is necessary for the accomplishment of the Military mission and any surface use or occupany that might be allowed within such areas under the terms of this lease will be limited. It will be authorized by the Forest Service only if the lessee demonstrates the surface use or occupancy is essential to his operations, and if he submits special plans for operations affecting these areas which provide for such modifications as are satisfactory to the Forest Service for protection of these special values and existing or planned uses. After the Forest Service has been advised of the proposed surface use on the leased lands, and on request of the lessee, the Forest Service will furnish further data on such areas which now include, but are not limited to the following:

T1N R6W, Louisiana Meridian

| SECTION | LEGAL DESCRIPTION | ACRES |
|---|---|---|
| 13 | All | 655.77 |
| 14 | All | 643.92 |
| 15 | All | 644.32 |
| 16 | NW; N/2SW; SWSW; SE; NE; SESW | 645.76 |
| 17 | All | 646.41 |
| 18 | S/2S/2; NWSW; NW; N/2NE; SWNE | 478.69 |
| 19 | All | 636.56 |
| 20 | All | 641.35 |
| 21 | N/2; N/2SE; Dia. NE/2 of S/2SE; Dia. NW/2 of NWSW; Dia. NE/2 of NESW | 479.63 |
| 22 | ALL | 640.31 |
| 23 | All | 641.27 |
| 24 | All | 660.80 |
| 25 | All | 667.65 |
| 26 | N/2; SE; Dia. NE/2 of SESW; NESW; 20.15 ac.in NWSW | 564.13 |
| 27 | N/2NE; Dia. NE/2 of S/2NE; NENW; 10 ac in N/2NWNW | 170.91 |
| 29 | N/2NW; SWNW; Dia. NW/2 of SENW; NWNE; W/2NENE; N/2N/2SWNE | 210.83 |
| 30 | N/2NE; SENE; Dia. NE/2 of SWNE; Dia. NE/2 of NENW; N/2NWNW | 179.46 |
| 35 | NENE; Dia. NE/2 of NESENE; Dia. NE/2 of NENWNE | 70.48 |
| 36 | N/2; N/2SE; Dia. NE/2 of NESW | 433.71 |
| | TOTAL | 9,711.96 |

For the purpose of:

Military Activities

Any changes to this stipulation will be made in accordance with the land use plan and/or the regulatory provisions for such changes. (For guidance on the use of this stipulation, see BLM Manual 1624 and 3101 or FS Manual 1950 and 2820.)