Union Pacific Resources
A Subsidiary of Union Pacific Corporation

April 6, 1995

Jack Lawton, Inc.
101 North Huntington
Sulphur, Louisiana 70663

Attention: Thad Minaldi

Re: Lease Proposal
Vernon and Rapides Parishes, Louisiana

Dear Thad,

I enjoyed meeting with everyone last Thursday in Lake Charles to discuss your acreage position and UPRC's activity and our plans for extending the Austin Chalk play into Louisiana. The following proposal attempts to address your concerns while the structure would enable UPRC to test the acreage immediately.

1. Lawton et al would grant to UPRC a paid-up Oil, Gas and Mineral lease covering 30,789.76 acres in Rapides and Allen Parishes with no bonus consideration. The acreage is described on the attached descriptions which were obtained from the 1961 Pan American Petroleum Corporation lease. The lease would terminate if a well to test the Austin Chalk formation was not spudded within six months. The royalty would be 20% escalating to 25% after payout on a well by well basis.

2. The Effective Date of the lease would be April 1, 1995.

3. This proposal would be subject to a mutually acceptable Oil, Gas and Mineral lease which would provide for pooling and a 180 continuous development clause at the expiration of the primary term.

Thad, hopefully this proposal addresses a number of your concerns including the amount of acreage (30,789.76 acres vs. 96,911.98 acres) and an increased royalty after payout. UPRC remains interested in developing your remaining acreage in the Kisatchie National Forest and the Artillery Range.

Union Pacific Resources Company
P.O. Box 7
Fort Worth, Texas 76101-0007
817 / 877-6000
TWX 910 893 5024

UPRC, as the leading and most successful horizontal operator, has currently drilled over nine hundred and fifty horizontal wells in the Austin Chalk Trend. We feel our expertise, financial resources and experience in the trend will enable us to maximize the value of your property. Thad, you had indicated a quick response would not be a problem so I would request a response by Monday April 10, 1995. With an Effective Date of April 1, 1995, our clock is already running, thereby necessitating a quick reply and demonstrating our desire to proceed.

If you have any questions or would like to discuss this proposal in greater detail, please do not hesitate to contact me at (817) 877-6753.

Sincerely yours,

Mark

Mark A. Virant
Staff Landman

enclosures

EXHIBIT " C "

Those certain lands referred to herein as Fee Lands, in which Lessor owns fee title to the properties or possesses the mineral rights therein, located in Vernon and Rapides Parishes, Louisiana, to-wit:

| | | | Acres |
|---|---|---|---|
| **IN VERNON PARISH:** | | | |
| **Township One North, Range Five West** | | | |
| Section | 1 - | SE/4, S/2 NE/4, W/2 NW/4, SE/4 NW/4- - - - - - - | 360.00 ✓ |
| " | 2 - | SW/4 NW/4, NE/4 SW/4 less 10 acres in NE corner, NW/4 SW/4, S/2 S/2, NW/4 SE/4 less 10 acres in NW corner- - - - - - - | 337.90 ✓ |
| " | 4 - | Entire section less SW/2 SW/4- - - - - - - | 632.84 ✓ |
| " | 9 - | NE/2 NE/4- - - - - - - | 83.90 |
| " | 10 - | NW/4 NE/4, W/2 less SW/2 SW/4, E/2 NE/4- - - - | 322.71 |
| " | 11 - | NW/4 SW/4, S/2 SW/4- - - - - - - | 120.15 |
| " | 12 - | Entire section - - - - - - - | 623.97 |
| " | 13 - | Entire section- - - - - - - | 653.68 |
| " | 14 - | NE/4 NE/4, W/2 E/2 NW/4, W/2 NW/4, SE/4 SE/4, W/2 SW/4, SE/4 SW/4, NE/4 SW/4- - - - - - - | 396.86 |
| " | 15 - | NE/2 NE/4- - - - - - - | 78.86 |
| " | 21 - | SE/2 SE/4 NE/4, E/2 SE/4- - - - - - - | 100.00 |
| " | 22 - | Entire section - - - - - - - | 582.29 |
| " | 23 - | Entire section - - - - - - - | 652.65 |
| " | 24 - | NW/4, S/2 - - - - - - - | 470.48 |
| " | 25 - | Entire section - - - - - - - | 652.40 |
| " | 26 - | Entire section- - - - - - - | 703.59 |
| " | 27 - | Entire section - - - - - - - | 629.40 |
| " | 28 - | E/2 E/2, SE/2 W/2 SE/4- - - - - - - | 140.00 |
| " | 33 - | E/2, S/2 SW/4- - - - - - - | 426.90 |
| " | 34 - | Entire section - - - - - - - | 639.25 |
| " | 35 - | Entire section - - - - - - - | 677.57 |
| " | 36 - | Entire section - - - - - - - | 659.91 |
| | | | 9945 ³/₁ |
| **Township One North, Range Six West** | | | |
| Section | 7 - | SW/2 NW/4 NW/4, SW/2 SE/4 NW/4, SW/4, SW/2 SE/4- - - - - - - | 278.58 |
| **Township One North, Range Seven West** | | | |
| Section | 1 - | SW/4 and Diagonal SW/2 NW/4- - - - - - - | 480.00 |
| **Township Two North, Range Five West** | | | |
| Section | 2 - | N/2 N/2, SW/4- - - - - - - | 326.84 |
| " | 4 - | E 3/4 NE/4 NE/4, N/2 SE/4 NE/4, NW/4, NE/4 SW/4 less 10 acres in SE corner, NW/4 SW/4, S/2 SW/4 SE/4, SE/4 SE/4, S/2 SW/4- - - - - - - | 425.40 |
| " | 6 - | NW/4 NE/4, NW/4, W/2 SW/4, E/2 SE/4- - - - - - - | 470.88 |
| " | 7 - | NW/4 NE/4, NE/4 NW/4, S/2 NW/4, NE/4 SW/4- - - | 208.30 |

