of 89.9 feet; thence North 49 degrees 45 minutes West, a distance of 91.9 feet to the point of beginning, containing 0.5331 acres, more or less;

Section 11: W/2 of SW/4

Section 15: S/2 of NW/4; S/2

Section 16: Entire Section

Section 17: W/2 of W/2

Section 18: E/2 of E/2; Frac. part of NW/4 of NE/4; SW/4 of NE/4; Frac. part of NW/4 of NW/4, less 5 acres in SE corner; S/2 of NW/4; E/2 of SW/4; Frac. East part of NW/4 of SW/4; NW/4 of SE/4; N/2 of SW/4 of SE/4

Section 19: W/2 of W/2, LESS a .08 acre cemetery located in the Northwest Quarter of Northwest Quarter (NW/4 of NW/4) of Section 19, Township 1 North, Range 4 West, plot enclosed by a hurricane fence on the Old W. P. A. Road, which tract is approximately 60 feet by 60 feet (Conveyed by Wm. T. Burton Industries, Inc. to Ralph Doyle, by Quitclaim Deed dated January 15, 1976, recorded as File #651571 in COB 873, page 82);

Section 28: E/2 of E/2

Section 30: S/2 of NE/4; NW/4; W/2 of SW/4; E/2 of SE/4

Section 31: N/2 of NE/4; W/2; SW/4 of SE/4

Section 32: NE/4 of NE/4; W/2 of NE/4; NW/4 LESS Southwest Quarter of the Northwest Quarter of Section 32, Township 1 North, Range 4 West (Conveyed by Wm. T. Burton Industries, Inc. to Ralph Doyle by Cash deed dated January 6 and 15, 1976, recorded as File #651569 in COB 873, page 78 and by Quitclaim dated January 21, 1980 and March 12, 1980, recorded as File #717605 in COB 989, page 639);

and SW/4 of SE/4

Section 6: W/2 of SW/4, LESS a certain parcel or tract of land, being, lying and situated in the West Half (W/2) of the Southwest Quarter (SW/4), Section Six (6), Township Two North (T2N), Range Four West (R4W), Rapides Parish, Louisiana, being more particularly described as follows: From the Northwest corner of the Southwest Quarter (SW/4) of Section Six (6), Township Two North (T2N), Range Four West (R4W) run South eighty-eight degrees thirty-six minutes East (S 88 degrees 36 minutes E) a distance of 20.27 chains to a point; thence run South zero degrees forty-three minutes East (S 0 degrees 43 minutes E) a distance of 11.93 chains to the point of beginning; thence run South twenty-four degrees fifty minutes West (S 24 degrees 50 minutes W) a distance of 1.82 chains; thence run South three degrees thirty-three minutes East (S 3 degrees 33 minutes E) a distance of 9.54 chains; thence run South seventy-eight degrees forty-one minutes East (S 78 degrees 41 minutes E) a distance of 0.32 chains; thence run North zero degrees forty-three minutes West (N 0 degrees 43 minutes W) to the point of beginning, containing 0.58 acres, more or less, and being that property outlined in the Certificate of Survey dated December 10, 1975 prepared by Barrett Gremillion (Conveyed by Wm. T. Burton Industries, Inc. to Chrystal (Christal) Price, by Quitclaim Deed dated January 16 and 23, 1976 and recorded as file #649338 in COB 869, page 695);

and S/2 of NW/4

Section 7: SW/4 of SW/4; N/2 of NW/4; SE/4 of NW/4; NE/4 of SW/4, less property donated by Wm. T. Burton Industries, Inc. to Big Hammock Baptist Church, by Act of Donation dated May 5 and 9, 1975 and recorded as File #639489 in Donation Book 6, page 105 described as: A part of the Northeast Quarter of the Southwest Quarter (NE/4 of SW/4) of Section 7, Township 2 North, Range 4 West, Rapides Parish, Louisiana, described as follows: Begin at the Southeast corner of said Northeast Quarter of the Southwest Quarter (NE/4 of SW/4); thence North along the East line of said Northeast Quarter of Southwest Quarter (NE/4 of SW/4) 87.0 feet for point of beginning: Thence North 72 degrees 45 minutes West 254.0 feet; Thence North 17 degrees 15 minutes East 274.0 feet to the southerly right of way line of existing road; Thence along said southerly right of way line South 34 degrees 53 minutes East 164.0 feet and South 48 degrees 07 minutes East 90.3 feet to said East line of said Northeast Quarter of Southwest Quarter (NE/4 of SW/4); Thence South along said East line 141.6 feet to point of beginning containing 1.0 acre.

Section 18: W/2 of NW/4 of NW/4

Section 30: SW/4 of NW/4 and W/2 of SW/4

Section 31: SE/4 of SW/4; NE/4 of SE/4; E/2 of NW/4 of SE/4 and S/2 of SE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Hardy B. Afeman by Act of Exchange (which parcel is described below following Section 32, T. 2 N., R. 4 W.)

Section 32: N/2 of N/2 of SW/4 of NE/4; E/2 of NE/4 of NW/4; NE/4 of SE/4 of NW/4; S/2 of SE/4 of NW/4; S/2 of S/2 of SW/4 of NW/4; SW/4, LESS all of the NE/4 of SW/4 of Section 32, Township 2 North, Range 4 West, lying South of State Route #463 (Conveyed by Wm. T. Burton Industries, Inc. to Mrs. William Afeman, et als, by Act of Exchange dated March 6, 1975 and April 9, 1975 and recorded as File #639651 in COB 853, page 702); and SE/4 of SE/4, LESS a tract of land situated in Sections 31 and 32, Township 2 North, Range 4 West, in Rapides Parish, Louisiana, more particularly described as commencing at a point on the section line common to Sections 31 and 32, which is 2954.7 feet North of the Southwest corner of Section 32, Township 2 North, Range 4 West; thence South 0 degree 09 min. East 324.0 feet; thence South 89 degrees 57 min. West 1070 feet to the North line of a dismantled Railroad right of way; thence South 56 degrees 52 min. East along the North right of way line of the dismantled Railroad a distance of 1209.4 feet to the North right of way line of the Parish Road; thence North 69 degrees 28 min. East 500 feet, along the North right of way line of the Parish Road; thence North 80 degrees 13 min. East 1000 feet, along the North right of way line of the Parish Road; thence North 75 degrees 23 min. East 100 feet; thence North 69 degrees 42 min. East 100 feet; thence North 65 degrees 59 min. East 100 feet; thence North 64 degrees 28 min. East 242.1 feet all along the North side of the Public Road; thence North 722.6 feet; thence North 89 degrees West 569.21 feet; thence South 0 degrees 09 min. East 328 feet; thence North 88 degrees 57 min. West 1327.9 feet to point of beginning (Conveyed by Wm. T. Burton Industries, Inc. to Hardy B. Afeman, by Act of Exchange dated December 31, 1974, recorded as File #635091 in COB 847, page 323, as corrected by Act dated August 22, 1975 and September 19, 1975, recorded as File #644490 in COB 862, page 431);

Page 8 of EXHIBIT "A" left blank intentionally.

Township 5 North, Range 5 West

Section 28: SE/4, less 8 1/2 acres described as commencing 300 feet North from Southeast corner, thence West 410 feet, thence North 892 feet, thence East 410 feet, thence South 892 feet to point of commencement,

Section 29: N/2; SE/4; N/2 of SW/4 LESS a part of the North Half of the Southwest Quarter (N/2 of SW/4) of Section 29, Township 5 North, Range 5 West, Rapides Parish, Louisiana, described as follows:

Begin at the Southwest corner of said North Half; thence North 89 degrees 49 minutes East along the South line of said North Half for a distance of 1,134.3 feet to the easterly right of way line of the public road for the Point of Beginning: Thence North 89 degrees 49 minutes East along said South line of said North Half for a distance of 246.5 feet; thence North 0 degrees 10 minutes East for a distance of 1,327.0 feet to the North line of said North Half; thence North 89 degrees 51 minutes West along said North line for a distance of 430.0 feet to said easterly right of way line of public road; thence along said easterly right of way line South 9 degrees 10 minutes East for 822.5 feet, South 3 degrees 21 minutes East for 360.0 feet, and South 9 degrees 56 minutes East for 160.0 feet to the Point of Beginning; containing ten (10) acres, all as is more particularly shown on Certificate of Survey, prepared by Charles C. Wise, registered land surveyor, dated May 23, 1975 (conveyed by Wm. T. Burton Industries, Inc. to Sam Setliff, by Quitclaim Deed dated May 29, 1975 and June 27, 1975, recorded as File #641953 in COB 858, page 505)

VERNON PARISH

Township 1 South, Range 5 West

Section 3: N/2 of NE/4; NW/4

Section 4: Entire Section

Section 5: E/2; E/2 of E/2 of SW/4; W/2 of NW/4 of SW/4 LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Mrs. C. J. Deters, by Quitclaim dated October 14 and 18, 1976, recorded as Clerk's File #344586, described as:

Beginning at the intersection of the center line of State Highway No. 463 and the North line of the NW/4, SW/4, Section 5, Township 1 South, Range 5 West; thence South 87 degrees 27 minutes East 369.5 feet to the Northeast Corner of West Half of NW/4, SW/4, Section 5; thence South 3 degrees 10 minutes West along the East line 291.1 feet, thence North 87 degrees 11 minutes West 444.9 feet to the center line of said Highway; thence in a Northeasterly direction along said Highway approximately 295 feet to the point of beginning, 2.75 acres

Section 8: E/2; W 3/4 of E/2 of NW/4; NW/4 of NW/4; E/2 of SW/4

Section 9: Entire Section

Township 1 South, Range 8 West

Section 19: South Half of Southwest Quarter (S/2 of SW/4), containing 80.00 acres, more or less.

