THE GRAY LAW FIRM
A PROFESSIONAL LAW CORPORATION
ONE LAKESHORE DRIVE, SUITE 110
POST OFFICE BOX 1467
LAKE CHARLES, LOUISIANA 70602-1467

FACSIMILE
(318) 494-0697

TELEPHONE
(318) 494-0694

March 21, 1996

VIA UNITED PARCEL SERVICE
**OVERNIGHT DELIVERY**

Mr. Mel Fife
Land Manager
Belco Oil & Gas Corp.
14300 Cornerstone Village Drive, Suite 421
Houston, TX 77014

Dear Mr. Fife:

In accordance with our discussion in the office of William B. Lawton Company, Inc. yesterday, March 20, 1996, I enclose a copy of a map depicting in blue approximately 20,295 acres of minerals owned by Tower Minerals Company, Inc. ("Tower Minerals") and Central Pines Land Company ("Central Pines") in Vernon Parish, Louisiana.

Central Pines and Tower Minerals extend a non-exclusive offer to lease the properties on a mutually agreeable lease form for a three (3) year primary term, with a bonus payment of $300 per acre, annual rentals of $300 per acre and a royalty of 27 ½%. This offer may be revoked at any time but under no circumstances shall extend beyond 5:00 p.m., Friday, March 29, 1996.

Please advise if you are interested in pursuing this matter.

Yours very truly,

A. J. GRAY, III

AJG/tll
Enc.

cc: Mr. William T. Drost (w/enc.)
Mr. Jack E. Lawton, Jr. (w/enc.)
Mr. Thad Minaldi (w/enc.)