Sonat Exploration Company
6101 S Broadway Suite 200
Tyler TX 75703
903 561 3360
Telecopy 903 534 7499

**SONAT EXPLORATION**

**VIA FACSIMILE**

April 24, 1996

JACK LAWTON, INC.
101 North Huntington Street
Sulphur, Louisiana 70663-2601

Attention: Mr. Thad Minaldi

William T. Burton
c/o THE GRAY LAW FIRM
One Lakeshore Drive, Suite 110
Lake Charles, Louisiana 70602

Attention: Mr. Jack Gray

Re: Lawton "Tract C" Lease Proposal
Hurricane Branch Prospect
Vernon Parish, Louisiana

Gentlemen:

Please reference previous discussions regarding certain lands which Jack Lawton, Inc. and William B. Lawton ("Lawton") refer to as "Tract C" in the Ft. Polk area, a portion of which Sonat is interested in obtaining an oil and gas lease. The portion in which Sonat is interested are lands which the BLM recently nominated and then removed from the most recent lease sale, and which Sonat believes will be included in its development plan as either drillsite or unit acreage for the drilling of horizontal Austin Chalk wells. The lands which this proposal shall cover are described as follows:

TOWNSHIP 1 SOUTH-RANGE 5 WEST

| | | |
|---|---|---|
| Section 5 | N/2 NW/4 & SW/4 NW/4 | 120.00 |

TOWNSHIP 1 NORTH-RANGE 5 WEST

| | | |
|---|---|---|
| Section 7 | S/2 | 628.70 |
| Section 8 | All | 613.41 |
| Section 9 | S/2 NW/4 | 587.30 |
| Section 10 | SW/Corner | 71.74 |

| | | |
|---|---|---|
| Section 16 | All | 739.20 |
| Section 17 | All | 677.35 |
| Section 20 | All | 622.98 |
| Section 21 | All | 580.15 |
| Section 28 | All | 596.48 |
| Section 29 | All | 674.60 |
| Section 32 | All | 547.56 |
| Section 33 | NW/4 & N/2 SW/4 | 256.12 |

<u>TOWNSHIP 1 NORTH-RANGE 6 WEST</u>

| | | |
|---|---|---|
| Section 9 | E/2 | 320.00 |
| Section 10 | All | 639.75 |
| Section 11 | S/2 | 320.00 |
| Section 12 | S/2 | 324.50 |

TOTAL APPROXIMATE ACRES 8,271.58

The above acreage figures are subject to final verification and/or revision pending review of additional information.

In this regard, Sonat hereby submits a lease proposal for Lawton's consideration, based on the following general terms and conditions:

1. Sonat shall pay as a bonus consideration an amount equal to $175 per net mineral acre for which Lawton owns in the above described lands.

2. The oil and gas lease shall be on a mutually agreeable form of the Lawton lease form, and shall provide for, among other provisions, delay rentals equal to $150 per net mineral acre per year and a 25% royalty.

3. Due to the special circumstances surrounding the title to these lands, the oil and gas lease shall also provide for a special warranty as to the return of any bonus consideration and/or delay rentals attributable to any acreage or mineral interest which the BLM or other associated governmental body may make a claim, and for which such claim later becomes valid.

4. The basic terms and conditions as above proposed shall be subject to a mutually agreeable form of the Lawton lease form.

Sonat has been having extensive discussions both verbally and through monthly meetings with the Ft. Polk personnel in an effort to coordinate and integrate Sonat's proposed operations and activities with those of the fort. Currently, Sonat is the only operator proceeding with the fort to formalize a plan, and all discussions and activities are proceeding in an amicable manner. With the addition of the subject acreage, Sonat believes its proposed development plan may be expedited and successfully accomplished. In this light, Sonat would appreciate Lawton's serious consideration of this proposal.

Please review this proposal and any questions you may have can be discussed in our meeting on Friday.

Sincerely,

SONAT EXPLORATION COMPANY

DAVID V. HAMILTON
Land Manager

DVH:rds

***END***