# WILLIAM B. LAWTON COMPANY, INC.

SUITE 1700
ONE LAKESHORE DRIVE
LAKE CHARLES, LOUISIANA 70629
(318) 433-0142

SUBSIDIARIES:
RIVER OAKS EXPLORATION, INC.
RAYVILLE RESOURCES, INC.
TOWER ENERGY CO., INC.
CITY CLUB OF LAKE CHARLES
LAWTON LOUISIANA, INC.

May 1, 1996

Sonat Exploration Company
Attn: Mr. David V. Hamilton
Land Manager
6101 South Broadway
Suite 200
Tyler, TX 75703

RE: **Your Offer To Lease Dated April 24, 1996**
**Portion of Lawton "Tract C" Prospect**
**Vernon Parish, Louisiana**

Gentlemen:

We have reviewed your correspondence dated April 24, 1996, offering to lease our mineral rights in approximately 8,271.58 acres, more or less, in Vernon Parish. Your offer is rejected.

As you are aware, we are negotiating with others for a lease on the entirety of our Tract C. However, based upon your assertion that a portion of our Tract C falls within the development plan of Sonat Exploration Company ("Sonat") for other Lawton acreage, we see a benefit in leasing it to Sonat.

For a period of ten days from the date of this letter we extend the following nonexclusive offer to Sonat to lease the 9,798.44 acres described as:

**Vernon Parish, Louisiana**

**Township One South, Range Five West (T1S-R5W)** — Acres

Section 5: N/2 of NW/4 and SW/4 of NW/4 .............................. 120.00

---

**Township One North, Range Five West (T1N-R5W)**

| Section | Description | Acres |
|---|---|---|
| Section 7: | Entire Section | 628.70 |
| Section 8: | Entire Section | 613.41 |
| Section 9: | S/2 and NW/4 and diagonal SW/2 of NE/4 | 587.30 |
| Section 10: | Diagonal SW/2 of SW/4 | 71.74 |
| Section 15: | S/2 and NW/4 and diagonal SW/2 of NE/4 | 552.00 |
| Section 16: | Entire Section | 739.20 |
| Section 17: | Entire Section | 677.35 |
| Section 20: | Entire Section | 622.98 |
| Section 21: | W/2 and W/2 of E/2 and NE/4 of NE/4 and the diagonal NW/2 of SE/4 of NE/4 | 580.15 |
| Section 28: | W/2 and W/2 of NE/4 and diagonal NW/2 of W/2 of SE/4 | 596.48 |
| Section 29: | Entire Section | 674.60 |
| Section 32: | W/2 and N/2 of NE/4 and SE/4 of NE/4 and S/2 of SE/4 & Fractional NE/4 of SE/4 except 13 acres on West side | 547.56 |
| Section 33: | NW/4 and N/2 of SW/4 | 256.12 |

**<u>Township One North, Range Six West (T1N-R6W)</u>**

| Section | Description | Acres |
|---|---|---|
| Section 9: | W/2; and S three-fourths of SE/4; NW/4 of NW/4 of SE/4 and NE/4 of NE/4 of SE/4 and W/2 of SW/4 of NE/4 and NE/4 of SW/4 of NE/4 and N/2 of SE/4 of NE/4 and SE/4 of SE/4 of NE/4 and N/2 of NE/4 | 601.52 |
| Section 10: | Entire Section | 639.75 |
| Section 11: | Entire Section | 640.55 |
| Section 12: | Entire Section | 649.03 |
| | **Total Acres:** | **9,798.44** |

**Bonus:** $250 per acre;

**Rental:** $250 per acre, subject to reduction for acreage held by production from wells drilled and completed on this property during the primary term;

**Base Royalty:** 25%;

**Overriding Royalty:** 2.5% of 8/8ths overriding royalty on a comparable amount of

---

leasehold acreage held by Sonat within Vernon Parish and in the immediate area of the proposed lease. The terms and conditions of our March 22, 1996 letter to you would apply to the overriding royalty leasehold acreage. (This overriding royalty is requested because of our intention to accept 25% base royalty and $250 per acre bonus and rentals in lieu of the royalty, bonus and rental being negotiated with another party.)

**Minimum Royalty:** A 12.5% minimum royalty on all acreage covered by the lease. This minimum royalty to be payable from first production and be guaranteed to the lessors irrespective of the actual outcome of any settlement or litigation with the United States Government. Upon a final settlement or final judgment, the lessor's royalty would be calculated as follows:

> 12.5% + (lessor's pro-rata mineral interest x the difference between 12.5% and the one-fourth base royalty noted above)

The minimum royalty cannot be suspended or escrowed under any circumstances.

**Warranty:** As in all Lawton transactions, lease will be without warranty of any kind or nature, but lease will provide subrogation as to previous owners, except as to William T. Burton, Wm. T. Burton Industries, Inc., Jack Lawton, Inc. and William B. Lawton Company, Inc.

**Primary Term:** 3 years.

**Lessor's Option:** Lessor will have the option of terminating this offer, even if accepted by lessee, if Sonat and we do not execute the lease provided for in the March 22, 1996 letter agreement between said parties by May 21, 1996.

The basic terms and conditions as above proposed shall be subject to a mutually agreeable form of the Lawton lease form. However, the lease will contain a provision for Sonat to cooperate with any future lessee of other portions of Tract C for surface locations and/or access to property controlled by Sonat to accommodate drilling to Tract C.

---

If you will agree to the foregoing acceptance, please signify your agreement in the below provided space.

Sincerely,

TOWER MINERALS COMPANY, INC.

By: ________________
William T. Drost, Vice President

CENTRAL PINES LAND COMPANY

By: ________________
Thad D. Minaldi, Executive Vice-President

Acknowledged and agreed to this _____ day of ________________, 1996.

Sonat Exploration Company

By: ________________
Name: ________________
Title: ________________