Sonat Exploration Company
6101 S Broadway Suite 200
Tyler TX 75703
903 561 3360
Telecopy 903 534 7499

**SONAT EXPLORATION**

VIA FACSIMILE & U. S. MAIL

May 9, 1996

Tower Minerals Company, Inc.
c/o William B. Lawton Company, Inc.
One Lakeshore Drive, Suite 1700
Lake Charles, Louisiana 70629

Attention: William T. Drost

Central Pines Land Company
c/o Jack Lawton, Inc.
101 North Huntington Street
Sulphur, Louisiana 70663-2601

Attention: Mr. Thad D. Minaldi

Re: Lease proposal
LAWTON'S TRACT "C"
Ft. Polk Area
Hurricane Branch Prospect

Gentlemen:

Please reference Sonat's proposal, dated April 24, 1996 and Lawton's counter offer, dated May 1, 1996, covering a portion of certain lands in the captioned area referred to as Tract "C". Sonat hereby declines to accept Lawton's offer of May 1, 1996, and hereby submits for its review a counter offer as follows:

LANDS COVERED: The lands covered by this offer to lease shall be all those lands described in Lawton's letter, dated May 1, 1996, comprising 9,798.44 acres, more or less. This offer shall be subject to final determination of the acreage content of the lands described in such letter being equal to the 9,798.44 acre figure and review and approval of the title to such lands.

BONUS CONSIDERATION: Sonat shall pay as bonus consideration an amount equal to $200 per net mineral acre in the subject lands.

DELAY RENTALS: $200 per net mineral acre

ROYALTY: 25%

PRIMARY TERM: 3 years

The above terms and conditions are subject to the negotiation and execution of a mutually agreeable form of the Lawton lease form.

Sonat appreciates Lawton's serious consideration of Sonat's lease offer and how the subject acreage may impact Sonat's development plan in the Ft. Polk area. Sonat again emphasizes the importance, under these special

circumstances, of employing one lessee and avoiding the difficulties which will be encountered in the struggle for operatorship. Sonat again would appreciate Lawton's serious consideration of these factors and how same would affect both Sonat, as a Lessee, and Lawton ,as a mineral owner.

The above terms of a lease offer is extended to Lawton until 5:00 PM on Tuesday, May 14, 1996, at which time such offer shall be automatically terminated.

Sincerely,

**SONAT EXPLORATION COMPANY**

DAVID V. HAMILTON
Land Manager

DVH:rds