# Exhibit "A"

## Vernon Parish, Louisiana

| Township One South, Range Five West (T1S-R5W) | | Acres |
|---|---|---|
| Section 6: | N/2; SW/4; E/2 SE/4 | 590.56 |
| Section 7: | Entire Section except SE/4 NE/4; NE/4 SE/4 | 542.35 |

| Township One South, Range Six West (T1S-R6W) | | Acres |
|---|---|---|
| Section 1: | Entire Section | 640.78 |
| Section 2: | NE/4; NW/4 NW/4; S/2 NW/4; NE/4 SW/4; N/2 NW/4 SW/4; S/2 SW/4; N/2 NW/4 SE/4; NE/4 SE/4 | 502.97 |
| Section 3: | Entire Section except SE/4 SW/4, SE/4 SE/4, S/2 NE/4 SE/4 | 580.70 |
| Section 4: | Entire Section | 679.39 |
| Section 5: | Entire Section | 688.30 |
| Section 6: | Entire Section | 686.72 |
| Section 7: | E/2; N/2 NW/4; W/2 SW/4 NW/4; Fractional SE/4 NW/4 except 4.91 acres in the form of a square in the SW corner; N/2 SW/4; Fractional SE/4 SW/4, except 10.30 acres in the form of a square in the NW corner | 601.01 |
| Section 8: | Entire Section | 662.66 |
| Section 9: | Entire Section except NW/4 NE/4, W/2 SW/4 NE/4, E/2 SE/4 NE/4 | 591.27 |
| Section 10: | E/2 NE/4; E/2 NE/4 SE/4; S/2 of SE/4, W/2 of NE/4 of NW/4 and 5 acres in NE corner of NW/4 | 220.77 |
| Section 11: | Entire Section | 679.96 |
| Section 12: | Entire Section | 652.36 |

| Township One South, Range Seven West (T1S-R7W) | | Acres |
|---|---|---|
| Section 1: | Entire Section, less 10 acres in SE corner of SW/4 of NE/4 | 698.56 |
| Section 2: | W/2 NE/4; NW/4; N/2 SW/4; SW/4 SW/4; W/2 SE/4 SW/4; E/2 SE/4; Fractional NW/4 SE/4 except 10 acres in a square in the SE corner; NW/4 SW/4 SE/4; W/2 SW/4 SE/4 | 501.54 |
| Section 3: | NE/4; SW/4 NW/4; NE/4 SW/4; N/2 SE/4 | 315.69 |
| Section 11: | E/2 E/2; SW/4 NE/4 | 197.75 |
| Section 12: | Entire Section | 710.88 |

| Township One North, Range Five West (T1N-R5W) | | Acres |
|---|---|---|
| Section 18: | Entire Section except NE/4 NW/4, NW/4 NE/4 | 582.54 |
| Section 19: | E/2; N/2 NW/4; N/2 S/2 NW/4; S/2 N/2 SW/4; S/2 SW/4 | 560.77 |

| | | |
|---|---|---|
| Section 30: | Entire Section | 671.24 |
| Section 31: | Entire Section | 657.54 |

| Township One North, Range Six West (T1N-R6W) | | Acres |
|---|---|---|
| Section 13: | Entire Section | 655.77 |
| Section 14: | Entire Section | 643.92 |
| Section 15: | Entire Section | 644.32 |
| Section 16: | Entire Section except NW/4 NE/4 | 605.04 |
| Section 17: | Entire Section | 646.41 |
| Section 18: | NE/4; W/2 W/2; SE/4 SW/4; SW/4 SE/4 | 398.90 |
| Section 19: | Entire Section | 636.56 |
| Section 20: | NE/4; W/2 NW/4; S/2 | 571.19 |
| Section 21: | Entire Section | 639.51 |
| Section 22: | NE/4; SW/4 NE/4 NW/4; NW/4 NW/4; S/2 NW/4; S/2 | 610.30 |
| Section 23: | Entire Section | 641.27 |
| Section 24: | Entire Section | 669.34 |
| Section 25: | Entire Section | 667.65 |
| Section 26: | N/2; E/2 SW/4; SW/4 SW/4; SE/4 | 604.43 |
| Section 27: | Entire Section | 643.60 |
| Section 28: | Entire Section | 641.76 |
| Section 29: | Entire Section | 642.48 |
| Section 30: | Entire Section | 638.07 |
| Section 31: | Entire Section | 604.69 |
| Section 32: | Entire Section | 596.83 |
| Section 33: | Entire Section | 615.93 |
| Section 34: | Entire Section | 642.33 |
| Section 35: | Entire Section | 644.55 |
| Section 36: | Entire Section | 660.89 |

