United States Department of Agriculture
Office of the General Counsel
Washington, D.C. 20250-1400

August 6, 1996

By Facsimile

Mr. Jack Gray
The Gray Law Firm
One Lakeshore Drive, Suite 110
Post Office Box 1467
Lake Charles, Louisiana 70602-1467

Dear Jack:

This responds to your letter of March 11, 1996, in which you proposed a settlement to the Forest Service for a division of revenues that may be generated from oil and gas deposits for which your clients claim ownership. You originally set forth your position in support of ownership in a lengthy and thoughtful letter dated November 25, 1995.

The Forest Service appreciates the opportunity you have provided the agency to carefully consider the merits of your position. Having reviewed the legal arguments and supporting documentation which you provided, the agency has decided to reject your settlement offer and make no counteroffer.

Do not hesitate to contact me if you have any questions about this matter.

Sincerely,

Jeffrey D. Eisenberg
Attorney
Natural Resources Division

cc: Gray Reynolds
Deputy Chief, National Forest System