# William B. Lawton Company, Inc.

SUITE 1700
ONE LAKESHORE DRIVE
LAKE CHARLES, LOUISIANA 70629
(318) 433-0142

SUBSIDIARIES:
RIVER OAKS EXPLORATION, INC.
RAYVILLE RESOURCES, INC.
TOWER ENERGY CO., INC.
CITY CLUB OF LAKE CHARLES
LAWTON LOUISIANA, INC.

September 26, 1996

Chesapeake Operating, Inc.
Mr. Henry J. Hood
Vice President - Land and Legal
P. O. Box 18496
Oklahoma City, Ok 73154-0496

**RE: Lease Proposal**
**4,822.10 Acres More or Less**
**T1N, R5W, and T1S, R5W, Vernon Parish, Louisiana**

Gentlemen:

We have this day reached an agreement concerning the captioned lease proposal. Our lease is dated effective September 15, 1996 and contains provisions which would trigger the favored nations clause in that certain Hydrocarbon Lease dated effective August 1, 1995 by and between J. Lawton Company ("J. Lawton") and Tower Land Company, Inc. ("Tower Land") as Lessors and Chesapeake Operating, Inc. ("Chesapeake") as Lessee. J. Lawton and Tower Land expressly waive the favored nations clause of the August 1, 1995 Hydrocarbon Lease, assuming execution of the September 15, 1996 Oil, Gas & Hydrocarbon Lease, for purposes of the September 15, 1996 Oil, Gas & Hydrocarbon Lease between Central Pines Land Company ("Central Pines") and Tower Minerals Company, Inc. ("Tower Minerals") as Lessors and Chesapeake as Lessee.

Additionally, the September 15, 1996 Oil, Gas & Hydrocarbon Lease contemplates that Chesapeake shall acquire, directly or indirectly, mineral leases from the United States of America ("USA") defined and referred to in the document as "Federal Leases". Again, assuming execution of the September 15, 1996 Oil, Gas & Hydrocarbon Lease, J. Lawton and Tower Land expressly waive the favored nations clause in the August 1, 1995 Hydrocarbon Lease as to any such "Federal Leases".

J. Lawton and Tower Land do not waive the favored nations clause in the August 1, 1995 Hydrocarbon Lease for any other transaction.

Central Pines and Tower Minerals and others, as plaintiffs, have filed suit against the USA and others, as defendants, in the matter numbered CV 96-2000 on the docket of the United States District Court for the Western District of Louisiana. The object of the suit is to determine ownership, among other properties, of the mineral rights subject to the September 15, 1996 Oil, Gas & Hydrocarbon Lease. The property subject to the September 15, 1996 Oil, Gas & Hydrocarbon Lease is also the subject of a proposed mineral lease sale by the USA currently scheduled for October 24, 1996.

---

Assuming execution of the September 15, 1996 Oil, Gas & Hydrocarbon Lease and payment of the consideration therefor, Central Pines and Tower Minerals agree to take no action to enjoin or restrain the proposed lease sale, or any rescheduling of such sale. Additionally, Central Pines and Tower Minerals agree to communicate, after execution of the September 15, 1996 Oil, Gas & Hydrocarbon Lease, this decision to Jeffrey Eisenberg, an Attorney for the United States Department of Agriculture, or to other appropriate representatives of the USA.

Yours very truly,

CENTRAL PINES LAND COMPANY

By:____________________________
Thad D. Minaldi
Executive Vice President & Counsel

J. LAWTON COMPANY

By:____________________________
Thad D. Minaldi
Executive Vice President & Counsel

TOWER MINERALS COMPANY, INC.

By:____________________________
William B. Lawton, President

TOWER LAND COMPANY, INC.

By:____________________________
William B. Lawton, President

/tll