# WILLIAM B. LAWTON COMPANY, INC.

SUITE 1700
ONE LAKESHORE DRIVE
LAKE CHARLES, LOUISIANA 70629
(318) 433-0142

SUBSIDIARIES:
RIVER OAKS EXPLORATION, INC.
RAYVILLE RESOURCES, INC.
TOWER ENERGY CO., INC.
CITY CLUB OF LAKE CHARLES
LAWTON LOUISIANA, INC.

October 9, 1996

**VIA FACSIMILE AND U. S. MAIL**
**(202) 305-0506**

Mr. Bret Birdsong
U. S. Department of Justice
Environment and Natural Resource Division
P. O. Box 663
Washington, D.C. 20044-0663

**RE: Central Pines Land Company; Tower Minerals Company, Inc.; Jack E. Lawton, Jr.; Evelyn Gay Lawton Duhon; Linda Lew Lawton Drost; D, S & T, Inc.; and Drost & Brame, Inc.**
**v.**
**United States of America and Texaco Exploration and Production Inc., Sonat Exploration Company, Helmerich & Payne, Inc., Chesapeake Operating, Inc. and C.H.C. Gerard**
**No. CV 96-2000**
**United States District Court, Western District of Louisiana**

Dear Bret:

On September 26, 1996, Central Pines Land Company and Tower Minerals Company, Inc. entered into an Oil, Gas & Hydrocarbon Lease on 4,822.10 acres, more or less, T1N, R5W, and T1S, R5W, Vernon Parish, Louisiana, which property is included in the captioned lawsuit, as well as is the subject of a proposed mineral lease sale by the United States of America, currently scheduled for October 24, 1996.

We understand that the scheduled lease sale includes additional property included in the captioned lawsuit which is not included in our Oil, Gas & Hydrocarbon Lease, such property scheduled for competitive bid being identified by the U. S. Department of Interior, Bureau of Land Management as property ES 24 through ES 33.

Please be advised that with regard to the property identified above, i.e., ES 24 through ES 33, no plaintiff in the captioned case will attempt to upset or otherwise interfere with the scheduled mineral lease sale through restraining order, injunction or other judicial proceedings.

Yours very truly,

CENTRAL PINES LAND COMPANY

By: ______________________
Thad D. Minaldi
Executive Vice President & Counsel

TOWER MINERALS COMPANY, INC.

By: ______________________
William T. Drost, Vice President