AFZX-PW (420-10a) 13 March 1997

MEMORANDUM FOR RECORD

SUBJECT: SONAT Meeting – 11 March 1997

1. A meeting was held in the ERMD Conference Room on 11 March 1997 at 1300 hours, subject: SONAT. The following personnel were in attendance:

a. Dr. Ron Tomas, Office of the Garrison Commander

b. Mr. Ted L. Hammerschmidt, Deputy Director of Public Works

c. Mr. R. Ellis Smith, Chief, Engineer Plans and Services Division, Directorate of Public Works

d. Mrs. Cynthia Carter, Real Property, Directorate of Public Works

e. CPT(P) Jeff Farnsworth, Ops Group, JRTC & Fort Polk

f. Mr. Ken Johnson, Deputy G3/DPTMS, JRTC & Fort Polk

g. SFC Paul Crawford, 45th EOD, JRTC & Fort Polk

h. Mr. Wiley Clark, G3 Training, JRTC & Fort Polk

i. Mr. Barry Oswald, G3/DPTMS Range, JRTC & Fort Polk

j. Mr. Stephen Florich, Plans/EMC, JRTC & Fort Polk

k. Mr. Steve Parris, Environmental and Natural Resources Management Division, Directorate of Public Works

l. CW4 Allan Grissom, DPTMS/Installation Standards, JRTC & Fort Polk

m. CW4 Charles M. Clapp, Installation Aviation Safety, JRTC & Fort Polk

n. Ms. Deborah Hawthorne, Union Pacific Resources

o. Ms. Joy L. Rector, Union Pacific Resources

p. Mr. Jerry Fenton, Union Pacific Resources

q. Mr. John Parlier, U. S. Forest Service

r. Mr. Hunter Howell, U. S. Forest Service

700848

s. Ms. Beverly Giza, U. S. Forest Service

t. Ms. Joyce Slayter, U. S. Forest Service

u. Ms. Betty Higgins, U. S. Forest Service

v. Mr. David Jaksik, SONAT

w. Mr. Scott Adkins, SONAT

x. Mr. Kenneth Smith, SONAT

y. Mr. Jack Johnson, SONAT

z. Mr. Terry Moser, SONAT

aa. Mr. Nick Pollard, SONAT

bb. Mr. Gary Colipp, SONAT

2. Mr. Hammerschmidt introduced himself as the Deputy Director of Public Works. His review of the draft Environmental document for well 31-1 raised a few questions he would like to share with the SONAT personnel to secure resolution. He has asked for some of the DPTMS people to be at this meeting to deal with some specific issues so we can continue to move forward.

3. Discussion:

a. Mr. Hammerschmidt stated his understanding of the process from stem to stern for drilling is approximately 120 days. *He stated the trainers need to know about this timeframe so we can accommodate the needs of SONAT.

b. It was explained by Mr. Terry Moser that people will be coming and going 24 hours a day, 7 days a week and will be living on site 24 hours a day. He stated the crews will consist of approximately 20 - 30 people and other temporary employees. He stated after they produce this well, they will finish with a tree. Piping will consist of about 10 vertical sets of piping and valves immediately down range where 31-1 is located.

c. Mr. Hammerschmidt stated this area is referred to as Ranges 40-43, the tank gunnery ranges. He stated a tank shoots 120 mm projectiles and will deliver about 6500 meters. His concern is with a vertical stack of valves and how we can successfully protect it so that we don't cause something problematic to occur. Protection of the well site at 19-1 is a matter we have concern with. Inside this fan is considered an area which increases the possibility of an accident; wells 19-1, 31-1 and 21-1 are all within this fan area. Dr. Tomas stated the fan is very conservative and the probability of something happening is very high.



