Fog Range

AFZX-GT

23 July 97

MEMORANDUM FOR DPW

SUBJECT: Offers to Lease Government Property

1. Reference Memorandum AFZX-PW-PP, dated 14 Jul, SAB (copy at Enclosure 1).

2. It is obvious that any oil exploration activities in or around Family Housing, Troop Housing, The Light Industrial Zone and/or Red Leg Impact Area would seriously impact on overall installation operations, our families and our customers.

3. With focus on the Red Leg Impact Area (RLIA), the following factors must be considered:

a. By definition, this impact area is, and has been, off limits to personnel and/or vehicle surface activities. Additionally, no digging in that zone is allowed due to unexploded ordnance (surface and subsurface). RLIA was established o/a 1977, and all types of dud producing munitions have been fired into that area. Any effort to surface and subsurface clear that zone for oil exploration would be extremely unsafe, and expensive.

b. Any oil exploration activities in or around the RLIA zone would close a number of ranges/training areas that have Surface Danger Zones (SDZ's) oriented into RLIA. This would severely impact the training and readiness of assigned units and supported Reserve Component units. Additionally, oil exploration activities on or near RLIA would seriously impact on Operations Group's use of the Zion Hills area as rotational unit maneuver space and/or Live Fire areas. Enclosure 2 provides further information on exploration in impact areas.

4. Since this action involves and/or would concern a number of other Directors and special staff, it is recommended that input be obtained from SJA, Safety, PMO, DOL, PAO, DCFA, Ops Gp, and MSC Cdrs before a final response is drafted.

STEPHEN M. SITTNICK
LTC, IN
G3/DPTMS

2 Encls
as

CF:
GC

705527