EXHIBIT
6

SPECIAL STIPULATIONS
Fort Polk, Louisiana

1. The military mission of Fort Polk supersedes all other land uses. The mineral owner's rights of mineral exploration and development are subordinate to the accomplishment of the military mission.

2. Mineral exploration and development of the land in restricted impact areas are prohibited, however, these lands may be explored and produced by directional drilling from outside the impact areas, and mineral rights and production under the impact area may be pooled or unitized.

3. The principal mineral owner, his lessees or assigns, is permitted to drill only one well per calendar year. Drilling of additional wells or multiple wells from a common location may, at the discretion of the Installation Commander, be permitted. Said permission must be in writing.

4. The mineral lessee or operator will hold the United States of America, its agents, employees and contractors, harmless against any and all causes of action resulting from personal injury or property damages sustained by reason of any mineral exploration, development or related activities carried on within military installation.

5. Any mineral lessee or operator prior to commencing mineral explorations will obtain approval from the Installation Commander of Fort Polk, concerning the following: Ingress and egress; the location of each selected site; burial of the oil and gas flow lines to a sufficient depth so as to not interfere with military operations; posting the signs around the well site and at intervals along the length of the flow line; and burial of the wellhead and equipment in underground bunkers or in such manner as the Installation Commander of Fort Polk might require. The mineral lessee or operator shall locate any storage facilities to be used in exploration production, and development of their well or wells outside the military installation.

6. Any mineral lessee or operator shall be responsible for the following; Complying with all Environmental Protection Agency Regulations; capping all dry holes in accordance with the rules and regulations of the Department of Conservation or other authorities of the State of Louisiana; restoring the surface of the drilling site after a well has been abandoned or shut-in as near as practicable to its original conditions; and posting a performance bond in the sum of one hundred thousand dollars ($100,000) with the Installation Commander and carrying liability insurance in the sum of one million dollars ($1,000,000) for the protection of the United States of America.

7. That the United States reserves the right to use the land jointly with the lessee in connection with the construction, operation and maintenance of the government project and to place improvements thereon or to remove materials therefrom, including sand and gravel and other construction material, as may be necessary in connection with such work, and the lessee shall not interfere, in any such manner, with such work or do any act which may increase the cost of performing such work. If the cost of the work performed by the Government, at and in connection with the project, including work performed on lands outside

the property included in the lease, is made more expensive by reason of improvements constructed on the leased property by the lessee, the lessee shall pay to the United State money in the amount as estimated by the Chief of Engineers sufficient to compensate for the additional expense involved.

8. The Installation Environmental/Energy Control Division (EECD) will conduct an on-the-ground review of the site to evaluate the environmental impacts of drilling activities on:

a. Ecological types of the area to be traversed.

b. Habitats of endangered or threatened species.

c. Historical sites.

d. Drainage and erosion potential.

e. Merchantable timber.

f. Quality of water in nearby streams.

9. Pre-operational procedures requires that the operator furnish locations of proposed roads, drilling site, pit locations and site restoration plan to the Installations Real Property Office (RPO) of the Directorate of Engineering and Housing (DEH). The operator shall arrange for an archaeological survey of the proposed drilling sites, roads and pipelines (when and if requested). The archaeological survey shall be conducted by a professional archaeologist who is acceptable to the Installation EECD. Before a drilling permit may be issued, the RPO will determine compatibility of the site with existing land use and with the Master Plan Program.

10. The significance of any archaeological site (s) found by the archaeologist shall be evaluated by the EECD in the context of the overall culture resource management objectives of the installation. The decision to relocate because of adverse impact on an archaeological site will be based on their evaluation. Should a permit be granted to drill on the proposed site, the operator and representatives of the RPO and EECD shall meet in a "Pre-operational Conference" to discuss permit specifications, occupancy, potential adverse environmental impacts, precautionary measures, contingency plans, water quality monitoring/reporting requirements, and road/bridge maintenance.

11. Construction of access roads, drill pad, and reserve pit will commence after receipt by operators of written notice from RPO, DEH, specifying the date after which construction can start. Drilling equipment will not be moved onto the site until EECD and RPO has inspected for compliance with item 12 and provided the operator with written approval. Rig erection will not commence until the EECD has inspected the drill pad and reserve pit, and provided the operator with written approval.

