IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.,** **Plaintiffs,** | **No. 98-314 L** |
| **versus** | **Chief Judge Edward J. Damich** |
| **THE UNITED STATES,** **Defendant** | |

# AFFIDAVIT OF A. J. GRAY, III

Before me the undersigned authority personally came and appeared A. J. Gray, III, an individual resident of Calcasieu Parish, Louisiana, who being first duly sworn, did depose and say:

Affiant is 63 years of age. He has been licensed to practice law in the State of Louisiana and the related federal courts since 1967, or approximately 40 years.

Commencing in 1971, Affiant began practicing law in Lake Charles, Louisiana with a firm named at that time, Camp, Carmouche, Palmer, Carwile and Barsh. In 1971, Affiant was introduced to Wm. T. Burton, a client of the law firm, and his grandsons Jack E. Lawton, Sr. and William B. Lawton.

John C. Camp assigned work to Affiant relating to Wm. T. Burton and his family. Over the ensuing 35 years Affiant became intimately familiar with virtually all legal aspects of the Burton family. Over the years, representation of the Burton - Lawton family has comprised a substantial portion of Affiant's practice.

Affiant is personally familiar with virtually all business activities of the Burton - Lawton family.

Affiant is personally familiar with the business records of the Burton - Lawton family. On numerous occasions, Affiant's work has required him to search and study Burton records going back in excess of 80 years.

As an attorney of record in these proceedings as well as in the Prior Lawsuit, Affiant is familiar with the documents discovered and the facts developed. Affiant is familiar with the allegations relating to a "defacto" moratorium, military activities on Fort Polk, and the alleged contamination of Fort Polk.

As confirmed in Plaintiffs answers to interrogatories propounded by Defendant in these proceedings, Affiant knows of his own personal knowledge that no Plaintiff in these proceedings attempted to develop minerals on Group C lands or to otherwise access Group C lands between 1978 and 1995.

Affiant has personal knowledge that all documents identified in these proceedings purporting to be internal documents the United States were discovered subsequent to 1995 by Plaintiffs in connection with either these proceedings or in connection with the Prior Lawsuit.

**Signatures on following page**

*

*

*

*

THUS DONE AND SIGNED on this 13th day of February, 2007 at Lake Charles, Calcasieu Parish, Louisiana before me, Notary, and the undersigned competent witnesses.

WITNESSES:

A. J. GRAY, III

[Print Witness Name]

Cathy Papillion

Deborah Vinson

[Print Witness Name]

NOTARY PUBLIC

*My commission expires at death.*

[Print Notary Name and Identification Number]

Cynthia P. Honore'
Notary ID #6884
Commission Expires At Death