UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CENTRAL PINES LAND COMPANY, ET AL., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. 98-314 L |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

COPY

DEPOSITION OF STEVEN DIXON

TAKEN ON BEHALF OF THE DEFENDANT

IN OKLAHOMA CITY, OKLAHOMA

ON JULY 18, 2006

REPORTED BY: ELIZABETH CAUDILL, CSR, RMR, CRR

D&R REPORTING & VIDEO, INC.

ROBINSON RENAISSANCE
119 N. Robinson, Suite 650
Oklahoma City, Oklahoma 73102
405-235-4106

MID-CONTINENT TOWER
401 South Boston, Suite 310
Tulsa, Oklahoma 74103
918-599-0507

depo@drreporting.com

Q So if you don't remember being at the meeting, you probably don't remember what happened at the meeting either, then?

A No, sir, I do not.

Q So if you were reading that memo now, you'd be in the same position as me in trying to determine what happened at the meeting and that the only thing you'd have is the memo?

A Yes, sir.

Q Let's go back to the area we see on these maps. Do you remember -- let me back up.

Was Chesapeake interested in taking leases in this area?

A Yes.

Q Okay. Why?

A To drill horizontal wells for the Austin Chalk.

Q Chesapeake had an Austin Chalk program in place?

A Uh-huh.

Q Can you describe what that program was?

A Well, we -- I don't know what our maximum number was, but we had a number of drilling rigs that were drilling in Rapides, Vernon, back further east and west, but primarily

concentrating in those two parishes, and drilling wells and producing oil and gas.

Q Chesapeake made a determination that this area was prospective for the Chalk?

A Yes, sir.

Q Okay. And did Chesapeake purchase leases in this area?

A Uh-huh.

Q Do you remember where those leases were?

A Not specific leases, but kind of in this band. I mean, most of it was back over this direction. We didn't own a whole lot of this, but some scattered interests in here.

Q Okay. When you're referring to a band, what are you referring to?

A Well, it was the -- where we thought that the Austin Chalk would be most productive.

Q Okay. And where is that in relation to the fort?

A Well, from my memory, I think most of it was probably south of the fort or on the -- certainly on the south end of it. So kind of a swath about a township or township and a half wide, a little band that cut across.

C E R T I F I C A T E

STATE OF OKLAHOMA )
) SS:
COUNTY OF OKLAHOMA )

I, ELIZABETH CAUDILL, CSR in and for the State of Oklahoma, certify that STEVEN DIXON was by me sworn to testify the truth; that the above and foregoing deposition was taken by me in stenotype and thereafter transcribed and is a true and correct transcript of the testimony of the witness; that the deposition was taken on JULY 18, 2006 at 1:00 p.m. in Oklahoma City, Oklahoma; that I am not an attorney for or a relative of either party, or otherwise interested in this action.

Witness my hand and seal of office on this 25th day of July , 2006.

Oklahoma Cer...
Certificate ...
Exp. Date: December 31, 2006

ELIZABETH CAUDILL, CSR, RMR, CRR
CSR No. 161