IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CENTRAL PINES LAND COMPANY, ET AL., | ) | |
| Plaintiffs, | ) | |
| VS. | ) | NO.: 98-314 L |
| THE UNITED STATES OF AMERICA, | ) | Hon. Edward J. Damich |
| Defendants. | ) | |

-----------------------------------

ORAL DEPOSITION OF

DARIN ZANOVICH

MAY 24, 2006

VOLUME 1

-----------------------------------

ORAL DEPOSITION OF DARIN ZANOVICH, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on MAY 24, 2006 from 1:33 p.m. to 3:04 p.m., before Donna J. Crutcher, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Swift Energy Company, 16825 Northchase Drive, Suite 500, Houston, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

NMA COPY

an asset that it had in its portfolio, because of the United States.

Q. And what is it, in your opinion, that the United States did?

A. The restrictions on access to either drill or shoot seismic on Swift's Fort Polk mineral position, limited restrictions on how you could drill or access the fort lands out -- the surface to the lands out there. 02:31PM

Q. And what were those restrictions? 02:32PM

A. Well, I believe there's a memo -- or one of the exhibits, which is -- I never had -- I never saw any of the responses from the fort, that I recall. And these special stipulations here, which is Exhibit 6, would make it nearly impossible for a company to want to drill or have operations on these lands with these stipulations. 02:32PM

Q. And this -- you got this letter from Mr. O'Neal; is that right?

A. I either got this letter from Mr. O'Neal, whenever he went to the military base, or I got it from Jeff Townsend, our attorney. I can't recall exactly where I got it. 02:32PM

Q. And Jeff Townsend -- Okay.

A. I may have gotten it from both places, 02:33PM

STATE OF TEXAS )
COUNTY OF HARRIS )

I, Donna J. Crutcher, a certified shorthand reporter, hereby certify that the foregoing testimony was given before me after the witness had been first duly sworn.

I further certify that I prepared this transcript and that the foregoing pages constitute a complete and correct copy of the transcript of the proceedings.

I further certify that I am not related to or employed by any of the parties hereto, or their counsel, and that I am not in any way interested in the outcome of this matter.

Certified to by me this ______ day of ____________________, 2006.

Donna J. Crutcher, Texas CSR 6426
Expiration Date: December 31, 2007
Firm Registration No. 243
5300 Memorial Drive, Suite 600
Houston, Texas 77007
(713) 681-0203