**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CENTRAL PINES LAND COMPANY, ET AL. | ) | |
| Plaintiffs, | ) | No. 98-314 L |
| vs. | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6.1, Defendant, United States of America, respectfully submits this unopposed motion to extend time to file a Reply in Support of Defendant's Motion for Summary Judgment. Defendant filed a motion for summary judgment on December 15, 2006. Plaintiffs filed an opposition to Defendant's motion on February 14, 2007. Plaintiffs' response was timely pursuant to this Court's scheduling order. Defendant's reply is currently due February 28, 2007, pursuant to RCFC 7.2(c). Defendant respectfully requests an extension of fourteen (14) days until March 14, 2007. This is the first such request.

This case has a complicated factual history and Plaintiffs' opposition includes over fifty exhibits. Defendant needs additional time to review these materials and prepare a Reply brief. In addition, Defendant's counsel has had to respond to an unanticipated motion for a preliminary injunction in a separate case. This motion for preliminary injunction is pending and Defendant must file additional briefs by March 5, 2006. Defendant has discussed this requested extension with Plaintiffs' counsel, and Plaintiffs' counsel stated that Plaintiffs are unopposed.

Dated: February 22, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Alex Kriegsman*

ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 663

Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 305-0506

CAPT. JAMES N. HEWITT
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tel: (703) 696-1596
Fax: (703) 696-2940

MATTHEW A. TILDEN, ESQ.
Office of the General Counsel
U.S. Department of Agriculture
1718 Peachtree Road, NW - Suite 576
Atlanta, GA 30309-2409
Tel. 404-347-1086
Fax. 404-347-1065

DENNIS DAUGHERTY
Attorney
Department of the Interior
Office of the Solicitor
Division of Mineral Resources
Branch of Onshore Minerals
1849 C St., N.W., Rm 6312
Washington, DC 20240
Tel: (202) 208-5038
Fax: (202) 208-2225

ATTORNEYS FOR DEFENDANT