EXHIBIT
54

Taken on: **May 23, 2006**

Deposition of: **Mel Fife**

# Deposition of:

# **Mel Fife**

In the case of:

# **Central Pines Land Co., et al vs. The United States of America**

Taken on:
**May 23, 2006**

*KAUFMAN, HOFFMAN, TAYLOR, WYATT & D'ARCOURT*
*Phone: 800-503-2274*
*Fax: 337-234-0715*
http://www.kaufmanandassociates.com

MR. KRIEGSMAN: Thanks.
A. I had a broker that was working for me out of Alexandria, Joe McGinty, and he had several people in here combing back through all the records. You know, "If you can find a hundred acre tract that somebody missed we'll buy it." And so he was doing that.
Yeah. There's Joe McGinty, Jr.'s card.
MR. GRAY: He came to the meeting.
A. So I had Joe take his people and totally surround this place, all this blue. "Find me a five-acre tract. Belfer wants the lease." You know, "It puts the screws to Aubrey. This is a" --
BY MR. KRIEGSMAN:
**Q. Aubrey is with Chesapeake?**
A. McClendon, yeah --
**Q. Okay.**
A. -- with Chesapeake. You know, "We've got to do this." And there was just no way. There was no land out here that was for sale, no way that we could get any access. And the Army said absolutely not about coming on the place itself.
**Q. Now, if the goal was just to kind of break up Chesapeake's leases, why not just lease it anyway?**

**the Army. You said there was no written communications?**

A. I don't think so. I don't recall ever -- I know I don't recall ever writing anything and sending it to them and I don't recall ever receiving anything from them.

Q. **And, as we discussed, when you met with the Army you didn't -- you had not purchased the lease at that time?**

A. Right.

Q. **You were considering purchasing the lease?**

A. Yeah. And they were -- you know, the Lawtons were aware that we weren't just going to do it, that we were going to be reasonably intelligent about it and go make sure that we could get access before we paid them whatever it was, 4 or $5 million.

Q. **So would you say that because you didn't have the lease yet that meeting with the Army was more of an informal meeting?**

A. Yeah. It was for us to find out what we could and what we couldn't do.

Q. **It was an informal meeting?**

A. Yeah.

MR. KRIEGSMAN: I think we're just

about done. I just want to consult with my colleague here so we'll take a quick break.

(A brief recess was taken from 4:19 to 4:22.)

BY MR. KRIEGSMAN:

**Q. Okay. We're almost done, Mr. Fife. I just want to ask a couple other things.**

**So after you had that meeting with the Army you reported back to Mr. Belfer and you told him it wasn't going to work, you didn't think you could get access?**

A. Correct.

**Q. How did the discussion transpire? Did Mr. Belfer -- did he consider the option of taking the lease anyway and fighting the Army or --**

A. No, I don't think that that was ever an option. There were too many other good leases to buy without having to jack around with the Army, you know. And by the time you get -- by the time you got through all the red tape it would have cost you a fortune, you know. And I think that that was pretty obvious to he and I both. And the people in Washington told him the same thing, it's just not going to happen.

And, like I said, he was very disappointed,

C E R T I F I C A T E

This certification is valid only for a transcript accompanied by my original signature and blue official seal on this page.

I, DEIDRE D. JURANKA, RPR, Certificate No. 21001, Certified Court Reporter in good standing with the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that MEL FIFE, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto affixed my signature at Lake Charles, Louisiana, this the 31st day of May, 2006.

OFFICIAL SEAL
DEIDRE D. JURANKA
Certified Court Reporter
In and for the State of Louisiana
Certificate Number 21001
Certificate expires 12-31-06