**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CENTRAL PINES LAND COMPANY, ET AL. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 98-314 L |
| | ) | |
| vs. | ) | |
| | ) | Chief Judge Edward J. Damich |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**DEFENDANT'S MOTION TO STRIKE PLAINTIFFS' SUR-REPLY**

Defendant, United States of America, respectfully submits this motion to strike Plaintiffs' sur-reply. On March 21, 2007, Plaintiffs filed a sur-reply to Defendant's reply in support of motion for summary judgment. Plaintiffs claim to file this pleading pursuant to Rule 7.2(b) of the United States Court of Federal Claims. However, Rule 7.2(b) does not permit Plaintiffs' filing. Plaintiffs' did not obtain leave of Court, and this sur-reply is not permitted by the Rules of the Court of Federal Claims. Accordingly, Plaintiffs' sur-reply should be stricken.

Dated: March 23, 2007

Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Alex Kriegsman*

ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
U.S. Department of Justice
P.O. Box 663

Washington, D.C. 20044-0663
Tel: (202) 305-3022
Fax: (202) 305-0506

CAPT. JAMES N. HEWITT
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837
Tel: (703) 696-1596
Fax: (703) 696-2940

MATTHEW A. TILDEN, ESQ.
Office of the General Counsel
U.S. Department of Agriculture
1718 Peachtree Road, NW - Suite 576
Atlanta, GA 30309-2409
Tel. 404-347-1086
Fax. 404-347-1065

DENNIS DAUGHERTY
Assistant Solicitor
Department of the Interior
Office of the Solicitor
Division of Mineral Resources
Branch of Petroleum Resources
1849 C St., N.W., Rm 6312
Washington, DC 20240
Tel: (202) 208-5038
Fax: (202) 208-2225

ATTORNEYS FOR DEFENDANT