# In the United States Court of Federal Claims

No. 98-314 L
(Filed: March 26, 2007)

****************************************
CENTRAL PINES LAND COMPANY, et al., *
Plaintiffs, *
v. *
THE UNITED STATES, *
Defendant. *
****************************************

## ORDER

On March 21, 2007, Plaintiffs submitted a "Sur-Reply to Defendant's Reply," regarding Defendant's Motion for Summary Judgment. Plaintiffs additionally submitted, on the same date, a "Reply to Defendant's Response to Plaintiffs' Proposed Findings of Uncontroverted Fact." However, as Defendant points out in its Motion to Strike Plaintiffs' Sur-Reply, filed on March 23, 2007, there is no provision in the Rules of the Court of Federal Claims for a sur-reply to be filed. Moreover, there is no provision in the Court's Rules for filing a reply to proposed findings of uncontroverted fact. Accordingly, the Court GRANTS Defendant's Motion to Strike and hereby STRIKES both submissions, Docket Numbers 94 and 95, from the record.

Should Plaintiffs believe there are extraordinary reasons to allow for additional briefing on Defendant's Motion for Summary Judgment that is not provided for by the Court's Rules, they shall move for leave of the Court, on or before **April 2, 2007**, to file one or both of the above documents. Plaintiffs' motion shall articulate, with specificity, the reasons why the Court should permit the filing of either document and how the Plaintiffs would otherwise be harmed if the Court does not allow it to be filed.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge