**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.** ) | | |
| **Plaintiffs,** ) | | |
| ) | **No. 98-314 L** | |
| **versus** ) | | |
| ) | **Chief Judge Edward J. Damich** | |
| **THE UNITED STATES,** ) | | |
| **Defendant** ) | | |

**O R D E R**

Considering the foregoing Motion For Leave To File Reply To Defendant's Response To Plaintiffs' Proposed Findings Of Uncontroverted Fact In Opposition To Defendant's Motion For Summary Judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Central Pines Land Company, L.L.C., Jack E. Lawton, Sr., Jack E. Lawton, Jr., Tower Minerals Company, L.L.C., William B. Lawton Company, L.L.C., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, D, S & T, Inc., and Drost & Brame, Inc. be, and hereby is, GRANTED leave to file their Reply To Defendant's Response To Plaintiffs' Proposed Findings Of Uncontroverted Fact In Opposition To Defendant's Motion For Summary Judgment.

Washington, D.C., this ____ day of ________________, 2007.

______________________________
HONORABLE EDWARD J. DAMICH