**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.** Plaintiffs, | ) | |
| versus | ) | **No. 98-314 L** |
| **THE UNITED STATES,** Defendant | ) | **Chief Judge Edward J. Damich** |

**MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Central Pines Land Company, L.L.C., Jack E. Lawton, Sr., Jack E. Lawton, Jr., Tower Minerals Company, L.L.C., William B. Lawton Company, L.L.C., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, D, S & T, Inc., and Drost & Brame, Inc., (collectively "Plaintiffs") hereby move for leave to file the attached Sur-Reply To Defendant's Reply In Support Of Motion For Summary Judgment.

1.

Defendant filed its Motion For Summary Judgment based upon a very narrow interpretation of the case. Defendant did not file a Statement Of Questions Involved nor a Statement Of The Case, both of which are required by RCFC 5.2(a)(1). Defendant's Proposed Findings Of Uncontroverted Fact In Support Of Defendant's Motion For Summary Judgment contained only ten proposed findings.

2.

In accordance with RCFC 5.2(a)(2), Plaintiffs' Opposition To Defendant's Motion For

Summary Judgment included both a Statement Of Questions Involved and a Statement Of The Case. Plaintiffs' Statement Of Questions Involved identified twenty (20) separately numbered questions. Similarly, Plaintiffs' Proposed Findings Of Uncontroverted Fact In Opposition To Defendant's Motion For Summary Judgment contained fifty-four (54) separately numbered and supported proposed findings. Plaintiffs' proposed findings were supported by fifty-two (52) exhibits including excerpts from ten (10) depositions taken by Defendant.

3.

Defendant's Reply In Support Of Motion For Summary Judgment did not dispute either Plaintiffs' Statement Of Questions Involved or Plaintiffs' Statement Of The Case. In its Reply, Defendant, for the first time, briefed issues relevant to its Motion For Summary Judgment.

4.

Plaintiffs' Sur-Reply is, in effect, a reply to issues which should have been before the Court in Defendant's original filing. Unless Plaintiffs are permitted to file their Sur-Reply, the Court will not have a proper appreciation of Plaintiffs' position on relevant issues.

5.

This situation is extraordinary because, absent Plaintiffs' Sur-Reply, there will be no reply or response to positions taken by Defendant for the first time in its Reply.

Respectfully submitted,

THE GRAY LAW FIRM (APLC)

BY: /s/ A. J. GRAY, III

A. J. GRAY, III (#6253)
P. O. Box 1467
Lake Charles, LA 70602-1467
(337) 494-0694
(337) 494-0697 (Fax)

**Attorneys for Central Pines Land Company, L.L.C., Jack E. Lawton, Sr., Jack E. Lawton, Jr., Tower Minerals Company, L.L.C., William B. Lawton Company, L.L.C., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, D, S & T, Inc., and Drost & Brame, Inc.**

**CERTIFICATE OF SERVICE**

I certify that the foregoing Motion For Leave To File Plaintiffs' Sur-Reply To Defendant's Reply In Support Of Motin For Summary Judgment was served on the following counsel of record by first class mail, postage prepaid:

Alex Kriegsman
United States Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
601 D Street, N.W., Room 3814
Washington, D.C. 20004

Terry Petrie
Natural Resources Section
Environment and Natural Resources Division
US. Department of Justice
999 18th Street
Suite 945, North Tower
Denver, CO 80202

LTC Michael D. Graham
Litigation Attorney
U.S. Army Environmental Law Division
901 N. Stuart Street, Suite 400
Arlington, VA 22203-1837

on this 28th day of March, 2007.

/s/ A. J. GRAY, III
**A. J. GRAY, III**