**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **CENTRAL PINES LAND COMPANY, ET AL.**<br>**Plaintiffs,**<br>**versus**<br>**THE UNITED STATES,**<br>**Defendant** | **No. 98-314 L**<br>**Chief Judge Edward J. Damich** |

**ORDER**

Considering the foregoing Motion For Leave To File Sur-Reply To Defendant's Reply In Support Of Motion For Summary Judgment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Central Pines Land Company, L.L.C., Jack E. Lawton, Sr., Jack E. Lawton, Jr., Tower Minerals Company, L.L.C., William B. Lawton Company, L.L.C., Linda Lew Lawton Drost, Evelyn Gay Lawton Duhon, D, S & T, Inc., and Drost & Brame, Inc. be, and hereby is, GRANTED leave to file their Sur-Reply To Defendant's Reply In Support Of Motion For Summary Judgment.

Washington, D.C., this ____ day of _________________, 2007.

_________________________________
HONORABLE EDWARD J. DAMICH