EXHIBIT 53

# JACK LAWTON, INC.

WILLIAM T. BURTON (1884-1974)
JACK EDWARD LAWTON
CHAIRMAN AND CEO
JACK E. LAWTON, JR.
PRESIDENT
THAD D. MINALDI
EXECUTIVE VICE PRESIDENT AND COUNSEL
S. GLENN GAY
SECRETARY

SUBSIDIARIES:
LAWTON OIL COMPANY
BEX GAS GATHERING, INC.
J. LAWTON CO.
SOUTHERN OAKS, INC.
PINE RIDGE AVIATION, INC.

April 8, 1996

Mr. Tom L. Ward
Chesapeake Operating, Inc.
P.O. Box 18496
Oklahoma City, OK 73154-0496

Re: Lawton Mineral Rights-Artillery Range & Kisatchie National Forest

Dear Tom:

This correspondence follows your telephone call to the undersigned on March 19, 1996. In this telephone conversation you indicated your company's interest in leasing Lawton mineral rights on certain United States of America lands in T1N-R5W, the federal lease sale for which had been cancelled. You stated your company would lease the mineral rights under 2 alternatives:

a. Your company would lease the mineral rights on the same terms as the August 1, 1995 Hydrocarbon Lease with J. Lawton Company and Tower Land Company, Inc., thereby avoiding, as you described it, a triggering of the most favorite nations clause of said Hydrocarbon Lease; or

b. Your company would lease the mineral rights on terms better than the above described Hydrocarbon Lease, because, as you described it, times were a little better for your company, if the Lawton companies would waive the most favorite nations clause of said Hydrocarbon Lease solely for this new lease on Lawton mineral rights.

In said telephone conversation the undersigned informed you that we were speaking with other parties about leasing these mineral rights. (Please note that this still is the situation.)

The Lawton companies would consider waiving the most favorite nations clause of the August 1, 1995 Hydrocarbon Lease, only insofar as the execution of a lease of Lawton mineral rights for the lands highlighted in blue on Exhibit "B", if the terms for such new lease merit such a waiver. What terms did you have in mind?

Sincerely,

J. LAWTON COMPANY

Thad D. Minaldi, Exec. Vice President


EXHIBIT "B"
TRACT C
LOUISIANA
STATE INDEX
VICINITY MAP
SHEET INDEX
R 6 W
R 5 W
T 1 N
T 1 S
KISATCHIE
NATIONAL
FOREST
MATCH LINE SHEET NO. 1
MILITARY HIGHWAY
CAMP POLK
GAS PIPE LINE TO LEESVILLE
REAL ESTATE
MILITARY RESERVATION
FORT POLK
EASTERN PORTION
GAS LINE-HIGHWAY-RAILROAD
APPROVED BY:
DATE: