EXHIBIT 55

# Deposition of

**DR. RONALD N. TOMAS**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

CENTRAL PINES LAND COMPANY; TOWER MINERALS COMPANY, INC.; JACK E. LAWTON, JR.; EVELYN GAY LAWTON DUHON; LINDA LEW LAWTON DROST; D, S & T, INC., and DROST & BRAME, INC.
Plaintiffs

CIVIL ACTION

NO. CV 96-2000

VERSUS

UNITED STATES OF AMERICA
and
TEXACO EXPLORATION AND PRODUCTION INC.; SONAT EXPLORATION COMPANY, HELMERICH & PAYNE, INC., and CHESAPEAKE OPERATING, INC.
Defendants

JUDGE JAMES T. TRIMBLE, JR.

MAGISTRATE JUDGE WILSON

April 15, 1998
9:35 a.m.

COPY

*Offices of*

Building 407
JAG Office
Fort Polk Army Base
Fort Polk, Louisiana

**Lake Charles Reporting Service, Inc.**
P.O. Box 4969
Lake Charles, LA 70606-4969
(318) 478-9637

those to an absolute minimum because once you create one of those areas it is very difficult to ever clean it up and make it available. So a conscious effort is to minimize the number of areas that have duds in them -- tank ranges. When we fire the tank rangers, we very seldom, if ever, fire high explosive rounds. They fire a training round which is simply an aluminum tip that will hit the target and knock it down, but once it goes through the target and falls on the ground, it's a piece of aluminum. Artillery and the mortars are the ones that produce most of the dud-producing ordnance. That's why we have the Redleg Artillery Impact area and it is full of unexploded ordnance, very dangerous to go in there. We don't allow artillery to fire anywhere else. The only other place we allow artillery to fire right now is -- if I had the map of Peason Ridge -- would be where the live fire complex is that supports the JRTC. There have been some designated areas identified for artillery rounds to impact.

So you may have been misled in that because we do a lot of firing does not mean we are firing dud-producing ordnance. The bulk of -- if there is ordnance that we find in others -- and we stumble



FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

across stuff periodically -- it's from way -- times past. It has not been since the 5th I.D. has been at Fort Polk, since I've been here in '75. We do not put dud-producing ordnance in areas that we can't go clean them up and make sure that they are going in the right place.

Now prior to that primarily during World War II, essentially the Korean War, there were places where they weren't as regimented perhaps; you know, we didn't have environmental stuff, all the things that we have now. And there are places where you will find erosion just from rain, will sometimes wash up an old round. When we find them, we send people out. They mark it. Our EOD specialists go out and they look at it and they say "it's an inert round" or "it's a dud." If it's a dud they blow it up right there. And we slowly -- since I have been here in '75 have eliminated most of these rounds. But you still could find one. But since '75 we have not put dud-producing ordnance except in the areas you see designated in red.

Q What type reports exist concerning the unexploded ordnance as far as the location and disposal of it?

A There's probably -- I don't know that there is a report. Mr. Vickers is -- generally his people



FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313

CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original raised seal on this page.

I, MELODY W. YOES, Certified Court Reporter and Notary Public in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that DR. RONALD N. TOMAS after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 204 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto affixed my signature at Lake Charles, Louisiana, this the 23rd day of April, 1998.

Melody W. Yoes

MELODY W. YOES

Certification No. 87169



FORM CSR - LASER REPORTERS PAPER & MFG. CO. 800-626-6313