# In the United States Court of Federal Claims

No. 98-314 L
(Filed: May 21, 2007)

****************************************

**CENTRAL PINES LAND COMPANY, et al.,**

Plaintiffs,

v.

**THE UNITED STATES,**

Defendant.

****************************************

## ORDER

On March 28, 2007, Plaintiffs filed a motion for leave to file a sur-reply to Defendant's reply in support of summary judgment. On April 13, 2007, Defendant filed an opposition to the motion for leave. Plaintiffs did not reply to Defendant's opposition to the motion for leave.

Plaintiffs argue for leave to file a sur-reply as necessary to "reply to issues which should have been before the Court in Defendant's original [summary judgment] filing." Without Plaintiffs' sur-reply, they argue, "the Court will not have a proper appreciation of Plaintiffs' position on relevant issues." The Court, however, cannot discern any issues first raised by Defendant in its reply in support of summary judgment that were not in its principal brief (or that did anything more than merely respond to arguments made by Plaintiffs in opposition).

Accordingly, Plaintiffs' motion for leave to file a sur-reply is **DENIED**. The Clerk's Office is hereby directed to strike Plaintiffs' purported sur-reply which they filed concurrent with their motion for leave.

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge