# PLAINTIFFS' SUPPLEMENTAL APPENDIX IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

A. Memorandum For Record dated October 3, 1978 by Vance Johnson ( a real estate specialist at Fort Polk) documenting a telephone conversation with Mr. Wilder with the U.S. Army Corp of Engineers in Fort Worth

B. Letter dated December 6, 1979 to District Engineer, Fort Worth from Charles M. Blackard, Chief, Real Estate Division

C. Letter dated after July 8, 1980 to Shell Oil Company from Commanding General at Fort Polk

D. Undated (November 19, 1980?) Report of Availability for Seismic Survey (Hunt Exploration, Inc.)

E. Disposition Form dated November 19, 1980 by Samuel C. Remble to Commander FORSCOM

F. Letter dated December 17, 1980 to Terry Monso, Hunt Exploration, Inc. from Michael B. Cottrell

G. Handwritten note dated January 8, 1981 by Vance Johnson stating that Hunt is unable to complete 2 miles of line in the range

H. Letter dated April 23, 1982 to Amerada Hess Corporation from W. E. Kellenberger

I. Disposition Form dated May 6, 1982 by Ronald N. Tomas, Ph.D., Chief, Environmental and Energy, Control Division

J. Letter dated June 10, 1982 to Fort Polk from Amerada Hess Corporation

K. Information Paper dated July 16, 1982, Subject: Status of Mineral Rights

L. Telephone or Verbal Conversation Record dated October 3, 1983 by Vance Johnson

M. Handwritten note dated October 17, 1983 by Vance Johnson

N. Telephone or Verbal Conversation Record dated October 17, 1983 by Vance Johnson

O. Letter dated April 16, 1984 by Col. Allen D. Smith (Vance Johnson)

P. No document included in connection with this event.

Q. Memorandum dated October 7, 1993, by Charles E. Steele, Director of Lands And Minerals, United States Department Of Agriculture, Forest Service

R. No document included in connection with this event.

S. Letter dated November 9, 1995, addressed to Mike Cruse, Deputy General Counsel, Office of General Counsel, United States Department of Agriculture, Room 3201, Federal Building, Little Rock, Arkansas

T. Letter dated February 29, 1996 from A. J. Gray, III to Mr. Jeff Eisenberg, Office of General Counsel, United States Department of Agriculture

U. Letter dated March 11, 1996 by Kim G. Mayhall and A. J. Gray, III to Mr. Jeff Eisenberg

V. Memo For Col. Prosold dated June 19, 1996 from Herbert M. Carter, Office of Deputy Director of Public Works, Joint Readiness Training Center and Fort Polk

W. Letter dated August 6, 1996 from Jeffrey D. Eisenberg, Attorney, Natural Resources Division, Office of the General Counsel, United States Department of Agriculture, Washington, D.C. 20250-1400