AFZX-FEM-R

3 Oct 1978

✱ MFR

Subject: Oil and Gas Exploration Stipulations

1 On this date, Mr Wilber, Ch. acquisition Branch, FWD was telephoned, ~~and~~ SAB.

2. The following procedure was agreed to as being most feasible for establishing stipulations for the drilling of an exploratory oil well at the Leesville Artillery Range:

a. Step 1 - Wait for a request from the major company which has the rights to drill.

b. Step 2 - Determine time and location that Ft Polk will allow the drilling. at the same time advise the Major Company of the stipulations. - Based on Reasonableness

c. Step 3 - If the Major Company agrees - no problem. If they disagree - Then refuse to allow the drilling.

0180025

EXHIBIT A

Plaintiff's Resp. to MSJ
DOC 10zz

8. It is contemplated that the Major Oil Co./Mineral owners would take the lead to court (Federal). At that time FWS would be available to assist in the court hearing and in obtaining a court decision. This would be the favorable ~~Otherwise~~ position as defendant rather than plaintiff.

VEJ

019026