SWDRE-M (SWFRE-M 5 Nov 79) 1st Ind
SUBJECT: Acquired Lands Lease Offer - Camp Polk, Louisiana

DA, Southwestern Division, Corps of Engineers, Main Tower Building, 1200 Main Street, Dallas, TX 75202 6 Dec 79

TO: District Engineer, Fort Worth

1. I concur in your determination as stated in paragraph 8 of the basic letter, that title to the minerals should be shown to be in the United States notwithstanding the fact that title to the minerals may be contested at some future date.

2. An approved availability to lease the land area covered by the 51 lease applications is in the Office of the Chief of Engineers. We are advised that OCE plans to defer any further action pending a decision by the Secretary of Defense relative to the leasing of minerals under non-competitive basis at another military installation in this area.

FOR THE DIVISION ENGINEER:

Charles M. Blackard
CHARLES M. BLACKARD
Chief, Real Estate Division

9 Incl
nc



EXHIBIT B