EXHIBIT
#79

AFZX-FEM-R

Mr. Kenneth White
Shell Oil Company
P.O. Box 7736
Alexandria, LA 71306

Dear Mr. White:

In response to your request to conduct a seismic survey at Fort Polk, we are pleased to authorize the Eastern Line No. 2 commencing at grid coordinates 042325 and ending at grid coordinates 026470 for the time period 11 - 18 July 1980. The requested Western Line No. 1 from grid coordinates 310903 to 455903 is under review and may be approved when the training schedule will allow sufficient time for your operation. The Director of Facilities Engineering will advise you by letter of the available operation dates for survey line No. 1.

During your operation, adherence to the terms and conditions of both the Environmental Assessment and Letter Grant issued by the Fort Worth District Corps of Engineers will apply. As previously discussed by members of my staff, the Installation's military training requirements will have priority over seismic surveying operations.

Due to military activities in the ranges, it is imperative that daily coordination be made with Mr. Ronnie Mitchell of the Range Division, ACofS, G3, telephone 537-2819, prior to entry into the Fort Polk boundries.

Fort Polk welcomes the opportunity to cooperate with your firm in the search for new sources of hydrocarbons for an energy-short nation.

Sincerely,

JOSEPH T. PALASTRA, JR.
Major General, USA
Commanding

EXHIBIT
C

706946