EXHIBIT
#73

REPORT OF AVAILABILITY FOR SEISMIC SURVEY (HUNT EXPLORATION, INC.)

Description of Action (para 4-1a thru 41u, AR 405-80)

a. The land being made available is located inside the boundaries of the Fort Polk Military Reservation which is located in Vernon Parish, State of Louisiana. The survey lines will bisect land owned by the US Army (USA) and land owned by the US Forest Service (USFS). The Army has the right of making the surface available on the Army owned land, and under provisions of a Memorandum of Understanding must join the USFS in making the surface of the USFS land available for any purpose.

b. N/A

c. The land is within the impact areas of the firing range complex at Fort Polk and is periodically swept for surface decontamination from explosives/ordnance. Although the land is outside the contaminated impact area for the ranges, no guarantee can be made that sub-surface unexploded ordnance may be encountered, since the overall area has been used for firing live ordnance, e.g., small arms, mortar, and artillery since commencement of World War II in the early 1940's.

d. These lines are not located near any improvements other than training ranges which will not be adversely affected at the shot hole distance identified in the environmental assessment on file with the Environmental & Energy Control Office, DFAE, Fort Polk, Louisiana. Telephone AV 863-6244.

e. The maps at inclosures 1 and 2 identifies the requested survey liens.

f. N/A

g. N/A

h. N/A

i. The Finding of No Significant Impact is attached at inclosure 3.

j. The property is not identified in the National Register of Historic Places.

k. N/A

l. N/A

m. The future revocation of this lease would not prove embarrassing to the Department of the Army.

n. N/A

o. The land is being used for military training and could be made available for short periods of time periodically pending training schedules.

EXHIBIT D

012119

p. N/A

q. N/A

r. The proposed action will not jeopardize the habitat of any endangered or threatened species of fish, wildlife, or plants. This subject is further addressed in the Environmental Assessment on file at the Environmental and Energy Control Office, DFAE, Ft. Polk, Louisiana. Telephone AV 863-6244.

s. N/A

t. N/A

u. Special instructions and conditions to be incorporated into the permit:

(1) That Fort Worth District Corps of Engineers verify ownership of oil and gas rights affected by the requested survey and furnish the DFAE, Real Property Office, Ft. Polk, Louisiana the mineral ownership map and list.

(2) The permittee must obtain written permission from the mineral owners prior to conducting the seismic survey and furnish certified copy of same to DFAE, Real Property, Ft. Polk, Louisiana 71459.

(3) That the effective date of availability be immediate, with the Fort Polk Commander reserving the right to approve dates of entry, route of ingress and egress, and the route of the survey lines.

(4) The point of contact for this action is the Director of Facilities Engineering, Fort Polk, LA. The action will be coordinated with the ACofS, G3, DPT and USFS. Prior to entry onto US Government land, the operator Hunt Exploration, Inc., USFS, and Fort Polk representatives will have a pre-operational conference and inspection of the land. Subsequent to the seismic survey, a post-operational inspection and conference will be conducted.

012440