#21

ACTION OFFICER: Vance E. Johnson DATE 14 Nov 80 JH

RELEASED BY: [signature] DATE

W. E. KELLENBERGER
LTC (P), EN
Director of Facilities Engineering

AFZX-FEM-R

1 9 NOV 1980

SUBJECT: Permit for Conducting Seismic Survey (Hunt Exploration, Inc.)

Commander
USA FORSCOM
ATTN: AFEN-CD-RE
Fort McPherson, GA 30330

1. Hunt Exploration, Inc. has requested a permit which authorizes seismic surveying of three lines across the Fort Polk Military Reservation which are identified on maps at inclosures 1 and 2.

2. IAW AR 405-80, the Statement of Availability and the Finding of No Significant Impact are attached at inclosures 3 and 4 respectively.

3. Request Approval.

FOR THE COMMANDER:

ORIGINAL SIGNED
SAMUEL C. REMBLE
2LT, AGC
ASST ADJUTANT GENERAL

4 Incl
as

CF:
Fort Worth District, Corps of Engineers, ATTN: SWFEE-M, P.O. Box 17300, Fort Worth, TX 76102

MFR: This action only allows a permit for conducting the seismic survey on land in the Leesville Artillery Range. The conditions of the permit reserves for the Commander, Fort Polk, approval of survey line, route of ingress and egress.

2. The DFAE, Real Property, is the point of contact for controlling the action and for conducting joint pre-operation and post operation conferences and inspections in concert with EECO and G3.

3. This action includes sufficient stipulations to protect military use of the property at all times.

4. This action is consistent with: DA ltr. DAEM-REM-C, Subject: "Mineral Leasing on Acquired land of the U.S. set ~~apart~~ for Military or Naval purposes" 21 Feb 78, which establishes the criteria for making land available IAW Public Law 94-377, 96 Stat 1090 approved 4 Aug 76.

012356

VEB

EXHIBIT 3

MILLER
DOCUMENT 112