DEPARTMENT OF THE ARMY
FORT WORTH DISTRICT, CORPS OF ENGINEERS
P. O. BOX 17300
FORT WORTH, TEXAS 76102

REPLY TO
ATTENTION OF:

SWFRE-M

17 December 1980

SUBJECT: Letter Grant for Conducting Seismic Survey by Hunt Exploration, Inc. at Fort Polk, Louisiana

Mr. Terry Monso
Hunt Exploration, Inc.
P.O. Box 916
Many, LA 71449

Dear Mr. Monso:

Reference your request to perform a seismograph survey across certain land at Fort Polk, Louisiana, as indicated in red on the attached map identified as Exhibit A.

Permission is granted to enter on these public lands subject to the following conditions:

a. That it is understood that this permission is granted only insofar as the rights of the United States in the property involved are concerned and that Hunt Exploration, Inc., hereinafter called the permittee, shall obtain such permission as may be necessary on account of any other existing rights.

b. That the permittee shall coordinate all activities with the Director of Facilities Engineering, Fort Polk. The Director of Facilities Engineering will be notified prior to entry on public land and will be advised when the survey is completed.

c. Lands included in this grant is within the impact area of an artillery range and may be contaminated by unexploded bombs, shells, rockets, mines, charges and/or other explosives on or below the surface. That the United States shall not be responsible for damages to property or injuries to persons which may arise from or be incident to the exercise of the privileges herein granted and the permittee shall hold the United States harmless from any and all such claims.

d. That the permittee shall be responsible for damages to Government property and for damages to property of the Government's authorized surface users. No contamination, pollution, or defacing of the property will result

EXHIBIT F

SWFRE-M
SUBJECT: Letter Grant for Conducting Seismic Survey by Hunt Exploration, Inc. at Fort Polk, Louisiana

from the seismographic operations, and following the completion of operations, the area will be restored to a condition satisfactory to the Director of Facilities Engineering. At the Government's option, any damage to Government property may be resolved by restoration or the payment of a monetary consideration.

e. The permittee must obtain written permission from the mineral owners prior to conducting the seismic survey and furnish a certified copy of same to Director of Facilities Engineering, Real Property, Fort Polk, Louisiana.

f. All seismographic survey work must be completed by 4 January 1981.

Please indicate your acceptance by signing and returning the statement appearing at the bottom of the inclosed duplicate copy of this letter. Your acceptance of the above conditions and requirements constitute an immediate right-of-entry to conduct the seismic survey.

Sincerely,

MICHAEL B. COTTRELL
Chief, Real Estate Division

2 Incl
As stated

Copy furnished:
Cdr, Fort Polk, ATTN: AFZX-FEM-R, Ft. Polk, LA 71459

The foregoing authorization is hereby accepted subject to the above stated conditions this 22nd day of December 1980.

Jerry Monceaux
PERMIT AGENT
(TITLE)


SLAGLE
ZION
HILLS
MILITARY RESERVATION
Mill Creek Cem (4)
Zion Hill Cem (5)
EXHIBIT 'A'


FULLERTON
LEESVILLE
IMPACT
FP SURVEY LINE #5
Smith Cem (8)
Seamon Cem (9)
Oak Grove Church
Dismantled Railroad
Cem 13