8 Jan 81

MFR

Subject: Seismic Survey (Hunt)

1. Hunt has completed the survey except for two (2) miles in the ranges and this has been postponed indefinitely or possibility dropped entirely.

2. Mr Manno, Permit agent, will furnish me well drill log & shot ~~hole~~ pt. plat & record.

3. Mr Manno was advised that he should call Range Center for obtaining a period in march-apr time frame if he wants to complete the line. also that he must keep DFAE informed. [illegible]

012382

EXHIBIT
G