AFZX-FEE-RE

23 April 1982

Amerada Hess Corporation
P.O. Box 2040
ATTN: Mr. Fred E. Stoops
Tulsa, Oklahoma 74102

Gentlemen:

This responds to your letter of 19 April 1982 concerning exploratory and development drilling at T1 & 2N-R5 & R6. The provisions of the THIRD condition set forth in the "Stipulation for Partial Lifting of Mineral Moratorium" executed between the United States and four principal mineral owners and dated 26 July 1976, is self-explanatory. Should a well become commercially productive, the Installation Commander of Fort Polk would at that time evaluate any reasonable request to drill additional wells.

Concerning any substantial geophysical exploration in our view, again, the FIRST condition of the above cited stipulation is self-explanatory in this matter. In accordance with that provision, mineral owners may conduct oil and gas exploration in a limited manner.

Please find enclosed your requested copies of Standard Operating Procedures which pertain to both geophysical surveys and oil/gas exploration.

My point of contact for coordination of specific requests for geophysical surveys and for locations for exploratory oil/gas wells, is Alfred L. Holmes, Realty Specialist, Directorate of Facilities Engineering, telephone number (318) 535-6317/7796.

Sincerely,

Original Signed

W. E. KELLENBERGER
Colonel, EN
Director of Facilities Engineering

2 Inclosures
as

EXHIBIT H

706392