# DISPOSITION FORM

For use of this form, see AR 340-15; the proponent agency is TAGCEN.

| REFERENCE OR OFFICE SYMBOL | SUBJECT |
|---|---|
| AFZX-FEC | Generic Environmental Evaluation |

TO C, EPSD 10 May 82

FROM C, EECD DATE 6 May 82 CMT 1

Mr. Hammerschmidt/mt/6244

1. As required by the Bureau of Land Management, the following surface use restrictions would apply on a case-by-case basis:

a. Seismic Exploration: See SOP 32X-9 revised 14 May 81 (Inclosure 1).

b. Exploratory Wells:

(1) Wells may not be erected on past or present landfill sites or ingress/egress routes thereto.

(2) Wells may not be erected on active borrow sites or access roads thereto.

(3) Site location will consider possible impacts upon archaeological sites or habitat of rare and endangered species. The EECD will review the leasee's environmental assessment or impact statement as required by the National Environmental Policy Act of 1969.

(4) Site specific restrictions will be discussed at pre-operational conferences coordinated with this office.

2. It is noted that the training mission of the 5th Inf Div (M) will generally preclude access to many areas a large portion of the time. Similarly, a "hold harmless" clause should be inserted for areas where unexploded ammunition may exist and the leasee so informed of potential dangers. The G3 needs to be afforded the opportunity to respond to surface use restrictions as it impacts their operational missions.

3. The comments made herein are not to be considered all inclusive, but rather to address general issues facing a potential leasee. Any additional restrictions addressed by this division will be made, as necessary, to preclude environmental degradation.

2 Incl
1. as
2. Lease Offers

RONALD N. TOMAS, Ph.D
Chief, Environmental and Energy
Control Division

EXHIBIT I

Incl 3

DA FORM 2496 REPLACES DD FORM 96, WHICH IS OBSOLETE