# AMERADA HESS CORPORATION

P. O. BOX 2040
TULSA, OKLAHOMA 74102
918-599-4200

June 10, 1982

Mr. Al Holmes
H. Q. 5th Infantry Division (M) Fort Polk
Directorate of Facilities Engineering
AF2X-FEE-RE
Fort Polk, Louisiana 71459

Re: Request for Permission to
Shoot Seismic
Fort Polk
Allen Parish, Louisiana

Dear Mr. Holmes:

Pursuant to your directions at our recent meeting, please accept this as Amerada Hess' formal request for permission to shoot seismic lines as delineated on the attached plat. As stated in our meeting, our ultimate goal would be the drilling of an oil well at a location specified by the interpretation of the seismic lines shot. Therefore, if we would be prohibited from drilling a well, we would not be interested in shooting the proposed seismic lines.

Please advise concerning this matter at your earliest convenience. If you have any questions concerning this matter, feel free to call the undersigned at (918) 599-4458.

Yours truly,

AMERADA HESS CORPORATION

Fred E. Stoops
Fred E. Stoops
Landman

FES:sp

Attachment.

EXHIBIT
5

MILLER
DOCUMENT 153

011722




**LOCATION MAP**




**LEGEND**

- Dry & Abandoned
- Prospect Outline
- Existing Seismic,
- Proposed Seismic Shooting

**INVESTMENT SUMMARY**

To Date: 1/82
Acres:
Date Acquired:
Bonus: $
G & G: $
Rentals To Date: $
Drlg: $
TOTAL $

# TULSA EXPLORATION REGION
## FORT WASHINGTON PROSPECT
Vernon Parish, Louisiana

AMERADA HESS

## SEISMIC SHOOTING

0 1 2 Miles

Geologist: J. W. O'Bryan
Geophysicist: M. Zebrowski
Intervals:
Date: 1/82
Prospect No: 70001
Prosp No 011723
Budget No

# AMERADA HESS CORPORATION

June 10, 1982

P. O. BOX 2040
TULSA, OKLAHOMA 74102
918-599-4200

Mr. Al Holmes
H. Q. 5th Infantry Division (M) Fort Polk
Directorate of Facilities Engineering
AF2X-FEE-RE
Fort Polk, Louisiana 71459

Re: Request for Permission to
Shoot Seismic
Fort Polk
Allen Parish, Louisiana

Dear Mr. Holmes:

Pursuant to your directions at our recent meeting, please accept this as Amerada Hess' formal request for permission to shoot seismic lines as delineated on the attached plat. As stated in our meeting, our ultimate goal would be the drilling of an oil well at a location specified by the interpretation of the seismic lines shot. Therefore, if we would be prohibited from drilling a well, we would not be interested in shooting the proposed seismic lines.

Please advise concerning this matter at your earliest convenience. If you have any questions concerning this matter, feel free to call the undersigned at (918) 599-4458.

Yours truly,

AMERADA HESS CORPORATION

Fred E. Stoops
Landman

FES:sp

Attachment.

706390

#103

# AMERADA HESS CORPORATION

P. O. BOX 2040
TULSA, OKLAHOMA 74102
918-599-4200

April 19, 1982

HQ 5th Infantry Division (M) Fort Polk
Directorate of Facilities Engineering
AF2X-FEE-RE
Fort Polk, Louisiana 71459

Re: Surface Use Restrictions
T1 & 2N - R 5 & 6
Vernon Parish, Louisiana

Dear Sir:

Amerada Hess Corporation is interested in obtaining an oil and gas lease on the acreage outlined in the attached plat. The minerals are owned by W. T. Burton, Industries. It is our understanding that all, or part of the surface is contained within Fort Polk.

Please advise relative to the restrictions you would place on our use of the surface pursuant to oil and gas exploration activities. If you have any questions relative to this matter, feel free to contact our office.

Yours truly,

AMERADA HESS CORPORATION

Fred E. Stoops
Fred E. Stoops
Landman

FES:sp

Attachment.

706393


Vernon Parish
R 5 W
R 6 W
PAN AM
Burton Ind No.1
TD 17,699'
SMITH No.1
Fullerton Mfg
TD 5344'
HALBOUTY & CHANCE
Gulf Lumber No.1
TD 7202'
FULLERTON
TULSA EXPLORATION REGION
FORT WASHINGTON PROSPECT
Vernon Parish, Louisiana
Buy outline
706394
AMERADA
HESS
INVESTMENT SUMMARY
LEGEND
Dry & Abandoned
Prospect Outline
LOCATION MAP