# INFORMATION PAPER

AFZX-FEE-RE
16 July 1982

SUBJECT: Status of Mineral Rights

ISSUE. Status of Mineral Rights on Fort Polk and Peason Ridge

FACTS.
1. Fort Polk has paid a mineral rights moratorium fee to the owners of approximately 44,000 acres in what is known as the Leesville Artillery Range since 1972, and also to the owners of 33,000 acres known as the Peason Ridge Artillery Range since 1950. The Department of the Army proposed to acquire fee minerals for the combined total of 77,000 acres in the FY 76 MCA Program. In November 1975, Congress denied the request for funds and directed further studies be made into the necessity of acquiring mineral rights and the compatability of military training and mineral exploration/development.

2. Peason Ridge Artillery Range (33,000 Acres)

a. As a result of the study, the moratorium has been lifted over 31,023 acres at Peason Ridge. This was accomplished by the mineral owners agreeing to stringent stipulations which protect the Army's training interest. Negotiations continue to lift the remaining 1,200 acres under moratorium at Peason Ridge.

b. IAW the terms stipulated by the U.S. District Court, C.A. 19119 grants the four principal mineral owners, Hodges, Peavy-Wilson, Martin Lumber, and Meridian Land and Mineral Corp. the right to drill one well per calendar year after obtaining the Commanding General's approval concerning igress and egress, location, burial of flow lines, well head and equipment as might be required to avoid interference with military operations. Also, drilling of additional wells or multiple wells from a common location may, at the discretion of the Installation Commander, be permitted.

c. To date, A.J. Hodges Industries is the sole mineral owner to apply for permission to explore at Peason Ridge under the terms of the stipulations. He commenced drilling in March 1977 at grid coordinates VE725655. On 25 Sep 77, a producing well was discovered in the Wilcox Formation at approximately 3400' deep. The oil well initially flowed at approximately 200 barrels of oil per day, however, slowed to some 50 barrels per day after testing for 30 days. In Jun 78, Hodges was granted authority to install a pipeline from the producing well to a storage tank system, which is located outside Peason Ridge Artillery Range. Subsequently, due to technical difficulties the well was shut-in. On 25 Mar 81 Hodges requested permission to remove all equipment, restore the site and abandon the well and well site. Therefore, no oil or gas wells in producible quantities have be[illegible]ered at Peason Ridge.

EXHIBIT K

012171

AFZX-FED-RE
SUBJECT: Status of Mineral Rights

d. On 11 Nov 77, MG Steele authorized A.J. Hodges Industries one additional location at grid coordinates VE731658 and on 14 Dec 77, MG Steele authorized A.J. Hodges Industries two additional locations for future exploration wells. Both of these locations were Northeast of the producing oil well at grid coordinates VE763630 and VE741664. On 14 Dec 77, A.J. Hodges abandoned the well at VE731658 as a dry hole. On 24 Jul 79, BG Ballantyne, Acting Commander, authorized Hodges Industries a location at grid coordinates VE740660 where another dry well was drilled between 17 and 28 Sep 79. As a result of the last dry hole, drilling at Peason Ridge has ceased. Currently, more geophysical analyses are being conducted prior to drilling another location at Peason Ridge. A.J. Hodges, Peavy-Wilson, and Roy O. Martin, three of the principal mineral owners at Peason, who control approximately 28,000 acres of mineral rights are negotiating with Cox Oil and Gas Producers, Lafayette, La., for possible lease of their mineral rights. Cox Oil and Gas Producers have requested, by letter, clarification of the Command's position on allowing more than one well per calendar year as described in the court stipulations (2b above).

3. Leesville Artillery Range (44,000 Acres)

The entire Leesville Artillery Range, comprising approximately 44,000 acres, remained under moratorium until 31 Mar 76. The cost of maintaining the Leesville Artillery Range moratorium was approximately $88,000 per annum. On 1 Jul 77, MG Steele; COL Teague, DFAE; and Mr. John Camp, Executive Director of Burton Industries which owns the mineral rights for 33,000 acres at Leesville Artillery Range met for discussion of the moratorium. MG Steele advised Mr. Camp that Fort Polk's position in the search for minerals (oil and gas) was of total cooperation with the mineral owner and of his intent to schedule training and firing so that mineral owners can explore in all areas of the range where safe to do so. To date, no requests for drilling an exploration well on the Artillery Range have been received. Information gleaned from various large land holders (Boise Southern, Crown Zellerbach); from oil and gas industry personnel; and drilling reports indicate that the exploration activity in this geographical area may increase significantly during the next two (2) years. This activity will consist of numerous seismic surveys and geophysical analyses prior to the drilling of exploratory wells. During the period from Jul 80 to Apr 81, four seismic surveys have been conducted.

4. Fort Polk, Army Owned-Other Than Leesville Artillery Range (35,000 Acres)

On 15 Nov 78, representatives from Amoco Production Co., New Orleans Division Exploration, met with the Facilities Engineer and discussed Amoco's filing of applications with the Department of Interior for Federal Oil and gas exploration on lands at Fort Polk (other than Peason Artillery Range). Amoco's representatives recognize that the Fort Polk Commander's approval is required prior to any oil and gas exploration within the boundaries of the Army reservation. Also, Amoco's representatives acknowledged that the mission of Fort Polk for military training is paramount and that the mineral owners rights for mineral exploration and development are subordinate to the accomplishment of the military mission.

Mr. Holmes/57796