# TELEPHONE OR VERBAL CONVERSATION RECORD

For use of this form, see AR 340-15; the proponent agency is The Adjutant General's Office.

DATE: 3 Oct. 1983

SUBJECT OF CONVERSATION: Shell Oil – Seismic Survey

**INCOMING CALL**

| PERSON CALLING | ADDRESS | PHONE NUMBER AND EXTENSION |
|---|---|---|
| Rolland Jenik | Permit Agent - Shell | (318) 445-7284 |
| **PERSON CALLED** | **OFFICE** | **PHONE NUMBER AND EXTENSION** |
| Vance Johnson | | |

**OUTGOING CALL**

| PERSON CALLING | OFFICE | PHONE NUMBER AND EXTENSION |
|---|---|---|
| | | |
| **PERSON CALLED** | **ADDRESS** | **PHONE NUMBER AND EXTENSION** |
| | | |

SUMMARY OF CONVERSATION:

Shell wants to do extensive surveys. Wants to do an extensive survey - Lines have not been determined and will not until meeting w/"off limits" areas identified by Ft. Polk

[signature]

EXHIBIT 7

01300

DA FORM 1 APR 66 751 REPLACES EDITION OF 1 FEB 58 WHICH WILL BE USED.

☆U.S. G.P.O. 1982-564-036/0171

MILLER DOCUMENT 158