EXHIBIT M

**ROUTING AND TRANSMITTAL SLIP** Date 17 Oct 83

| TO: (Name, office symbol, room number, building, Agency/Post) | Initials | Date |
|---|---|---|
| 1. Irene | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | | | | |
|---|---|---|---|---|---|
| | Action | | File | | Note and Return |
| | Approval | | For Clearance | | Per Conversation |
| | As Requested | | For Correction | | Prepare Reply |
| | Circulate | | For Your Information | | See Me |
| | Comment | | Investigate | | Signature |
| | Coordination | | Justify | | |

REMARKS

(1) File w/ new Petty Roy Gen- Physical.

(2) They cancelled Decl

DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions

| FROM: (Name, org. symbol, Agency/Post) | Room No.—Bldg. |
|---|---|
| [signature] | Phone No. |

5041-102 OPTIONAL FORM 41 (Rev. 7-76) Prescribed by GSA FPMR (41 CFR) 101-11.206

705370