# TELEPHONE OR VERBAL CONVERSATION RECORD

For use of this form, see AR 340-15; the proponent agency is The Adjutant General's Office.

| | | |
|---|---|---|
| **DATE** | 17 Oct 1983 | |
| **SUBJECT OF CONVERSATION** | Petty-Ray Geo-Physical: S28&29, T1N R5W | |
| **INCOMING CALL** | | |
| **PERSON CALLING** Larry Langenberg | **ADDRESS** Permit Agent | **PHONE NUMBER AND EXTENSION** 318 335-8292 |
| **PERSON CALLED** | **OFFICE** | **PHONE NUMBER AND EXTENSION** |
| **OUTGOING CALL** | | |
| **PERSON CALLING** | **OFFICE** | **PHONE NUMBER AND EXTENSION** |
| **PERSON CALLED** | **ADDRESS** | **PHONE NUMBER AND EXTENSION** |

**SUMMARY OF CONVERSATION:**

① Cancel request for survey - Petty-Ray's client has decided not to risk going into the Range.

② Mr. Langenberg will notify Mr. Griffin, USFS, Leesville, La.

EXHIBIT 2

705373

DA FORM 751, 1 APR 66 — REPLACES EDITION OF 1 FEB 58 WHICH WILL BE USED.

U.S. G.P.O. 1983-564-036 '0371