| | | | Acres |
|---|---|---|---|
| Section | 8 - | S/2 NE/4 NE/4, SW/4 SE/4 | 60.01 |
| " | 9 - | SE/4 NE/4 | 39.98 |
| " | 11 - | SE/4 SE/4 | 39.83 |
| " | 13 - | E/2 SE/4 | 82.27 |
| " | 33 - | E/2 NE/4, NW/4 SE/4 | 120.00 |

Township Three North, Range Five West

| | | | |
|---|---|---|---|
| Section | 26 - | S/2 S/2 SW/4 | 39.68 |
| " | 27 - | SE/4 SW/4 less 10 acres in SE corner | 29.69 |
| " | 34 - | W/2 less SW/4 SW/4 | 294.08 |
| " | 36 - | SW/4 NE/4 SW/4, W/2 SW/4 | 77.75 |

Township Three North, Range Six West

| | | | |
|---|---|---|---|
| Section | 20 - | SW/4 SE/4 | 40.12 |
| " | 25 - | S/2 NE/4, SE/4 NW/4, N/2 S/2 | 285.40 |
| " | 26 - | NW/4 SW/4 | 40.75 |

Township Three North, Range Seven West

| | | | |
|---|---|---|---|
| Section | 27 - | SE/4 SW/4 | 40.30 |
| " | 28 - | S/2 SE/4 SW/4, SW/4 SE/4 | 60.08 |
| " | 32 - | SW/4 NW/4, N/2 SW/4 | 70.73 |
| " | 34 - | NW/4 NE/4, E/2 SE/4, SW/4 SE/4 | 160.23 |
| " | 36 - | N/2 NW/4, SW/4 NW/4, SE/4 NW/4 less 15 acres in SE corner, N/2 SE/4, SW/4 SE/4 less 3.88 acres in SW corner, SE/4 SE/4 | 310.12 |

Township One South, Range Five West

| | | | |
|---|---|---|---|
| Section | 3 - | N/2 NE/4, NW/4 | 254.03 |
| " | 4 - | Entire section | 659.90 |
| " | 5 - | E/2, E/2 E/2 SW/4, W/2 NW/4 SW/4, SW/4 SW/4, SE/4 NW/4 | 479.70 |
| " | 8 - | E/2, W 3/4 E/2 NW/4, NW/4 NW/4, E/2 SW/4, SW/4 of NW/4 | 561.02 |
| " | 9 - | Entire section | 660.14 |
| | | | 2614.79 |

IN RAPIDES PARISH:

Township One North, Range One West

| | | | |
|---|---|---|---|
| Section | 30 - | S/2 S/2 | 160.00 |
| " | 31 - | SW/4 NE/4, N/2 NW/4, SW/4 NW/4 | 160.00 |
| " | 32 - | NW/4 SW/4, SW/4 NW/4 | 80.00 |

Township One North, Range Two West

| | | | |
|---|---|---|---|
| Section | 22 - | E/2 SE/4 | 80.00 |
| " | 27 - | SW/4 SW/4 | 40.00 |