Section 30: Northwest Quarter of Northwest Quarter (NW/4 of NW/4) containing 39.63 acres, more or less.

Township 1 South, Range 9 West

Section 19: NW/4 of NW/4

Township 1 South, Range 10 West

Section 24: NE/4 of NE/4

Township 1 North, Range 5 West

Section 1: S/2 of NE/4; SE/4; NE/4 of NE/4 (acquired by Wm. T. Burton Industries, Inc., from Floyd Merchant by Act of Exchange dated March 17 and 21, 1971, and recorded as Clerk's File #299692); W/2 of NW/4 LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Mount Moriah Baptist Church, by Quitclaim dated September 15, 1975 and October 3, 1975, recorded as Clerk's File #334362 described as:

TRACT NO. I: A part of the Northwest Quarter of the Northwest Quarter (NW/4 of NW/4) and the Southwest Quarter of the Northwest Quarter (SW/4 of NW/4) Section One, Township 1 North, Range 5 West, Vernon Parish, Louisiana, described as follows:

Begin at the Southwest corner of said Northwest Quarter of Northwest Quarter (SW/c of NW/4 of NW/4) thence North 0 degrees 28 minutes East along the West line of said Northwest Quarter of Northwest Quarter, 115.0 feet; thence East 360 feet; thence South 0 degrees 28 minutes West 354.0 feet to the center line of the existing public road; thence along said center line of public road North 75 degrees 00 minutes West 232.0 feet; and Northwesterly along a curve to the right 150.0 feet to the West line of said Southwest Quarter of Northwest Quarter (SW/4 of NW/4); thence North 0 degrees 28 minutes East along said West line 113.0 feet to the point of beginning and containing 2.46 acres and subject to said existing public road. All as is fully shown by certificate of survey dated November 8, 1974, Tract No. I being revised April 18, 1975, by Charles C. Wise, Registered Surveyor.

Section 2: SW/4 of NW/4; NE/4 of SW/4 LESS 10 acres in NE corner; NW/4 of SW/4; S/2 of S/2, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Mount Moriah Baptist Church, dated September 15 and October 3, 1975, recorded as Clerk's File #334362 described as:

TRACT NO. II: A part of the Northwest Quarter of the Northeast Quarter of the Southwest Quarter (NW/4 of NE/4 of SW/4) Section two, Township 1 North, Range 5 West, Vernon Parish, Louisiana, described as follows:

Begin at the Northeast corner of said Northwest Quarter of the Northeast Quarter of Southwest Quarter (NE/c of NW/4 of NE/4 of SW/4) thence South 89 degrees 35 minutes West along the North line of said Northwest Quarter of Northeast Quarter of Southwest Quarter 232.7 feet for the point of beginning; thence continue South 89 degrees 35 minutes West along said North line 208.7 feet; thence South 0 degrees 25 minutes West at right angles to said North line 208.7 feet; thence North 89 degrees 35 minutes East 208.7 feet; thence North 0 degrees 25 minutes East 208.7 feet to the point of beginning containing 1.0 acres. All as is more fully shown by certificate of survey dated June 26, 1975, by Charles C. Wise, Registered Surveyor;

NW/4 of SE/4, LESS 10 acres in NW corner and LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Harold Dousay by Quitclaim Deed dated November 25, December 9 and December 11, 1975, recorded as Clerk's File #336503, described as a part of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter (NE/4 of NW/4 of SE/4) of Section Two, Township One North, Range Five West, described as follows:

Beginning at the Northeast Corner of the Northeast Quarter of the Northwest Quarter of the Southeast Quarter (NE/c of NE/4 of NW/4 of SE/4) thence North 88 degrees 29 minutes West for a distance of 666.1 feet to the Northwest Corner of the Northwest Quarter of the Southeast Quarter (NW/c of NW/4 of SE/4) thence South 2 degrees 4 minutes West for a distance of 693.2 feet; thence North 82 degrees 24 minutes East for a distance of 45.7 feet; thence North 89 degrees 57 minutes East for a distance of 33.3 feet; thence South 77 degrees 20 minutes East for a distance of 44.4 feet; thence North 83 degrees 46 minutes East for a distance of 46.9 feet; thence North 64 degrees 59 minutes East for a distance of 26.3 feet; thence North 45 degrees 12 minutes East for a distance of 37.4 feet; thence North 29 degrees 39 minutes East for a distance of 46.2 feet; thence North 18 degrees 29 minutes East for a distance of 294.4 feet; thence South 88 degrees 29 minutes East for a distance of 348.2 feet; thence North 1 degrees 23 minutes East for a distance of 326 feet to the point of beginning, containing 7.21 acres, as more fully shown by certificate of survey, dated August 22, 1975, by R. A. Fenstermaker;

SE/4 of NW/4, (acquired by Wm. T. Burton Industries, Inc. from Hardy B. Afeman, by Act of Exchange dated December 31, 1974, recorded as Clerk's File #328874, as corrected by act dated August 22 and September 19, 1975, recorded as Clerk's File #334017)

Section 4: Entire Section, LESS diagonal SW/2 of the SW/4

Section 9: Entire Section, LESS the S/2 and the NW/4 and the diagonal SW/2 of the NE/4

Section 10: NW/4 of NE/4; SE/4 of NE/4 and W/2, LESS diagonal SW/2 of the SW/4

Section 11: NW/4 of SW/4 and S/2 of SW/4

Section 12: Entire Section

Section 13: Entire Section, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Austin Bedgood, et al, by Act of Exchange dated April 4, 1975 and May 26, 1975, recorded as Clerk's File #331746, described as:

All of the South Half of the Southeast Quarter (S/2 of SE/4) of Section 13, Township 1 North, Range 5 West, lying South of the public road which runs approximately from the Southeast corner of the Southeast Quarter (SE/4) of said Section Northwesterly to the West line of the Southeast Quarter (SE/4) of Section 13, Township 1 North, Range 5 West.

AND LESS parcel described in Judgment in the matter of "Wm. T. Burton Industries, Inc. vs. Jeff McDonald", #28,105 on the docket of the 30th Judicial District Court, Vernon Parish, Louisiana, dated June 18, 1976, bearing Clerk's File #340462, which parcel is described as:

TRACT NO. 1: A part of the Southwest Quarter of the Northwest Quarter (SW/4 of NW/4) and the West One-half of the Southwest Quarter (W/2 of SW/4), all in Section 13, Township 1 North, Range 5 West, Vernon Parish, Louisiana, described as follows: Begin at the Southwest corner of said Southwest Quarter of Northwest Quarter, thence North 0 degrees 06 minutes East along the West line of said Southwest Quarter of Northwest Quarter 258.8 feet to its intersection with external fence line; thence along said external fence line South 43 degrees 53 minutes East 699.8 feet; South 45 degrees 18 minutes East 400.0 feet; South 47 degrees 01 minutes East 483.5 feet; South 24 degrees 25 minutes East 460.4 feet; South 32 degrees 16 minutes West 300.0 feet; South 38 degrees 29 minutes West 120.0 feet; South 45 degrees 01 minutes West 116.1 feet; South 79 degrees 58 minutes West 390.0 feet; South 76 degrees 16 minutes West 563.6 feet; and North 26 degrees 17 minutes West 152.6 feet to the West line of said West One-half of Southwest Quarter; thence North 0 degrees 06 minutes East along said West line 1770.7 feet to point of beginning, containing 39.55 acres.