| Township One North, Range Seven West (T1N-R7W) | | Acres |
|---|---|---|
| Section 30: | NE/4 NE/4 | 39.71 |
| Section 33: | NE/4; N/2 NW/4 SE/4 NW/4; NW/4 SW/4; N/2 SE/4; SE/4 SE/4 | 447.17 |

"NE VARIETUR"

For identification with that certain Hydrocarbon Lease by and between Tower Minerals Company, Inc. and Central Pines Land Company, as Lessors, and Sonat Exploration Company, as Lessee, and executed on the 16 day of July, 1996.

NOTARY PUBLIC

Exhibit "B"

ATTACHED TO AND BY REFERENCE MADE A PART OF THAT CERTAIN HYDROCARBON LEASE MADE AND ENTERED INTO BY AND BETWEEN TOWER MINERALS COMPANY, INC. AND CENTRAL PINES LAND COMPANY, AS LESSORS, AND SONAT EXPLORATION COMPANY, AS LESSEE, UNDER DATE OF ~~MAY~~ ______, 1996. July 19, 1996

| Lease Serial Nº — Effective Date | Lessor | Initial Lessee | LEGAL DESCRIPTIONS OF LANDS COVERED BY ASSIGNMENT OF ORRI | Acreage |
|---|---|---|---|---|
| LAES 45136 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 N., R. 7 W., Louisiana Meridian<br>Sec. 30: SWNW, NWSW, S2SW, W2SE. | 239.61 |
| LAES 45137 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 N., R. 7 W., Louisiana Meridian<br>Sec. 33: SWSE. | 40.67 |
| LAES 45139 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 4: E2E2, SWNE. | 202.71 |
| LAES 45140 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 5: NE, E2NW, NWNW, S2;<br>Sec. 6: W2, N2NE, SENE, E2SE, SWSE. | 1160.93 |
| LAES 45141 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 7: All. | 653.32 |
| LAES 45142 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 8: All. | 638.78 |
| LAES 45143 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 9: NWNW, S2N2, S2;<br>Sec. 10: N2NE, SWNE, SENW, S2SW. | 764.31 |
| LAES 45148 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 17: All. | 639.34 |
| LAES 45149 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 18: All. | 662.3 |
| LAES 45150 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 19: NE, S2SW, NWSW, W2NESW, W2E2NESW, S2SE, NESE, E2W2NWSE, E2NWSE. | 482.97 |
| LAES 45151 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 20: E2, E2W2, SWSWNW, N2SWNW, SWSW. | 550.54 |
| LAES 45152 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 21: SWSW;<br>Sec. 22: NWNE, NENW, SESW. | 159.96 |
| LAES 45156 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 28: S2NE, NW, SE less and except 10.35 acs. in railroad ROW. | 392.2 |
| LAES 45157 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vemon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 29: N2NE, SENE, SWNW, S2SENW, S2N2SENW, N2NENW, N2S2NENW, N2SW, SWSW, N2SE. | 420.63 |