700849

d. Mr. Barry Oswald stated the SONAT personnel must consider ricochet and the highlighted area on the map is where the Army determines the piece of aluminum will go. Mr. Hammerschmidt stated that inside the fan is an area the Army is not willing to accept responsibility for people while training is ongoing. Mr. Nick Pollard stated this is news to the SONAT personnel.

e. Dr. Tomas stated the issue is not the Christmas tree, but what has come up as an issue is all the areas downrange in lieu of having the production facility on site. By having a remote site this does not cause many problems. The issue is the pipeline to remote sites which is safer and easier to get to.

f. Mr. Gary Colipp stated ever since we talked about 19-1 we made the decision to just leave it there and everything would be down out by the pipeline. Mr. Hammerschmidt stated a 120 mm main round going downrange can still penetrate and need to insure whatever berming is required to protect the tree is no problem. He stated the reality is with the Multiple Purpose Range Complex (MPRC) we have an underground pipeline and at what depth do we need to insure that this pipeline is buried to eliminate any risks? The answer is 10-12'. ***Mr. Barry Oswald stated it will also depend on the lay of the terrain and a terrain analysis must be done from each firing point.

g. Mr. Ken Johnson stated that if you are in an area which is being developed and the area is productive, our objective is to have the pipeline. *Mr. Gary Colipp stated within a few months SONAT will know the answer to this particular problem.

h. A discussion was held with Mr. Ellis Smith, Ms. Deborah Hawthorne and SONAT personnel concerning the pipeline on the access road. Mr. Gary Colipp stated on USA 21-1 we will probably lay the pipeline after they drill the well and will conduct a test first. He stated the test period would be a few days and this would be part of the 120-day window.

i. Mr. Hammerschmidt stated the lower the Christmas tree, the better off we will be. He also stated the lower the profile the better, and therefore the long time maintenance associated with it. *Mr. Jack Johnson stated we will work on this factor and bring it down.

j. A discussion was held about the depth of the pipeline. Mr. Hammerschmidt stated we feel like in a muddy terrain there is an opportunity for the vehicles to get stuck and then cause some failure to the pipeline. Ms. Betty Higgins stated 4' is too small and it can go from 48-50". Mr. Barry Oswald stated the MPRC started out at 7' and doubled. *Mr. Hammer-schmidt suggested that SONAT may want to relook at or relocate to a lower depth of 15' deep.

k. Dr. Tomas asked if there is a high pressure gas line, is there a difference? Mr. Jack Johnson stated wells will shut in if they take a direct hit and the gas and oil will combust. Dr. Tomas stated his big concern is if a round were to hit it and have a fire and burn itself out, then this is a safety issue.

AFZX-PW (420-10a) 13 March 1997
SUBJECT: SONAT Meeting -- 11 March 1997

l. A discussion was held about the location of the fan and 31-1. Mr. Hammerschmidt stated one alternative in the actual placement of 31-1 was to the South behind the range. Dr. Tomas stated 31-1 is not in the beaten zone. Mr. Barry Oswald stated in that area is small arms engagements. Mr. Hammerschmidt stated as a trainer taught him, a fully developed well with 19-1 making its contributions, we have to get the mission and the tanks away from 31-1. That means there are 6 - 8 tractor trailer rigs every day 24 hours a day pulling products out of 31-1 and using the all purpose road and getting it away from Fort Polk. Mr. Hammerschmidt asked how many trucks would be needed to access 31-1? Mr. David Jaksik stated about 4 - 5 trucks a day would be required for 3 - 5 years. These trucks would be transporting products on Lookout Road to 463. Dr. Tomas stated this range will be used at least 60 days a year. Dr. Tomas stated all of these issues would be eliminated if SONAT could move down and put the facility nearer Lookout Road. Dr. Tomas reiterated if they don't move, there will be massive amounts of coordination required to get a truck to the site. Mr. Ken Johnson discussed the communication required, clearance points, etc.

m. Dr. Tomas stated the intent of the Army is not to increase the costs, incur accidents or complicate the life of the SONAT personnel. He stated they can have as many Christmas trees as you can stand, as many production sites as needed but would prefer a hand full instead of dozens, while at the same time picking the right place to put them. Dr. Tomas stated if there are lots of trees and a few sites, then it is all workable. Mr. Hammerschmidt stated the end resolution is to find a readily accessible place which requires minimum coordination.