12. All drilling activities will be in accordance with the rules and regulations as established by the Louisiana Department of Conservation and the following specifications:

a. DEH will provide the specifications for temporary and permanent roads. The operator will not begin construction of roads until the DEH has provided a notice to proceed.

b. Bulldozer clearing for drilling site, road, or pipeline right-of-way will be kept to a minimum practical width. Disposal of the material removed during the clearing and grubbing operations will be accomplished prior to construction of pads and reserve pit. Clearing and soil disturbance will be held to the minimum areas required for the drilling operation. Top soil will be stock piled for site restoration in accordance with item 19.

c. Merchantable timber cleaned from the road, pipeline rights-of way or drill site, will be disposed of as required by DEH. Merchantable price timber is any sound material with a minimum diameter of four (4) inches outside the bark. Merchantable hardwood is any sound material with a minimum diameter of five (5) inches outside the bark. Brush will be lapped and scattered. Stumps will be turned so the exposed earth does not face the road.

d. The operator will establish a contingency plan that will cover unexpected events that could endanger health and environment. This plan will indicate areas of responsibility and necessary actions in the event of reserve pit breakdowns, gas and oil leaks or spills, fires, etc. Should the drilling be planned within or approximate to a residential area, the contingency plan will be approved by the Fire Prevention and Protection Division, MEDDAC and EECD. (The EECD will coordinate staffing concurrence.).

e. The operator use of Off Road Vehicles (ORV) on pipeline rights-of-way will be monitored to determine if soil erosion and water pollution occurs. Soil erosion, water pollution or other incompatible resource damages that might result from ORV use will be controlled. Control measures, if necessary, will be by installing erosion control structures or by restricting or closing off from use of those areas when such damages are occurring. Pipeline trenches will be back filled in such a manner to compensate for settling and compaction of the fill material.

13. If a producing oil/gas well is established the following shall be complied with:

a. The operator will be required to enter into a road maintenance agreement for those Army system roads utilized during the exploration and development of this mineral resource if the intensity of use by the operator warrants such.

b. All wellhead valves will be locked or otherwise blocked so they cannot be opened by unauthorized personnel until the well is placed on a pipeline.

c. The right-of-way for any temporary pipeline (fuel line or water line) from a well or existing pipeline that crosses Army land must be approved by the DEH. As a minimum, this fuel line will be kept away from a traveled roadway, i.e. located at the toe of a fill slope or above the cut slope. Before laying any fuel line, an application must be filed with the DEH indicating the path the line will follow, the specifications for pipe and fittings to be used, and the working pressure of the line. Every effort will be made to locate pipeline and access routes in existing utility and road corridors.

d. The blowout line leading to the reserve pit that is used to burn the gas from the well or drilling fluid will be located so as not to damage vegetation outside the closed area or otherwise present a fire hazard.

14. Chemical wastes, including lubricants and fuels drained or spilled from equipment and salt water produced with oil and gas will be collected and stored in containers that will prevent pollution and will be removed from the government land and disposed in accordance with federal, state and local regulations.

15. Tanks shall be provided for containing all fluid produced in well tests. No test fluid will be discharged into earthen pits.

16. Lessee or operator shall arrange for monitoring of water quality of the water in the reserve pit and any nearby streams that are potential receivers of discharge from the site. The EECD shall approve the independent laboratory that will collect and analyze samples. Collection times and points shall be approved by the EECD. Test results shall be furnished to the operator and the EECD.

17. The EECD may inspect reserve pits after storm events. Unannounced inspections will not interfere with drilling operations. The reserve pit shall be sufficiently large to accommodate a 24 hour rainfall of six (6) inches. A secondary dike shall be constructed if required by EECD. All liquid remaining in the reserve pits will be disposed of "off-site" in accordance with State and Federal Regulations.

18. Operators will control their activities to approved work areas. The operator will not remove, cut, deface, injure, or destroy land resources including trees, shrubs, vines, grasses, top soil and land forms outside the approved work areas. Cables, ropes or guys will not be attached to any trees for anchorage.

19. After completion of drilling operations, the operator will remove all drilling equipment and debris from the site. Facilities not required for production, such as roads, dikes, pits, drilling, work area, foundations, structures, etc., will be removed or obliterated. Restoration of the site will be in accordance with the "site restoration plan" submitted to RPO (see item 9). Disturbed areas shall be disked, graded, and filled as required, topsoil spread to a depth of six (6) inches, over the entire area and the entire disturbed sprigged, seeded, or sodded. The operator will maintain the area free of erosion until the vegetative cover is re-established. Restoration to original contours is not required; however, excavation and tilling will be required to restore the area to near natural conditions.

20. All areas within 2000 feet of any major structure, including, but not limited to, dams, spillways or embankments, are restricted areas. The lessee, his operators, agents, or employees shall not utilize the surface of any restricted area for any purpose.

21. The operator, EECD and RPO shall meet in a "Post Operational Conference" to discuss the manner in which the operation was conducted and to consider methods of improving environmental protection during drilling operations. A release document will be signed by the EECD and the operator, relieving the operator of further responsibility for environmental degradation.