16,541.17

| | | Acres |
|---|---|---|
| Section 28 - | SE/4 SE/4 | 40.00 |
| " 33 - | NE/4 NE/4 | 40.00 |

X

Township One North, Range Four West

| | | |
|---|---|---|
| Section 3 - | E/2 NW/4, S/2 S/2 NW/4 NW/4, SW/4 NW/4, S/2 SW/4 | 212.13 |
| " 4 - | S/2 S/2 NE/4 NE/4, S/2 NE/4, NE/4 SW/4, NW/4 SE/4 | 171.19 |
| " 5 - | Entire section | 645.72 |
| " 6 - | E/2 NE/4, W/2 NW/4 NE/4, SW/4 NE/4 less 10 acres in NE corner, E/2 E/2 NW/4, SW/4 NW/4, S/2 | 537.52 |
| " 7 - | Entire section | 643.42 |
| " 8 - | NW/4, W/2 SW/4, S/2 SE/4 | 323.80 |
| " 9 - | N/2, N/2 S/2, SW/4 SW/4 | 528.20 |
| " 10 - | SE/4 NE/4, W/2 W/2 | 202.52 |
| " 11 - | W/2 SW/4 | 82.02 |
| " 15 - | S/2 NW/4, S/2 | 405.58 |
| " 16 - | Entire section | 648.10 |
| " 17 - | W/2 W/2 | 161.88 |
| " 18 - | E/2 E/2, Fractional NW/4 NE/4, SW/4 NE/4, Fractional part NW/4 NW/4 less 5 acres in SE corner, S/2 NW/4, E/2 SW/4, Fractional East part NW/4 SW/4, Fractional North part SW/4 SW/4, NW/4 SE/4, N/2 SW/4 SE/4 | 525.70 |
| " 19 - | W/2 W/2 | 160.52 |
| " 28 - | E/2 E/2 | 163.74 |
| " 30 - | S/2 NE/4, W/2 SW/4, E/2 SE/4, NW/4 | 402.21 |
| " 31 - | N/2 NE/4, W/2, NE/4 SE/4 less 10 acres in NW corner, SW/4 SE/4 | 479.22 |
| " 32 - | NE/4 NE/4, W/2 NE/4, NW/4, SW/4 SE/4 | 333.72 |

4562.08

Township Two North, Range Four West

| | | |
|---|---|---|
| Section 6 - | S/2 NW/4, W/2 SW/4 | 163.36 |
| " 7 - | NE/4 SW/4, SW/4 SW/4, N/2 NW/4, SE/4 NW/4 | 203.57 |
| " 18 - | W/2 NW/4 NW/4 | 20.20 |
| " 30 - | SW/4 NW/4, W/2 SW/4 | 122.23 |
| " 31 - | SE/4 SW/4, NE/4 SE/4, E/2 NW/4 SE/4, S/2 SE/4 | 181.30 |
| " 32 - | N/2 N/2 SW/4 NE/4, E/2 NE/4 NW/4, NE/4 SE/4 NW/4, S/2 SE/4 NW/4, S/2 S/2 SW/4 NW/4, SW/4, SE/4 SE/4 | 271.83 |

Township One South, Range One West

| | | |
|---|---|---|
| Section 5 - | NW/4 NE/4 | 40.00 |
| " 6 - | S/2 NE/4, SE/4 NW/4, S/2 | 440.00 |

X

24,130

# EXHIBIT " B " Range

Those certain lands situated in the area known as the Artillery Range (not including the lands named in Exhibit "A") in Vernon Parish, Louisiana, to-wit:

| Township One North, Range Five West | Acres |
|---|---|
| Section 4 - Being diagonal SW/2 of SW/4 | 90.40 ✗ |
| " 6 - Entire section | 706.81 |
| " 7 - Entire section | 628.70 |
| " 8 - Entire section | 613.41 |
| " 9 - S/2 and NW/4 and diagonal SW/2 of NE/2- | 587.30 ✗ |
| " 10 - Diagonal SW/2 of SW/4- | 71.74 ✗ |
| " 15 - S/2 and NW/4 and diagonal SW/2 of NE/4 | 552.00 ✓ |
| " 16 - Entire section | 739.20 ✓ |
| " 17 - Entire section | 677.35 |
| " 20 - Entire section | 622.98 |
| " 21 - W/2 and W/2 of E/2 and NE/4 of NE/4 and the diagonal NW/2 of SE/4 of NE/4 | 580.15 ✗ |
| " 28 - W/2 and W/2 of NE/4 and diagonal NW/2 of SW/4 of SE/4, and NW/4 SE/4 | 596.48 ✓ |
| " 29 - Entire section | 674.60 |
| " 32 - W/2 and N/2 of NE/4 and SE/4 of NE/4 and S/2 of SE/4 & Fractional NE/4 of SE/4 except 13 acres on West side--- | 547.56 |
| " 33 - NW/4 and N/2 of SW/4- | 256.12 |
| | ~~14,599.60~~ ~~79..~~ 7944.80 |