Section 14: NE/4 of NE/4; W/2 of NW/4; W/2 of SW/4; SE/4 of SW/4 and SE/4 of SE/4, LESS parcel described in Judgment bearing Clerk's File #340462, as shown above, which parcel is described as:

TRACT NO. 2: A part of the Southeast Quarter of the Southeast Quarter (SE/4 of SE/4) of Section 14, Township 1 North, Range 5 West, Vernon Parish, Louisiana, described as follows:

Begin at the Northeast corner of said Southeast Quarter of Southeast Quarter, thence South 0 degrees 06 minutes West along the East line of said Southeast Quarter of Southeast Quarter 380.8 feet to its intersection with existing fence line; thence along said existing fence line North 15 degrees 01 minutes West 162.2 feet; North 39 degrees 16 minutes West 148.0 feet; and North 30 degrees 54 minutes West 122.5 feet to the North line of said Southeast Quarter of Southeast Quarter; thence South 88 degrees 43 minutes East along said North line 198.0 feet to point of beginning, containing, containing .72 acre.

Section 15: Entire Section, LESS the S/2 and the NW/4 and diagonal SW/2 of the NE/4

Section 21: Entire Section, LESS the W/2 and W/2 of E/2 and NE/4 of NE/4 and diagonal NW/2 of SE/4 of NE/4

Section 22: Entire Section

Section 23: Entire Section

Section 24: W/2 and SE/4

Section 25: Entire Section

Section 26: Entire Section

Section 27: Entire Section

Section 28: Entire Section, LESS W/2 and W/2 of NE/4 and diagonal NW/2 of W/2 of SE/4;

Section 33: Entire Section, LESS NW/4 and N/2 of SW/4

Section 34: Entire Section

Section 35: Entire Section

Section 36: Entire Section

Township 2 North, Range 5 West

Section 2: N/2 of N/2 and SW/4

Section 4: E 3/4 of NE/4 of NE/4; N/2 of SE/4 of NE/4; NW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Myrtle Jeter Price, et al, by Act of Exchange dated May 16, 21 & 26, 1975, recorded as Clerk's File #331723, described as:

Commence at the Southwest corner of the Northwest Quarter of the Northwest Quarter (SW/c or NW/4 of NW/4) of Section 4, Township 2 North, Range 5 West and run North 0 degrees 35 minutes East a distance of 664.3 feet for the point of beginning; thence North 0 degrees 35 minutes for 350.0 feet; thence South 85 degrees 14 minutes East for 333.5 feet; thence South 88 degrees 17 minutes East for 664 feet; thence South 5 degrees 55 minutes West for 380.4 feet to the centerline of the public road running in a generally westerly direction, and along said centerline, for a distance of approximately 975 feet to the point of beginning;

NE/4 of [illegible]/4, LESS 10 acres in SE corn[illegible]; S/2 of SW/4 of SE/4; SE/4 of SE/4; NW/4 of SW/4 and S/2 of SW/4 LESS parcel conveyed by Wm. T. Burton Industries, Inc. to T. L. Morrison, et ux, by Quitclaim and Use and Habitation Agreement, dated January 2 and 15, 1975, recorded as Clerk's File #329181, described as: The North Half of the North Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter (N/2 of N/2 of NE/4 of SE/4 of SW/4) Section 4, Township 2 North, Range 5 West, Vernon Parish, Louisiana.

Also LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Floyd Merchant by Act of Exchange dated May 17 and 21, 1971, recorded as Clerk's File #299692, described as:

TRACT NO. 2: Commencing at the NW corner of the SW/4 SW/4, Section 4, Township 2 North, Range 5 West, Vernon Parish, Louisiana, Thence South 0 degrees 10 minutes West along the west line of Section 4, 407.5 feet to the center line of existing gravel road; Thence North 70 degrees 34 minutes East along said gravel road 644.7 feet to the true point of beginning; Thence continue North 70 degrees 34 minutes East along center of said gravel road 265.0 feet; Thence North 19 degrees 26 minutes West, 328.75 feet; Thence South 70 degrees 34 minutes West, 265.0 feet; Thence South 19 degrees 26 minutes East, 328.75 feet to the point of beginning; containing 2.0 acres.

Section 6: NW/4 of NE/4, LESS tract conveyed by Wm. T. Burton Industries, Inc. to Edna E. S. Busby, et al, by Quitclaim Deed dated February 21, March 4 and March 10, 1975, recorded as Clerk's File #330162, described as:

The Southeast Quarter of the Northwest Quarter of the Northeast Quarter (SE/4 of NW/4 of NE/4) of Section 6, Township 2 North, Range 5 West; NW/4; E/2 of SE/4; W/2 of SW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to J. M. Spurgeon, et al, dated May 16 and June 6, 1975, recorded as Clerk's File #331880, described as:

A part of the Southwest Quarter of the Southwest Quarter (SW/4 of SW/4) of Section 6, Township 2 North, Range 5 West, Vernon Parish, Louisiana, described as follows:

Begin at the Southeast corner of said Southwest Quarter of the Southwest Quarter (SW/4 of SW/4), thence North 7 degrees 56 minutes West for a distance of 982.5 feet, thence North 2 degrees, 8 minutes East for a distance of 100 feet, thence North 15 degrees 30 minutes East for a distance of 100 feet, thence North 30 degrees 15 minutes East for a distance of 115 feet to the East line of said Southwest Quarter of the Southwest Quarter (SW/4 of SW/4), thence South 0 degrees 45 minutes West along said East line to the point of beginning.

Section 7: NW/4 of NE/4; NE/4 of NW/4; S/2 of NW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Leonard Dinnes Cohen, dated February 3 and 10, 1975, recorded as Clerk's File #330105, described as:

The North Half of the Northwest Quarter of the Southwest Quarter of the Northwest Quarter (N/2 of NW/4 of SW/4 of NW/4) Section 7, Township 2 North, Range 5 West, Vernon Parish, Louisiana;

NE/4 of SW/4

Section 8: E/2 of SE/4; W/2, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Kenneth C. Robinson, dated January 16 and February 3, 1975, recorded as Clerk's File #330073, described as:

The Southeast Quarter of the Northwest Quarter (SE/4 of NW/4) Section 8, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and being more particularly described as follows:

Begin at a point which is common to Louisiana Highway No. 28, and the Southeast corner of the Southwest Quarter (SE/c of SW/4) Section 8, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and proceed North 0 degrees 33 minutes West 2627 feet to establish the point of beginning; from the point of beginning thus established proceed North 89 degrees 48 minutes West 1300.3 feet, thence North 0 degrees 33 minutes West 1332.2 feet; thence South 89 degrees 48 minutes East 1300.3 feet; thence South 0 degrees 33 minutes East 1332.2 feet to the point of beginning, containing 39.77 acres and being more particularly shown on Plat of Survey by C. L. Besson, Jr., of Louis J. Daigre Associates dated January 7, 1975.

Section 9: SE/4 of SW/4

Section 10: E/2

Section 12: N 3/4 of NE/4 of NW/4; W/2 of NW/4; SW/4; S/2 of NW/4 of SE/4; S/2 of SE/4;

Section 13: W/2 of SE/4 of NE/4 (acquired by Wm. T. Burton Industries, Inc., from Robert W. Wilson by Act dated May 20, 1975, recorded as Clerk's File #331686, as corrected by Act dated December 8, 1975, recorded as Clerk's File #335836); NE/4 of NE/4; W/2 of NE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Robert W. Wilson by Act of Sale dated May 27, 1975, recorded as Clerk's File #331685, described as:

Commencing at the Southwest corner of the Northwest Quarter of the Northeast Quarter (NW/4 of NE/4) of Section Thirteen (13), Township Two (2) North, Range Five (5) West and running North 0 degrees 10 minutes East along the West line of the Northwest Quarter of the Northeast Quarter (NW/4 of NE/4) 5.02 chains; thence South 86 degrees 04 minutes East 15.98 chains; thence South 0 degrees 08 minutes West 25.20 chains to the South line of the Southwest Quarter of the Northeast Quarter (SW/4 of NE/4); thence along the South line North 86 degrees 14 minutes West 16.00 chains to the Southwest corner of the Southwest Quarter of the Northeast Quarter (SW/4 of NE/4); thence North 0 degrees 10 minutes East along the West line of the Southwest Quarter of the Northeast Quarter (SW/4 of NE/4) 20.24 chains to point of beginning;

NE/4 of NW/4; NE/4 of SW/4; NW/4 of SE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Jack D. Harper, by Quitclaim Deed dated February 4 and 10, 1975, recorded as Clerk's File #329717, described as:

The East-Half of the Northwest Quarter of the Southeast Quarter, (E/2 of NW/4 of SE/4), Section 13, Township 2 North, Range 5 West, Vernon Parish, Louisiana.