| Lease Serial Nº<br>——<br>Effective Date | Lessor | Initial Lessee | LEGAL DESCRIPTIONS OF LANDS COVERED BY ASSIGNMENT OF ORRI | Acreage |
|---|---|---|---|---|
| LAES 45158<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 30: W2E2, W2, SESE. | 554.24 |
| LAES 45159<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 31: N2NE, SWNE, NW, S2 less and except 22.09 acs. in railroad ROW;<br>Sec. 32: SESW, S2NW. | 1021.11 |
| LAES 45160<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 7 W., Louisiana Meridian<br>Sec. 33: NENE, S2NE, N2SE, SWSE. | 317.45 |
| LAES 45161<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 N., R. 8 W., Louisiana Meridian<br>Sec. 25: W2NENE, NWNE, S2NE, N2NW less and except Tract V-10 (1.88 ac.) in SW corner NWNW, S2SWNW, SENW, S2SW, NESW, N2NWSW, SWNWSW. | 594.65 |
| LAES 45162<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 N., R. 8 W., Louisiana Meridian<br>Sec. 26: E2NENE, N2NWNE, NW, NWSW, NWNESW, S2NESW, S2SW, SESE. | 399.99 |
| LAES 45163<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 N., R. 8 W., Louisiana Meridian<br>Sec. 27: E2, NWNW, SENW, N2SWNW, SESWNW, SW. | 600.34 |
| LAES 45165<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 N., R. 8 W., Louisiana Meridian<br>Sec. 33: E2E2, S2SW, SWSE. | 280 |
| LAES 45166<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 N., R. 8 W., Louisiana Meridian<br>Sec. 34: All. | 638.4 |
| LAES 45167<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 N., R. 8 W., Louisiana Meridian<br>Sec. 35: S2. | 320.04 |
| LAES 45168<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 N., R. 8 W., Louisiana Meridian<br>Sec. 36: All. | 643.04 |
| LAES 45169<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 1: All. | 641.26 |
| LAES 45170<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 2: All. | 641.5 |
| LAES 45171<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 3: N2NE, SENE, NW, NESW, NWSW less and except 10.00 acs. W of Hwy 118 and E of Hwy 403, W2SESW, S2SESESW, N2NESESW, SE. | 540.88 |
| LAES 45172<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 4: N2NE, NW, S2. | 560.49 |
| LAES 45173<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 5: E2NW, SW, E2. | 560.21 |
| LAES 45174<br>——<br>August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 7: NE, N2SE, SESE | 279.23 |

| Lease Serial Nº — Effective Date | Lessor | Initial Lessee | LEGAL DESCRIPTIONS OF LANDS COVERED BY ASSIGNMENT OF ORRI | Acreage |
|---|---|---|---|---|
| LAES 45175 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 8: All. | 639.84 |
| LAES 45176 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 9: That part of Tract V-1 lying in the section containing 586.59 acs., That part of Tract V-17 lying in the SESW containing 5.00 acs. | 591.59 |
| LAES 45177 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 10: That part of Tract V-1 lying in the section containing 459.40 acs., Tract V-14b* lying in the W2NE containing 80.06 acs.<br>(*50% U.S. Minerals) | 539.46 |
| LAES 45178 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 11: SW;<br>Sec. 12: NWSW. | 200.28 |
| LAES 45179 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 13: N2, SW, E2SE, SWSE. | 601.88 |
| LAES 45180 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 14: E2, W2SW, SWNW, S2NWNW, NENWNW, E2W2 less and except 20.00 acs. in S2SENW and NESW, and less Tract V-5 containing 13.00 acs. | 597.46 |
| LAES 45181 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 15: All. | 641.86 |
| LAES 45182 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 16: E2, SWSW;<br>Sec. 17: N2, SW, NWSE. | 881.06 |
| LAES 45183 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 18: E2NE, NESE. | 119.82 |
| LAES 45185 — August 1, 1992 | United States of America | Dan S. Collins, CPL | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 21: N2, NWSW, E2SW, SE. | 599.25 |
| LAES 45186 — August 1, 1992 | United States of America | Dan S. Collins, CPL | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 22: All. | 639.36 |
| LAES 45187 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 23: All. | 639.44 |
| LAES 45188 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 24: W2NE, 28.75 acs. in SENE, N2NW, E2E2SENW, W2SWNW, W2E2SWNW, S2. | 551.13 |
| LAES 45189 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 25: All. | 642.24 |
| LAES 45190 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 26: All. | 638.24 |