n. Mr. David Jaksik stated he is concerned about the coordination of getting people in from a safety standpoint and something we need to look at. He stated we could set up a tank and automate with the pump. The gas would then be put into the pipeline which would increase the need to get the people back up here to do maintenance work but would be easier to coordinate. He stated they would like to get somebody in there on a daily basis and initially more frequently than that. He stated it is not uncommon to have someone there 24 hours a day and then drop down to several times a day. Mr. David Jaksik stated normally the same drivers would be used so that the route would become routine to them. He stated the drivers would also be equipped with two-way radios and also have cellular phones. He asked if it would be possible to tie into the radios used by the Range Control personnel, and *SFC Crawford stated this would be looked into.

o. Mr. Hammerschmidt attempted to bring to closure these issues and if there is a possibility to produce 31-1 and offsite transfer the product, that is something we need to seriously consider. If it poses to be a war-stopper, then they need to come back to the Army to relook at the situation.

p. A discussion was held concerning well flares. Mr. Hammerschmidt stated the aviators fly 24 hours a day and they utilize night vision goggles. CW4 Grissom and Clapp explained the process by which the goggles work and they are very light sensitive. They stated when the flare blazes, the pilot would not be able to see anything. He stated aviation wise, looking at shutting down the goggles would be extremely dangerous. Dr. Tomas stated the CG



700851

accepted the risks and recognized the flares as a real concern when this was brought up about a year ago. CW4 Clapp stated once the wells are starting to be put in, a scenario can be written around the wells. Dr. Tomas stated the issue of aviation safety is of serious concern. Mr. Hammerschmidt stated he wanted to share the pilot's concern with the SONAT personnel, and if there is an opportunity to mitigate an alternate source to flare, the Army would be very interested in investigating other solutions. *Mr. David Jaksik stated the reason they have to flare is it is a requirement of DEQ but will look at this particular situation closer and see if there are any alternate ways of conducting business. CW4 Grissom stated they fly from tree limb to tree limb and as low as possible. He stated during a scenario, it is impossible to predict where a helicopter goes. *Mr. Jaksik stated they will, of course, look at ways to minimize the flare problems and will work closely with the Range Control personnel in this area.

q. Mr. Gary Colipp stated after we get approval to drill the well, who does he work with concerning the timeframe for drilling? Mr. Hammerschmidt stated the Range Control personnel should be contacted at 531-5445 for all this type information. Mr. Hammerschmidt asked if he wants this to be the formal notification of production and access to the site due North 24 hours a day, 7 days a week and Mr. Colipp stated yes. Mr. Hammerschmidt stated the SONAT personnel should always coordinate with Cynthia Carter, the DPW Real Property Section, as well as the trainers. He stated one thing which would be very beneficial is if SONAT could tell us six months out because of the fact that the scenarios are written six months out and this could be written into the scenario. Mr. Colipp stated they do not know exactly how long it will take to drill a well but will be able to give a rough estimate.

4. Mr. Gary Colipp stated he and several of the SONAT group had a few more issues to discuss separately with Mr. Hammerschmidt and Dr. Tomas.

5. Mr. Hammerschmidt adjourned the meeting at 1515 hours and reminded everyone that the goal is for everyone to work jointly together and in doing so, problems can be avoided before they occur. He stressed communication is the key for the SONAT and Union Pacific personnel with the Range Control folks. He stressed safety is a major problem and we must all work together to complete this very important mission.

Ted L. Hammerschmidt
TED L. HAMMERSCHMIDT
Deputy Director of Public Works

*Actions for SONAT:

1. Trainers need to know timeframe for drilling.

2. Lowering the Christmas tree depth or relocating.

3. Alternate ways other than flaring to minimize aviation problems.

**Actions for EOD:

1. Tie in SONAT and Range Control radios.

***Actions for DPTM:

1. What depth is pipeline to be buried to eliminate risks?



700853