| Township One North, Range Six West | |
|---|---|
| Section 2 - Entire section | 639.51 |
| " 3 - W/2 of NW/4 | 79.94 |
| " 4 - S/2; S/2 of NE/4 and NE/4 of NE/4; E/2 of NW/4 of NE/4; and S/2 of NW/4; NW/4 of NW/4 | 578.94 |
| " 5 - W/2 of section | 319.20 |
| " 6 - Entire section | 635.52 |
| " 7 - Diagonal NE/2 | 318.34 |
| " 8 - S/2; NE/4; E/2 of NW/4; W/2 of SW/4 of NW/4 and NW/4 of NW/4 | 620.48 |
| " 9 -W/2; and S three-fourths of SE/4; NW/4 of NW/4 of SE/4 and NE/4 of NE/4 of SE/4 and W/2 of SW/4 of NE/4 and NE/4 of SW/4 of NE/4 and N/2 of SE/4 of NE/4 and SE/4 of SE/4 of NE/4 and N/2 of NE/4- | 601.52 |
| " 10 - Entire section | 639.75 |
| " 11 - Entire section | 640.55 |
| " 12 - Entire section | 649.03 |
| | 5722.78 |

| Township One North, Range Seven West | |
|---|---|
| Section 1 - Being the diagonal NE/2 of NW/4- | 76.24 |

| Township Two North, Range Five West | |
|---|---|
| Section 30 - Being the diagonal SW/2 of SW/4- | 80.00 |
| " 31 - Being the diagonal SW/2 of NW/4 of NE/4- | 20.00 |
| " 32 - Being the diagonal SW/2 of SW/4- | 80.00 |

0• *

360•00 +
337•90 +
632•84 +
83•90 +
322•71 +
120•15 +
623•97 +
653•68 +
396•86 +
78•86 +
100•00 +
582•29 +
652•65 +
470•48 +
652•40 +
703•59 +
629•40 +
140•00 +
426•90 +
639•25 +
677•57 +
659•91 +
9945•31 *

9945•31 +
278•58 +
480•00 +
326•84 +
425•40 +
470•88 +
208•30 +
12135•31 *

12135•31 +
60•01 +
39•98 +
39•83 +
82•27 +
120•00 +
39•68 +
29•69 +
294•08 +
77•75 +
40•12 +
285•40 +
40•75 +
40•30 +
60•08 +
70•73 +
160•23 +
310•12 +
254•03 +
659•90 +
479•70 +
561•02 +
660•14 +
16541•12 *

16541•12 +
212•13 +
171•19 +
[illegible]

| | |
|---|---|
| 12135•31 | * |
| 12135•31 | + |
| 60•01 | + |
| 39•98 | + |
| 39•83 | + |
| 82•27 | + |
| 120•00 | + |
| 39•68 | + |
| 29•69 | + |
| 294•08 | + |
| 77•75 | + |
| 40•12 | + |
| 285•40 | + |
| 40•75 | + |
| 40•30 | + |
| 60•08 | + |
| 70•73 | + |
| 160•23 | + |
| 310•12 | + |
| 254•03 | + |
| 659•90 | + |
| 479•70 | + |
| 561•02 | + |
| 660•14 | + |
| 16541•12 | * |
| 16541•12 | + |
| 212•13 | + |
| 171•19 | + |
| 645•72 | + |
| 537•52 | + |
| 643•42 | + |
| 323•80 | + |
| 528•20 | + |
| 202•52 | + |
| 82•02 | + |
| 405•58 | + |
| 648•10 | + |
| 161•88 | + |
| 525•70 | + |
| 160•52 | + |
| 163•74 | + |
| 402•21 | + |
| 479•22 | + |
| 333•72 | + |
| 163•36 | + |
| 203•57 | + |
| 20•20 | + |
| 122•23 | + |
| 181•30 | + |
| 271•83 | + |
| 24130•80 | * |
| 0• | * |