Section 14: NE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Joan Montalbano, by Quitclaim Deed dated October 13 and November 25, 1975, recorded as Clerk's File #335779, as corrected by act dated March 11, 1976, recorded as Clerk's File #337872, as further corrected by act dated April 28, August 15 and 26, 1983, recorded as Clerk's File #408870, described as:

A part of the Southeast Quarter of the Northeast Quarter (SE/4 of NE/4) of Section 14, Township 2 North, Range 5 West in Vernon Parish, Louisiana, described as follows:

Beginning at the Northeast corner of the said Southeast Quarter of the Northeast Quarter (NE/c of SE/4 of NE/4), thence South 0 degrees 58 minutes West along the East line of said Southeast Quarter of Northeast Quarter for a distance of 663.3 feet; thence North 88 degrees 14 minutes West for a distance of 165 feet; thence North 0 degrees 58 minutes East for a distance of 663.3 feet, thence South 88 degrees 08 minutes East for a distance of 165 feet to the point of beginning;

<u>LESS</u> parcel conveyed by Wm. T. Burton Industries, Inc. to Delbert Smith by Quitclaim Deed dated January 22 and February 3, 1975, recorded as Clerk's File #329471, described as:

A tract of land described as commencing at the Southeast corner of the Southeast Quarter of Northeast Quarter (SE/4 of NE/4) of Section 14, Township 2 North, Range 5 West, thence South 0 degrees 14 minutes West 270 feet along the East line of the NE/4 of SE/4 of Section 14, Township 2 North, Range 5 West, thence North 89 degrees 05 minutes West 270 feet, thence South 0 degrees 14 minutes West 388 feet, thence North 89 degrees 05 minutes West 144 feet, thence North to the South line of the SE/4 of NE/4 of Section 14, Township 2 North, Range 5 West, thence East along said South line to the point of commencement, comprising approximately 3.85 acres;

<u>AND LESS</u> parcel conveyed by Wm. T. Burton Industries, Inc. to Delbert Smith, dated August 13 and 14, 1980, recorded as Clerk's File #380192, described as:

A part of the Northeast 1/4 of Section 14, Township 2 North, Range 5 West, Vernon Parish, LA described as follows: Begin at the Northwest corner of said NE/4 of SE/4 thence South 89 degrees 05 minutes East along the North line of said NE/4 of SE/4 - 365.0 feet to its intersection with existing fence line for Point of Beginning: Thence along said fence line - South 42 degrees 38 minutes East - 381.0 feet; South 31 degrees 09 minutes East - 540.0 feet; South 3 degrees 07 minutes East - 119.4 feet; South 11 degrees 04 minutes West - 85.0 feet; and South 27 degrees 24 minutes West - 427.0 feet to the South line of said NE/4 of SE/4; Thence South 89 degrees 15 minutes East along said South line - 41.1 feet to the existing centerline of asphalt road; Thence along said centerline - North 27 degrees 00 minutes East - 151.2 feet; North 32 degrees 43 minutes East - 200.0 feet; North 38 degrees 33 minutes East - 100.0 feet; and North 56 degrees 49 minutes East - 90.0 feet; Thence North 0 degrees 14 minutes East parallel to and 270.0 feet from the East line of said NE/4 of SE/4 - 233.0 feet; Thence North 89 degrees 31 minutes West - 144.0 feet; Thence North 0 degrees 04 minutes West - 651.37 feet to said North line of NE/4 of SE/4; Thence North 89 degrees 05 minutes West along said North line - 542.7 feet to Point of Beginning containing 5.515 acres, and being subject to said asphalt road and a gravel road through said tract, also including, but not adjacent to previous tract, .20 acres. Begin at the Southeast corner of said NE/4 of SE/4. Thence North 89 degrees 15 minutes West along the south line of said NW/4 of SE/4 - 93.6 feet to Point of Beginning; Thence north 19.4 feet following Net & Barb fence; thence west following same Net & Barb fence 450 feet; thence south 21.8 feet to south line of said NE/4 of SE/4; thence South 89 degrees 15 minutes East - 450 feet to Point of Beginning;

N/2 of NW/4; SW/4 of NW/4; E/2 of SE/4 of NW/4; W/2 of NW/4 of SW/4; E/2 of NE/4 of SW/4; S/2 of SW/4,

LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Clarence L. Morrison, et ux, by Act of Exchange dated November 14 and 26 and December 1, 1975, recorded as Clerk's File #335577, described as:

SE/4 SW/4; S/2 SW/4 SW/4; NE/4 SW/4 SW/4 all in Section 14, Township 2 North, Range 5 West, Vernon Parish, Louisiana, containing 70.0 acres, more or less;

NE/4 of SE/4, except 4 acres in NE corner and LESS parcel conveyed by Wm. T. Burton Industries, Inc. to J. B. Smith, by Quitclaim Deed dated February 24 and March 6, 1975, recorded as Clerk's File #330104, described as:

Begin at the Southwest corner of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4), Section 14, Township 2 North, Range 5 West, Vernon Parish, Louisiana, from this point of beginning, run North 0 degrees 25 minutes East a distance of 1,332.6 feet along the Western boundary of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) of the above mentioned Section 14 to the Northwest corner of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) of said Section 14; thence run South 89 degrees 5 minutes East along the Northern boundary of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) of said Section 14 to the intersection of the said Northern boundary line with the Western right of way of the existing public road; thence run in a Southerly direction along the Western right of way of the existing public road to a point where the said right of way intersects the South boundary of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) of said Section 14; thence turn to the right and run North 89 degrees 15 minutes West along the Southern boundary of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) of said Section 14 back to the point of beginning, with tract or parcel of land is shown with greater particularity on a map or plat of survey dated February 21, 1974 by Charles C. Wise, Registered Land Surveyor, which property is shown outlined in black on the said map;

AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Ennis Wallace by Quitclaim Deed dated June 12, 1980, recorded as Clerk's File #378233, as corrected by act dated September 20 and 27 and November 30, 1982, recorded as Clerk's File #400903, described as:

A part of the Northeast Quarter of the Southeast Quarter (NE/4 of SE/4) of Section Fourteen (14), Township Two (2) North, Range Five (5) West, Vernon Parish, Louisiana, described as follows:

Begin at the Southeast (SE) corner of said NE/4 of SE/4; thence North 0 degrees 14 minutes East along the East line of said NE/4 of SE/4, 406.7 feet; thence North 89 degrees 05 minutes West parallel to the North line of said NE/4 of SE/4, 270.0 feet; thence North 0 degrees 14 minutes East 27.0 feet to the centerline of asphalt road; thence along said centerline - South 56 degrees 49 minutes West - 90.0 feet; South 38 degrees 33 minutes West 100.0 feet; South 32 degrees 43 minutes West - 200.0 feet; and South 27 degrees 00 minutes West 151.2 feet to the South line of said NE/4 of SE/4; thence South 89 degrees 15 minutes East along said South line of NE/4 of SE/4 - 582.7 feet to point of beginning, containing 4.37 acres and being subject to public roads hereon, LESS 0.20 acres being enclosed by a net and barbed wire fence running lengthwise along said South line of said NE/4 of SE/4 as shown on the survey done by Charles C. Wise, total area of the sale consisting of 4.17 acres net;

Section 15: S/2 of S/2, LESS three (3) parcels conveyed by Wm. T. Burton Industries, Inc. to Floyd Merchant by Act of Exchange dated May 17 and 21, 1971, recorded as Clerk's File #299692 described as:

TRACT 1A: That part of SW/4 of SW/4, Section 15, Township 2 North, Range 5 West, Vernon Parish, Louisiana, lying south of the center line of State Highway #28, asphalt pavement, LESS AND EXCEPT 2.95 acres along the western edge of said parcel; commencing at the SW corner of the SW/4 SW/4, Section 15, Township 2 North, Range 5 West; thence N 0 degrees 10 minutes East, 1,272.5 feet, said point being in the center of State Highway #28, asphalt pavement; thence South 59 degrees 07 minutes East along the center line of said State Highway #28, asphalt pavement, 121.4 feet; thence South 0 degrees 10 minutes West, 1212.1 feet; thence North 89 degrees 12 minutes West, 103.5 feet to the point of beginning.

TRACT 1B: That part of SE/4 SW/4, Section 15, Township 2 North, Range 5 West, Vernon Parish, Louisiana, lying South of the center line of State Highway #28, asphalt pavement.

TRACT 1C: A strip of land 89 feet wide bounded on the north by the center line of State Highway #28, asphalt pavement, on the south by the section line between Sections 15 and 22, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and situated in the southwest corner of SW/4 SE/4, Section 15, Township 2 North, Range 5 West;

AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to N. W. Causey by Quitclaim Deed dated November 4, 1974, recorded as Clerk's File #328211, described as:

A tract of land lying in the Southwest Quarter of Southwest Quarter (SW/4 of SW/4) of Section Fifteen (15), Township Two (2) North, Range Five (5) West, Vernon Parish, Louisiana lying North of the center line of State Highway #28, which is more particularly described as commencing at the Northeast corner of the Southwest Quarter of Southwest Quarter of Section 15, Township 2 North, Range 5 West, thence South along the East line of said SW/4 of SW/4 to the center of Highway #28, thence in a Northwesterly direction, following the center of said Highway to the intersection with the West line of the SW/4 of SW/4 of Section 15, Township 2 North, Range 5 West, thence North on that West line to the Northwest corner of the SW/4 of SW/4 of Section 15, Township 2 North, Range 5 West, thence East on the North line of said SW/4 of SW/4 to the point of beginning, containing 16.50 acres, more or less.