| Lease Serial Nº — Effective Date | Lessor | Initial Lessee | LEGAL DESCRIPTIONS OF LANDS COVERED BY ASSIGNMENT OF ORRI | Acreage |
|---|---|---|---|---|
| LAES 45191 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 27: E2, E2NW, NWNW, N2SWNW, N2S2SWNW;<br>Sec. 28: That part of Tract V-1 lying in the section containing 471.03 acs. | 939.56 |
| LAES 45193 — August 1, 1992 | United States of America | Dan S. Collins | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 33: All. | 641.22 |
| LAES 45194 — August 1, 1992 | United States of America | Dan S. Collins | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 34: All. | 638.8 |
| LAES 45195 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 35: N2, N2SW, SWSW, SE. | 596.78 |
| LAES 45096 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 35: SESW. | 39.79 |
| LAES 45196 — August 1, 1992 | United States of America | Iven J. Bergeron, Jr. | Louisiana, Vernon Parish, Kisatchie National Forest<br>T. 1 S., R. 8 W., Louisiana Meridian<br>Sec. 36: All. | 640.32 |

"NE VARIETUR"

For identification with that certain Hydrocarbon Lease by and between Tower Minerals Company, Inc. and Central Pines Land Company, as Lessors, and Sonat Exploration Company, as Lessee, and executed on the 5 day of ~~May~~ July, 1996.

NOTARY PUBLIC

THE GRAY LAW FIRM
A PROFESSIONAL LAW CORPORATION
ONE LAKESHORE DRIVE, SUITE 110
POST OFFICE BOX 1467
LAKE CHARLES, LOUISIANA 70602-1467

FACSIMILE
(318) 494-0697

TELEPHONE
(318) 494-0694

May 2, 1997

Sonat Exploration Company
**Attn: Mark Robinson**
6101 South Broadway
Suite 200
Tyler, TX 75703

**RE: Hydrocarbon Lease effective July 1, 1996 Between Central Pines Land Company and Tower Minerals Company, Inc, as Lessor and Sonat Exploration Company, as Lessee Vernon Parish, Louisiana**

Dear Mark:

Enclosed please find an original Exhibit "C", which has been paraphed for identification with the Hydrocarbon Lease dated July 19, 1996, but effective July 1, 1996, by and between Tower Minerals Company, Inc. and Central Pines Land Company, as Lessors, and Sonat Exploration Company, as Lessee.

As you are aware, this Exhibit "C", though referenced in the Hydrocarbon Lease, was not attached to the lease form. Please attach this original to your Hydrocarbon Lease, in order that the document be complete.

Further, this letter confirms our communication and agreement that the paraph of Exhibit "C" to the Hydrocarbon Lease is acceptable to Sonat Exploration Company.

By copy of this letter, Tower Minerals Company, Inc. and Central Pines Land Company are being provided with duplicate originals of Exhibit "C" to attach to their respective originals of the July 1, 1996 Hydrocarbon Lease documents. Please call with any questions.

Yours very truly,

Jack (41)

A. J. GRAY, III

AJG/tll

cc: Mr. Thad Minaldi (w/enc.)
Mr. Will T. Drost (w/enc.)
Mr. Lew Duff (Sonat Exploration Company) (w/o enc.)