Section 16: Entire Section, LESS and except SW/4 of SE/4 and NW/4 of SE/4 of SE/4, and LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Floyd Monk by Quitclaim Deed dated June 6 and July 2, 1974, recorded as Clerk's File #325474, described as:

A tract of land described as commencing at the Northeast corner of the Southeast Quarter of the Southwest Quarter (SE/4 of SW/4) of Section 16, Township 2 North, Range 5 West, Thence North 89 degrees 56 minutes West along the North line of said Southeast Quarter of Southwest Quarter - 169.0 feet to the centerline of existing Public Road; thence along said existing centerline South 15 degrees 06 minutes East - 150.0 feet and South 12 degrees 37 minutes East - 557.3 feet to its intersection with the East line of said Southeast Quarter of Southwest Quarter; thence North 42 minutes East along said East line of said Southeast Quarter of Southwest Quarter 688.7 feet to Point of Beginning and subject to said existing Public Road, as more fully shown on the survey of Charles C. Wise, registered land surveyor, dated May 23, 1974;

AND LESS NW/4 of NW/4

Section 18: Entire Section, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to the Oak Grove Baptist Church by Act of Donation dated May 16 and 21, 1975, recorded as Clerk's File #331581, described as:

A part of the Southwest Quarter of the Northwest Quarter (SW/4 of NW/4) of Section 18, Township 2 North, Range 5 West, in Vernon Parish, Louisiana, which is described as follows:

Begin at the Southwest corner of said Southwest Quarter of the Northwest Quarter (SW/c of SW/4 of NW/4) of Section 18, Township 2 North, Range 5 West; thence East 872.8 feet; thence North 260.3 feet to the Southerly right-of-way line of new highway (which right-of-way is 40.0 feet from and at right angles to the existing centerline as per R.O.W. markers found in place) for the point of beginning; Thence North 51 degrees 25 minutes East along said right-of-way line for 208.7 feet; thence North 38 degrees 35 minutes West for 208.7 feet; thence South 51 degrees 25 minutes West for 208.7 feet; thence South 38 degrees 35 minutes East for 208.7 feet to point of beginning and containing one (1) acre.

Section 20: S/2 of NE/4; NW/4 of NW/4; S/2 of NW/4; S/2 of Section 20;

Section 22: E/2; NW/4 of NW/4; and S/2 of NW/4,

LESS two (2) parcels conveyed by Wm. T. Burton Industries, Inc. to Floyd Merchant by Act of Exchange dated May 17 and 21, 1971, recorded as Clerk's File #299692, described as:

TRACT 1D: NW/4 NW/4 and N/2 S/2 NW/4, Section 22, Township 2 North, Range 5 West, Vernon Parish, Louisiana;

TRACT 1E: A strip of land 89 feet wide situated along the western edge of N/2 NE/4 and N/2 S/2 NE/4, Section 22, Township 2 North, Range 5 West, Vernon Parish, Louisiana;

Section 24: W/2 of NW/4; S/2 of NE/4 of SW/4; W/2 of SW/4; SE/4 of SW/4; E/2 of SE/4; and SW/4 of SE/4

Section 26: Entire Section

Section 27: E/2 of Section

Section 28: N/2; SW/4 of SE/4; and N/2 of S/2, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to John E. Hughes, dated January 14 and 16, 1975, recorded as Clerk's File #337152, described as:

A part of the Northwest Quarter of the Southeast Quarter (NW/4 of SE/4) of Section 28, Township 2 North, Range 5 West, Vernon Parish, Louisiana, described as follows:

Begin at the Southeast corner of said Northwest Quarter of Southeast Quarter (SE/c of NW/4 of SE/4) thence North 87 degrees 55 minutes West along the South line of said Northwest Quarter of Southeast Quarter (NW/4 of SE/4) 225.0 feet for point of beginning; thence North 0 degrees 05 minutes East parallel to the East line of said Northwest Quarter of Southeast Quarter (NW/4 of SE/4) 1330.6 feet to the North line of said Northwest Quarter of

Southeast Quarter (NW/4 of SE/4), thence North 88 degrees 06 minutes West along said North line 212.8 feet; thence South 0 degrees 05 minutes West parallel to said East line 1330.0 feet to said South line; thence South 87 degrees 55 minutes East along said South line 212.8 feet to point of beginning, containing 6.5 acres.

All as is more particularly shown on a Certificate of Survey, by Charles C. Wise, registered surveyor, dated December 26, 1975;

Section 29: NE/4 of SW/4; SW/4 of SW/4; N/2 of SE/4

Section 30: NE/4 of SW/4; NE/4 of NW/4 of SW/4; NE/2 of SE/4 of SW/4; N/2, LESS parcel conveyed by Judgment in Suit #27,818, recorded as Clerk's File #345919 dated January 10, 1977, from Wm. T. Burton Industries, Inc. to Ellis Busby, whereby "Busby" is recognized as owner of:

A part of the South One-Half of the Southeast Quarter of the Northeast Quarter (S/2 of SE/4 of NE/4), Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana, described as follows:

Begin at the Southeast corner of said South One-Half, thence North 89 degrees 50 minutes West along the South line of said South One-Half 9.7 feet to its intersection with existing fence line; thence North 9 degrees 06 minutes East along said fence line 61.0 feet to the East line of said fence line 61.0 feet to the East line of said South One-Half; thence North along said East line 214.0 feet to its intersection with fence line running North 88 degrees 52 minutes West; thence along said existing fence line North 88 degrees 52 minutes West 792.0 feet; North 67 degrees 17 minutes West 80.6 feet; North 79 degrees 16 minutes West 478.5 feet; and South 7 degrees 11 minutes East 408.9 feet to said South line of said South One-Half; thence South 89 degrees 50 minutes East along said South line 1275.3 feet to point of beginning, containing 9.29 acres.

AND LESS four (4) parcels described in Judgment in suit entitled "Wm. T. Burton Industries, Inc. vs. Dudley Morrison", #27,819, dated May 9, 1977, recorded as Clerk's File #349230, wherein Dudley Morrison is recognized as the owner of:

TRACT NO. 1: A certain tract of land, together with all buildings and improvements located thereon, containing 10.98 acres, more or less, and described as commencing at the center of Section 30, Township 2 North, Range 5 West, and from this point of beginning run thence North 0 degrees 16 minutes West a distance of 542.0 feet to a point; thence run North 56 degrees East 281.5 feet to a point; thence run South 60 degrees 30 minutes East a distance of 630.0 feet to a point; thence run South 27 degrees East 430.4 feet to a point; thence run South 89 degrees 40 minutes West a distance of 974.6 feet to the point of beginning, being situated in the Southwest Quarter of the Northeast Quarter of Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana.

TRACT NO. 2: A certain tract of land, containing 5.06 acres, more or less, together with all buildings and improvements thereon, and described as beginning at the center of Section 30, Township 2 North, Range 5 West, and from this point of beginning run thence South 89 degrees 40 minutes West a distance of 813.1 feet to a point; thence run North 56 degrees East a distance of 978.8 feet to a point; thence run South 0 degrees 16 minutes East a distance of 542.0 feet to the point of beginning, being situated in the Southeast Quarter of the Northwest Quarter of Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana.

TRACT NO. 3: A certain tract of land, containing 10.42 acres, more or less, together with all buildings and improvements located thereon, and described as beginning at the center of Section 30, Township 2 North, Range 5 West and from this point of

beginning run thence South 89 degrees 40 minutes West a distance of 813.1 feet to a point; thence run South 56 degrees West a distance of 67.4 feet to a point; thence run South 38 degrees 57 minutes East a distance of 843.1 feet; thence run South 85 degrees East 195 feet; thence run South 6 degrees 30 minutes West a distance of 83.3 feet; thence run South 68 degrees East 171.3 feet; thence run North 0 degrees 16 minutes West a distance of 862.7 feet to the point of beginning, being situated in the Northeast Quarter of the Southwest Quarter of Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana.