# EXHIBIT "C"

| Parcel Number/ BLM Lease Serial No. | Lessee/Assignee as provided by BLM | Legal Descriptions as they appear in each respective Lease or Assignment |
|---|---|---|
| ES-005-06/92<br>LAES 45100 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 5 W., Louisiana Meridian<br>sec. 6, SW, NESE.<br>210.91 Acres |
| ES-006-06/92<br>LAES 45101 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 5 W., Louisiana Meridian<br>sec. 18, S2, S2N2, NENE, NWNW.<br>582.54 Acres |
| ES-007-06/92<br>LAES 45102 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R 5 W., Louisiana Meridian<br>sec. 19, S2SW, S2N2SW, SE, NE, N2NW<br>520.20 Acres |
| ES-008-06/92<br>LAES 45103 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 5 W., Louisiana Meridian<br>sec. 30, All.<br>671.24 Acres |
| ES-009-06/92<br>LAES 45104 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 5 W., Louisiana Meridian<br>sec. 31, All<br>647.54 Acres |
| ES-010-06/92<br>LAES 45105 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 13, All.<br>655.77 Acres |
| ES-011-06/92<br>LAES 45106 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 14, All<br>643.92 Acres |
| ES-012-06/92<br>LAES 45107 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 15, All.<br>644.32 Acres |
| ES-013-06/92<br>LAES 45108 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 16, NW, N2SW, SWSW, SE.<br>443.96 Acres |
| ES-014-06/92<br>LAES 45109 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 17, All;<br>sec. 18, S2S2, NWSW, NW, N2NE, SWNE<br>1,125.10 Acres |
| ES-015-06/92<br>LAES 45110 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 19, S2, N2NW, NE<br>556.99 Acres |
| ES-016-06/92<br>LAES 45111 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W, Louisiana Meridian<br>sec. 20, NE, N2NW, SWNW, SW, N2SE, SESE.<br>561.18 Acres |
| ES-017-06/92<br>LAES 45112 | Iven J. Bergeron, Jr.<br>(Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 21, All;<br>sec. 22, S2, NE, W2NW, SENW, SWNENW<br>1,249.81 Acres |

| Parcel Number/ BLM Lease Serial No. | Lessee/Assignee as provided by BLM | Legal Descriptions as they appear in each respective Lease or Assignment |
|---|---|---|
| ES-018-06/92<br>LAES 45113 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec 23, All.<br>641.27 Acres |
| ES-019-06/92<br>LAES 45114 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 24, All.<br>660.80 Acres |
| ES-020-06/92<br>LAES 45115 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 25, All.<br>667.65 Acres |
| ES-021-06/92<br>LAES 45116 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 26, N2, SE, S2SW, NESW.<br>604.43 Acres |
| ES-022-06/92<br>LAES 45117 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 27, E2, E2NW, SWNW, SW;<br>sec. 28, All.<br>1,245.14 Acres |
| ES-023-06/92<br>LAES 45118 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 29, All.<br>642.48 Acres |
| ES-024-06/92<br>LAES 45119 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 30, All.<br>638.08 Acres |
| ES-025-06/92<br>LAES 45120 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 32, All.<br>596.83 Acres |
| ES-026-06/92<br>LAES 45121 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 33, All.<br>615.93 Acres |
| ES-027-06/92<br>LAES 45122 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 34, E2, E2W2, E2SWSW.<br>501.82 Acres |
| ES-028-06/92<br>LAES 45123 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 35, All.<br>644.55 Acres |
| ES-029-06/92<br>LAES 45124 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 6 W., Louisiana Meridian<br>sec. 36, All.<br>660.89 Acres |
| ES-030-06/92<br>LAES 45125 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 1, S2.<br>320.39 Acres |
| ES-031-06/92<br>LAES 45126 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 2, NWNE, S2NE, NWNW, S2NW, E2SW, N2NWSW, N2NWSE, NESE.<br>419.05 Acres |