<u>TRACT NO. 5:</u> A certain tract of land, together with all buildings and improvements located thereon, containing 2.90 acres, more or less, and described as follows: Commence at the Southeast corner of the East half of the Southwest Quarter of Section 30, Township 2 North, Range 5 West, and thence run North 0 degrees 16 minutes West a distance of 1,203.2 feet to the point of beginning; thence run North 84 degrees West 246.6 feet; thence run North 1 degree 03 minutes West a distance of 486.3 feet to a point; thence run North 85 degrees 30 minutes East a distance of 252.5 feet to a point; thence run South 0 degrees 16 minutes East a distance of 531.8 feet to the point of beginning, and being situated in the East half of the Southwest Quarter of Section 30, Township 2 North, Range 5 West, Vernon Parish, Louisiana.

All as described on a certificate of survey prepared by E. H. Barentine, Registered Surveyor, dated April 6, 1976.

Section 31: NE/4 of NE/4; NE/2 of NW/4 of NE/4

Section 32: Entire Section, <u>LESS</u> SW/2 of SW/4

Section 33: NE/4 of NE/4

Section 34: S/2 of SW/4; NE/4 of SE/4; SW/4 of SE/4; N/2 of N/2 and N/2 of N/2 of S/2 of NW/4, <u>LESS</u> parcel conveyed by Wm. T. Burton Industries, Inc. to Robert W. Goodwin, by Quitclaim Deed dated May 16, 1975, recorded as Clerk's File #331976, as corrected by act dated March 11, 1976, recorded as Clerk's File #337871 described as:

The West Half of the Northeast Quarter of the Northwest Quarter (W/2 of NE/4 of NW/4) and the West Half of the North Half of the North Half of the Southeast Quarter of the Northwest Quarter (W/2 of N/2 of N/2 of SE/4 of NW/4), Section 34, Township 2 North, Range 5 West, Vernon Parish, Louisiana;

<u>AND LESS</u> parcel conveyed by Wm. T. Burton Industries, Inc. to Derwood Dunn by Act of Sale dated January 18 and 26, 1977, recorded as Clerk's File #364878 and described as:

A certain triangular piece or parcel or tract of land containing approximately 6.79 acres more or less, together with all buildings and improvements thereon and rights, ways and privileges and servitudes thereunto appertaining, situated in the Southwest 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and more particularly described as commencing at the Southeast corner of the Southwest 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West; thence proceed North along the quarter section line a distance of 51 feet at which point is the point of beginning of the property hereafter described:

From the point of beginning, continue North 0 degrees 26 minutes West, along the quarter section line between the Southwest 1/4 of the Southeast 1/4 and the Southeast 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, a distance of 1244.2 feet to the Northeast corner of the Southwest 1/4 of the Southeast 1/4. Thence turn left at an interior angle of 90 minutes and proceed North 88 degrees 48 minutes West, along the quarter section line between the Southwest 1/4 of the Southeast 1/4 and Northwest 1/4 of the Southeast 1/4, a distance of 523 feet to a point located in an unnamed gravel road; thence turn,

left and continue South 28 degrees 04 minutes East, a distance of 429.3 feet; thence continue South 19 degrees 34 minutes East, a distance of 930 feet to the point of beginning, as is more fully shown in the Certificate of Survey by R. A. Fenstermaker, dated December 1, 1976.

AND ALSO: A certain rectangular piece or parcel or tract of land containing approximately five (5) acres more or less, together with all buildings and improvements thereon and all rights, way and privileges and servitudes thereunto appertaining, situated in the Northeast 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, Vernon Parish, Louisiana, and more particularly described as commencing at the Northeast corner of the Southwest 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, for the point of beginning of the property hereafter described.

From the point of beginning, proceed South 88 degrees 48 minutes East, along the quarter section line between the Southeast 1/4 of the Southeast 1/4 of the Northeast 1/4 of the Southeast 1/4 of Section 34, Township 2 North, Range 5 West, a distance of 639.1 feet; thence turn left and proceed North 0 degrees 26 minutes West a distance of 340.8 feet; thence turn left and proceed North 88 degrees 40 minutes West a distance of 639.1 feet; thence turn left and proceed South 0 degrees 26 minutes East, a distance of 340.8 feet to the point of beginning, as is more fully shown in the Certificate of Survey by R. A. Fernstermaker, dated December 1, 1976.

Section 35: NW/4 of NW/4; SE/4 of NW/4

Section 36: N/2 of N/2; SW/4 of NE/4; N/2 of SW/4 of NW/4 SE/4 of NW/4; SW/4 and N/2 of SE/4 ; S/2 of SW/4 of NW/4

Township 2 North, Range 6 West

Section 2: N/2; N/2 of SE/4; SW/4, LESS tract conveyed by Wm. T. Burton Industries, Inc. to James T. Poe, et ux, by Act of Exchange dated March 4 and 13, 1975, recorded as Clerk's File #330656, described as:

A certain piece, parcel or tract of land, together with all buildings and improvements thereon, and all rights, ways and privileges thereunto appertaining, being, lying and situated in the Southeast Quarter of the Southwest Quarter of Section 2, Township 2 North, Range 6 West, Vernon Parish, and being more particularly described as follows, to-wit:

Begin at the Southeast Corner of said Southeast Quarter of Southwest Quarter, thence North along the East line of Southeast Quarter of Southwest Quarter 980.5 feet to the Southerly right of way line of Louisiana Highway No. 28 (which right of way is considered to be - for the purpose of this instrument - 50 feet from and at right angles to the existing center line of said highway No. 28), thence North 71 degrees 35 minutes West along said southerly right of way line 638.0 feet; thence South parallel to said East line of Southeast Quarter of Southwest Quarter 1171.4 feet to the South line of said Southeast Quarter of Southwest quarter, thence South 89 degrees 00 minutes East along said South line 605.3 feet to the point of beginning, containing 15 acres.

All as is more particularly shown by Certificate of Survey by Charles C. Wise, Registered Surveyor, dated February 24, 1975.

Section 4: E/2 of NE/4, LESS SE/4 of SE/4 of NE/4; SE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Charles, H. Smith, by Quitclaim Deed dated March 15 and April 4, 1975, recorded as Clerk's File #330877, described as:

A part of the Southeast Quarter of the Southeast Quarter (SE/4 of SE/4) Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana, described as follows:

Begin at the Southeast corner of said Southeast Quarter of Southeast Quarter (SE/c of SE/4 of SE/4); thence North 89 degrees 22 minutes West along the South line of said Southeast Quarter of Southeast Quarter 772.6 feet to the Westerly right of way line of the existing public road - which right of way line for the purpose of this instrument is 25 feet and at right angles to the existing center line of said public road - for the point of beginning; thence along said Westerly right of way line North 30 degrees 53 minutes East 69 feet; thence North 74 degrees 25 minutes East 85 feet; thence North 49 degrees 15 minutes East 50 feet; thence North 17 degrees 45 minutes East 100 feet; thence North 1 degree 15 minutes East 259.0 feet; thence North 22 degrees 30 minutes East 409.0 feet; thence North 9 degrees 06 minutes East 243.0 feet; thence North 6 degrees 41 minutes East 158.0 feet; to its intersection with the Southerly right of way line of the public road running generally East and West - which right of way is 25 feet from and at right angles to existing center line - thence along said Southerly right of way line South 53 degrees 52 minutes West 143.0 feet; thence South 59 degrees 42 minutes West 282.0 feet; thence South 62 degrees 29 minutes West 133.0 feet; thence due South 86 degrees 27 minutes West 185.0 feet; thence due South 954.3 feet to said South line of said Southeast Quarter of Southeast Quarter; thence South 89 degrees 22 minutes East along said South line 262.0 feet to the point of beginning, containing 12.0 acres. All as is more particularly shown on Certificate of Survey prepared by Charles C. Wise, Registered Surveyor, dated March 10, 1975.

AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Audrey Hicks Poe, et als, by Quitclaim Deed dated December 11, 13 and 15, 1974 and January 5, 1975, recorded as Clerk's File #329180, described as:

The Northwest Quarter of the Northwest Quarter of the Southeast Quarter (NW/4 of NW/4 of SE/4), Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana.

AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Valley Electric Membership Corporation by Cash Deed dated October 6, 1978, recorded as Clerk's File #365040, described as:

That certain tract of land situated and located in the Northeast Quarter of the Southeast Quarter of Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana, containing 4 acres, more or less, as same is shown on a certificate of survey by A. J. Brouillette, registered surveyor, dated September 18, 1978, said tract being more particularly described as beginning at the Northeast corner of Section 4, Township 2 North, Range 6 West, Vernon Parish, Louisiana, and run thence South 0 degrees 28 minutes West a distance of 2,941.6 feet to a point, from said point run thence North 81 degrees 55 minutes West a distance of 81.4 feet to Point 1 on said plat and the point of beginning of the tract herein conveyed, from Point 1 run thence South 0 degrees 25 minutes West a distance of 393 feet to Point 2 on said plat, from Point 2 run thence North 81 degrees 55 minutes West a distance of 447.7 feet to Point 3, from Point 3 run thence North 0 degrees 25 minutes East a distance of 393 feet to Point 4, from Point 4 run thence South 81 degrees 55 minutes East a distance of 447.7 feet to Point 1, the point of beginning.

AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to T. L. Morrison, et ux., by Quitclaim dated January 2 and 15, 1975, recorded as Clerk's File #329181, described as:

The North Half of the North Half of the Northeast Quarter of the Southeast Quarter of the Southwest Quarter (N/2 of N/2 of NE/4 of SE/4 of SW/4) Section 4, Township 2 North, Range 5 West, Vernon Parish, Louisiana.

Section 5: E 3/4 of SE/4 of SW/4

Section 7: SW/4 of NW/4

Section 8: SW/4 of NW/4; W/2 of SW/4; SE/4 of SW/4; SW/4 of SE/4.

A tract of land being a part of Frl. Section 8, Township 2 North, Range 6 West of the La. Meridian and more particularly described as a strip of land 50 feet on each side of a center line located as follows: Commencing on the South line of Section 8 at a point 2,260 feet East from the Southwest corner, thence in a general northwesterly direction 3,235 feet to a point on the West line of said Section 8, 2,060 feet North from the Southwest corner, containing 7.43 acres, more or less, acquired by Wm. T. Burton Industries, Inc. from Oscar Brack by Act of Exchange dated December 22, 1959, recorded as Clerk's File #226554.

Section 10: Entire Section, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Lucy Brack Poe, et al, by Quitclaim Deed dated December 2, 11, 20 & 28, 1974 and January 6 and 15, 1975, and recorded as Clerk's File #329182, described as:

A part of the northwest 1/4 of the northwest 1/4 and the northeast 1/4 of the northwest 1/4 of Section 10, Township 2 North, Range 6 West, Vernon Parish, La. described as follows: Begin at the northwest corner of said NE/4 of NW/4 thence South 88 degrees 12 minutes East along the north line of said NE/4 of NW/4 - 210.7 feet; thence South 0 degrees 12 minutes West - 1050.0 feet; thence North 88 degrees 12 minutes West - parallel to the north line of said NE/4 of NW/4 and NW/4 of NW/4 - 951.0 feet to the centerline of existing public road; thence North 8 degrees 30 minutes West along said centerline - 1067.0 feet to said North line; thence South 88 degrees 12 minutes East along said North line - 901.6 feet to point of beginning, containing 25.0 acres and subject to said public road.

AND LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Central Louisiana Electric Company, Inc., by Cash Deed dated April 27, 1977 and recorded as Clerk's File #350095, described as:

A parcel of land in the Southwest Quarter of Southeast Quarter (SW/4 of SE/4) and Southeast Quarter of Southwest Quarter (SE/4 of SW/4) of Section 10, Township 2 North, Range 6 West, Vernon Parish, Louisiana, described as beginning at the Southwest corner of Southeast Quarter of Section 10, found 4 x 4 concrete post, thence North 24 degrees 20 minutes West, 305.65 feet to the Southwest corner of lot and point of beginning; thence South 89 degrees 30 minutes East 646.54 feet to the Southeast corner of lot; thence North 0 degrees 30 minutes East 410 feet to the Northeast corner of lot; thence North 89 degrees 30 minutes West, 499.5 feet to the Northwest corner of lot; thence South 20 degrees 14 minutes West 435.57 feet to the Southwest corner of lot, point of beginning, containing 5.39 acres, more or less, as shown on survey of R. S. Woodruff & Associates, Inc., dated March 1, 1977.

Section 11: Parcel acquired by Wm. T. Burton Industries, Inc. from James T. Poe, et ux, by Act of Exchange dated March 4 and 13, 1975, recorded as Clerk's File #330656, which is described as:

Begin at the Northeast corner of the Northeast Quarter of the Northeast Quarter, Section 11, Township 2 North, Range 6 West, and run West 165 yards, thence run South 440 yards, thence run East 165 yards, thence run North 440 yards to point of beginning, containing 15 acres, more or less.

Section 12: NW/4; N/2 of SW/4; SW/4 of SW/4; NW/4 of NE/4 and SE/4 of NE/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Leon S. Poe by Act of Exchange and Agreement, dated January 21, 1975 and February 3, 1975, recorded as Clerk's File #330590, described as:

That portion of the Southeast Quarter of the Northwest Quarter of the Northeast Quarter (SE/4 of NW/4 of NE/4), Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana, located South of Louisiana Highway No. 28.

The Northwest Quarter of the Southeast Quarter of the Northeast Quarter (NW/4 of SE/4 of NE/4), Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana;

Parcel acquired from Leon S. Poe by Act of Exchange and Agreement dated January 21 and February 3, 1975, recorded as Clerk's File #330590, described as:

That portion of the West Half of the Northeast Quarter of the Northeast Quarter (W/2 of NE/4 of NE/4), Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana, lying North of Louisiana Highway 28, LESS & EXCEPT: The following described portion thereof; Begin at the Northwest corner of West Half of Northeast Quarter of Northeast Quarter (NW/c of W/2 of NE/4 of NE/4) Section 12, Township 2 North, Range 6 West, Vernon Parish, Louisiana, lying North of Louisiana Highway 28, and run East 120 yards; then South 120 yards; then West 120 yards; then North 120 yards to the point of beginning.

Section 14: Entire Section, LESS SW/2 of SW/4

Section 18: NW/4 of SW/4; NW/2 of SW/4 of SW/4; NW/4, LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Oscar Brack by Act of Exchange dated December 22, 1959, recorded as Clerk's File #226554, described as:

The North 20 acres of the Northeast quarter of the Northwest Quarter (NE/4 of NW/4) of Section 18, Township 2 North, Range 6 West, LESS AND EXCEPT that portion thereof presently owned by the said Oscar Brack, plus, parcel acquired by Wm. T. Burton Industries, Inc. from Oscar Brack, by Act of Exchange dated Dec. 22, 1959, recorded as Clerk's File #226554, described as:

A tract of land being part of Frl. Sec. 18, T 2 N, R 6 W and a part of Frl. Sec. 13, T 2 N, R 7 W of the La. Meridian and more particularly described as a strip of land 50 feet on each side of a center line located as follows: Commencing on the E line of the NW/4 of said sec. 18 to a point 120 feet S from the NE corner thereof; thence in a general southwesterly direction 4,712 feet to point on the W line of said Sec. 18, 965 feet S of the NW corner of the SW/4; thence in a general southwesterly direction 1,401.5 feet to the NE corner of the SW/4 of the SE/4 of said Sec. 13, containing 14.04 acres, more or less, LESS AND EXCEPT that portion of said tract situated within the North 20 acres of the Northeast Quarter of the Northwest Quarter (NE/4 of NW/4) of Section 18, Township 2 North, Range 6 West.

Section 24: E/2 of NE/4; NE/4 of SW/4 of NE/4; SW/4 of NW/4; NE/2 of NW/4 of SW/4; NE/2 of SE/4 of SW/4; SW/4 of SE/4

LESS AND EXCEPT:

A 5.00 acre tract of land located in the Northeast Quarter of the Southwest Quarter of the Northeast Quarter (NE/4 of SW/4 of NE/4) of Section Twenty-four (24), Township Two (2) North, Range Six (6) West, Vernon Parish, Louisiana, being more particularly described as follows:

Beginning at a concrete post for the Northeast (NE) corner of the said Section 24; thence N 89° 59' 32" W along the North (N) line of said Section 1301.86 feet; thence S 00° 33' 40" E 1325.24 feet to the Northeast (NE) corner of the said NE/4 of SW/4 of NE/4; thence S 89° 52' 19" W 319.21 feet to a set 1/2" iron rod and the True Point of Beginning (P.O.B.) of the tract to be conveyed; thence S 00° 42' 10" E 663.01 feet to a set 1/2" iron rod; thence S 89° 48' 12" W 328.42 feet to a found 1/2" iron rod and the Southwest corner (SW/c) of said NE/4 of SW/4 of NE/4; thence N 00° 42' 10" W 663.40 feet to a found 1/2" iron rod and the Northwest corner (NW/c) of said NE/4 of SW/4 of NE/4; thence N 89° 52' 19" E 328.42 feet to said Point of Beginning (P.O.B.), containing 5.00 acres, more or less, and as is more particularly shown on a plat of survey by Jerry W. Boswell, dated 8 January, 1990, copy of which is attached hereto and made a part hereof.