| Parcel Number/ BLM Lease Serial No. | Lessee/Assignee as provided by BLM | Legal Descriptions as they appear in each respective Lease or Assignment |
|---|---|---|
| ES-032-06/92<br>LAES 45127 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 3, NENE, SENE, NENW, W2SE, N2NESE.<br>234.14 Acres |
| ES-033-06/92<br>LAES 45128 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 4, All.<br>679.38 Acres |
| ES-034-06/92<br>LAES 45129 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 5, All.<br>688.30 Acres |
| ES-035-06/92<br>LAES 45130 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 6, All.<br>668.72 Acres |
| ES-036-06/92<br>LAES 45131 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 7, E2, N2NW, W2SWNW, SENW less and except 4.91 in SW corner, N2SW, SESW less and except 10.30 ac. in NW corner.<br>582.35 Acres |
| ES-037-06/92<br>LAES 45132 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 8, all less and except 7.3 ac. lying S&E of Hwy. 399 SESE;<br>sec. 9, N2NW.<br>742.86 Acres |
| ES-038-06/92<br>LAES 45133 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 10, E2NE, E2NESE, N2SESE;<br>sec. 11, N2NE, SENE, E2SWNE, N2NW, E2SWNW, W2SENW, S2.<br>745.93 Acres |
| ES-039-06/92<br>LAES 45134 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 6 W., Louisiana Meridian<br>sec. 12, All.<br>652.35 Acres |
| ES-041-06/92<br>LAES 45136 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 7 W., Louisiana Meridian<br>sec. 30, NENE, SWNW, NWSW, S2SW, W2SE.<br>279.32 Acres |
| ES-042-06/92<br>LAES 45137 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 N., R. 7 W., Louisiana Meridian<br>sec. 33, E2, N2NW, SENW, NWSW.<br>487.79 Acres |
| ES-043-06/92<br>LAES 45138 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 7 W., Louisiana Meridian<br>sec. 1, E2NE, W2, SE;<br>sec. 2, Part of Tract V-4b in SENE and NESE containing 63.86 acs.; NW, W2SW, NESW, SESE, W2NE, Fr. NWSE, W2SESW.<br>1,131.68 Acres |
| ES-044-06/92<br>LAES 45139 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 7 W., Louisiana Meridian<br>sec. 3, NE, W2, N2SE, SWSE;<br>sec. 4, E2E2, SWNE.<br>796.29 Acres |

| Parcel Number/ BLM Lease Serial No. | Lessee/Assignee as provided by BLM | Legal Descriptions as they appear in each respective Lease or Assignment |
|---|---|---|
| ES-049-06/92<br>LAES 45144 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 7 W., Louisiana Meridian<br>sec. 11, E2E2 less and except 6.47 acs. quitclaimed to Trustee Travel Hill Baptist Church, SWNE, NW less and except 3.4 acs. quitclaimed to Berdie White, W2SW<br>425.15 Acres |
| ES-050-06/92<br>LAES 45145 | Iven J. Bergeron, Jr. (Previous Interest Party)<br>Helmerich & Payne (50%)<br>Sonat Exploration Co. (50%) | T. 1 S., R. 7 W., Louisiana Meridian<br>sec. 12, All less and except 1.23 acs. in NWSW quitclaimed to Trustee Travel Hill Baptist Church<br>709.65 Acres |
| ES 055-04/93<br>LAES 45895 | Kris Melancon (Previous Interest Party)<br>Helmerich & Payne, Inc. (100%) | T-1-S, R-5-W, Louisiana Meridian<br>Sec. 7, W/2E/2, W/2, Tract V-2a West of Hwy. 463 in SE/4SE/4<br>525.00 Acres |
| ES-056-04/93<br>LAES 45896 | Kris Melancon (Previous Interest Party)<br>Helmerich & Payne, Inc. (100%) | T-1-S, R-6-W, Louisiana Meridian<br>Sec. 1, N/2<br>320.39 acres, more or less |
| ES-057-04/93<br>LAES 45897 | Kris Melancon (Previous Interest Party)<br>Helmerich & Payne, Inc. (100%) | T. 1 S., R. 6 W., Louisiana Meridian<br>Sec. 2, NENE;<br>41.91 Acres |
| ES-015-12/95<br>LAES 47568 | Sonat Exploration Company (100%) | T. 1 N., R. 5 W., Louisiana Meridian<br>Section 19, S2NW, N2N2SW.<br>120.31 Acres |

"NE VARIETUR"

For identification with that certain Hydrocarbon Lease by and between Tower Minerals Company, Inc. and Central Pines Land Company, as Lessors, and Sonat Exploration Company, as Lessee, and executed on the 19 day of ~~May~~ July, 1996.

[signature]
NOTARY PUBLIC