Section 4: NE/4 of NW/4; S/2 of SW/4 and SW/4 of S 4, LESS parcel described in Judgment in Suit #26,761, entitled "Wm. T. Burton Industries, Inc. vs. Mrs. Floyd Holton", dated June 29, 1976, recorded as Clerk's File #340669, which parcel is described as:

Beginning at the quarter corner of Sections 4/5, Township 2 North, Range 7 West, and thence run East 753 feet to a point on said property line; thence run South 25 degrees 30 minutes West, 227 feet to a point; thence run North 58 degrees 30 minutes West, 141.0 feet to a point; thence run North 27 degrees 30 minutes East or to the property line between the SE/4 of the NE/4 of Section 5 and NE/4 of the SE/4 of Section 5, thence run East 181.0 feet to the Northeast corner of the tract which is identified on the Barentine plat, D-2, as 0.98 acres. (which plat referred to is on file in the record of this case)

Section 5: NE/4 of SE/4 and NW/4 of SW/4 of SE/4, LESS parcel described in Judgment in Suit #26,761, (shown above) recorded as Clerk's File #340669, which parcel is described as:

Beginning at the quarter section of Sections 4/5, Township 2 North, Range 7 West, for a point, thence run South 0 degrees 01 minutes West, 81 feet; thence run South 78 degrees 30 minutes West 481.5 feet; thence run North 70 degrees 58 minutes West, 169.5 feet; thence run North to the property line between the SE/4 of NE/4 of Section 5, Township 2 North, Range 7 West and the NE/4 of SE/4 of Section 5, Township 2 North, Range 7 West; thence run East along said property line 653.0 feet to the point of beginning, which tract is identified as tract no. 1 on the plat of survey by Barentine marked D-2 and in evidence in the case.

Section 8: S/2 of NE/4 of NE/4; SW/4 of SE/4

Section 9: SE/4 of NE/4

Section 11: SE/4 of SE/4

Section 13: E/2 of SE/4, PLUS that parcel of land acquired by Wm. T. Burton Industries, Inc. from Oscar Brack by act recorded as Clerk's File #226554 which property is more particularly described elsewhere herein at Section 18, T. 2 N., R. 6 W.

Township 3 North, Range 5 West

Section 26: S/2 of S/2 of SW/4

Section 27: SE/4 of SW/4, except 10 acres in SE corner

Section 34: NW/4, N/2 of SW/4 and SE/4 of SW/4

Section 36: SW/4 of NE/4 of SW/4; W/2 of SW/4

Township 3 North, Range 6 West

Section 20: SW/4 of SE/4

Section 25: S/2 of NE/4, SE/4 of NW/4 and N/2 of S/2; LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Ervin Monk by act dated November 12, 1974 and December 20, 1974, recorded as Clerk's File #328826, described as:

A part of the Southeast Quarter of the Northeast Quarter of Section 25, Township 3 North, Range 6 West, Vernon Parish, Louisiana, described as follows: Begin at the Northeast corner of said SE/4 of NE/4, thence South 0 degrees 10 minutes West along the East line of said SE/4 of NE/4 417.4 feet; thence South 89 degrees 40 minutes West parallel to the North line of said SE/4 of NE/4 417.4 feet; thence North 0 degrees 10 minutes East parallel to said East line 417.4 feet to said North line. Thence North 89 degrees 40 minutes East along said North line 417.4 feet to point of beginning, containing 4.0 acres;

LESS parcel conveyed by Wm. T. Burton Industries, Inc. to Elijah Monk, by act dated October 18 and 23, 1974, recorded as Clerk's File #327724; as corrected by act dated March 13 and 24, 1980, recorded as Clerk's File #376504, described as:

The West 5.0 acres of the Southeast 1/4 of the Northwest 1/4 of Section 25, Township 3 North, Range 6 West, Vernon Parish, Louisiana, described as follows: Begin at the Northwest corner of said SE/4 of NW/4, thence North 89 degrees 40 minutes East along the North line of said SE/4 of NW/4, 165.0 feet; thence South 0 degrees 12 minutes West, parallel to the West line of said SE/4 of NW/4; 1326.2 feet to the South line of said SE/4 of NW/4; thence North 89 degrees 30 minutes West along said South line 165.0 feet to the Southwest corner of said SE/4 of NW/4; thence North 0 degrees 12 minutes East along said West line, 1326.7 feet to point of beginning. As more fully shown as per plat by Charles C. Wise, registered surveyor, dated September 12, 1974;

AND LESS parcel conveyed to Matt E. Smith by Judgment (in Suit #27,214, 30th Judicial District Court) dated November 20, 1978, recorded as Clerk's File #364747, as confirmed by Judgment in Suit No. 7076, 3rd Circuit Court of Appeal, State of Louisiana, as recorded as Clerk's File #370767, and described as:

A part of the Southeast 1/4 of the Northwest 1/4 and the Southwest 1/4 of the Northeast 1/4 of Section 25, Township 3 North, Range 6 West, Vernon Parish, La. described as follows: Begin at the Northeast corner of said SE 1/4 of NW 1/4 - Thence South 89 degrees 40 minutes West along the North line of said SE 1/4 of NW 1/4 - 675.0 feet to its intersection with existing fence line; Thence along said existing fence line - South 10 degrees 50 minutes West - 356.5 feet; North 81 degrees 13 minutes East - 460.8 feet; North 3 degrees 27 minutes West - 111.4 feet; North 76 degrees 43 minutes East - 51.1 feet; South 38 degrees 23 minutes East - 130.2 feet; North 81 degrees 36 minutes East - 140.8 feet; North 72 degrees 12 minutes East - 264.8 feet; North 38 degrees 28 minutes East - 178.9 feet; and North 7 degrees 52 minutes West - 23.4 feet to the North line of said SW 1/4 of NE 1/4; Thence South 89 degrees 40 minutes West along said North line - 337.0 feet to Point of Beginning containing 5.79 acres.

Section 26: NW/4 of SW/4

Township 3 North, Range 7 West

Section 27: SE/4 of SW/4

Section 32: SW/4 of NW/4; N/2 of SW/4

Section 33: Parcel acquired by Wm. T. Burton Industries, Inc. from Clarence L. Morrison, et ux, by Act of Exchange dated November 14 and 26, 1975 and December 1, 1975, recorded as Clerk's File #335577, described as NE/4 of NE/4; E/2 of NW/4 of NE/4; SW/4 of NW/4 of NE/4

Section 34: NW/4 of NE/4; E/2 of SE/4; SW/4 of SE/4

Section 36: N/2 of NW/4; SW/4 of NW/4; SE/4 of NW/4, LESS 13 acres in SE corner; N/2 of SE/4, LESS parcel conveyed to Napoleon B. Mayo by Wm. T. Burton Industries, Inc. by Act of Exchange dated June 18 and 25, 1975, recorded as Clerk's File #332515, described as:

The North One-Half of the Northeast Quarter of the Southeast Quarter (N/2 of NE/4 of SE/4), of Section 36, Township 3 North, Range 7 West.

AND LESS parcel conveyed to William W. Johnson, et ux, by Wm. T. Burton Industries, Inc., by Warranty and Quitclaim Deed dated January 4 and 9, 1976, recorded as Clerk's File #365112, described as:

Commencing at the Southeast Corner of Southwest Quarter (SW/4), Southeast Quarter (SE/4), Section 36, Township 3 North, Range 7 West, go North along the East line 417.4 feet to the point of beginning: Thence West parallel with the South line 417.4 feet; thence South parallel with the East line 417.4 feet; thence West along the South line 535.5 feet; thence North parallel with the West line of Southwest Quarter (SW/4), Southeast Quarter (SE/4), 411.1 feet; thence North parallel with the West line 411.1 feet; thence West parallel with the South line 411.1 feet; thence North along the West line 217.9 feet; thence East parallel with the South line 1363.1 feet to the East line; thence South along the East line 211.6 feet to the point of beginning; being the South 629 feet of the Southwest Quarter (SW/4), Southeast Quarter (SE/4), Section 36, Township 3 North, Range 7 West, LESS parts not owned or parts quitclaimed.

"NE VARIETUR"

For identification with that certain HYDROCARBON LEASE by and between J. Lawton Company and Tower Land Company, Inc., as Lessors, and Chesapeake Operating, Inc., as Lessee, executed by J. Lawton Company and Tower Land Company, Inc. on the 11 day of September, 1995.

[signature]
NOTARY PUBLIC

"NE VARIETUR"

For identification with that certain HYDROCARBON LEASE by and between J. Lawton Company and Tower Land Company, Inc., as Lessors, and Chesapeake Operating, Inc. as Lessee, executed by Chesapeake Operating, Inc. on the 8th day of September, 1995.

KIMBERLI G. CISSELL NOTARY PUBLIC IN AND FOR STATE OF OKLAHOMA CLEVELAND COUNTY

Kimberli G. Cissell
NOTARY PUBLIC

Commission Expires: 5/12/99