AFZX-EHP-MR 16 April 1984

SUBJECT: Seismic Permit

Shell Western E&P Incorporated
ATTN: Mr. Terry Gore
P. O. Box 7736
Alexandria, LA 71306

1. Reference telephone conversation between Mr. Terry Gore, Permit Agent of Shell Oil Company and Mr. Vance Johnson this headquarters on 13 April 1984, subject as above.

2. As discussed in referenced telephone conversation, the programmed training scheduled at Fort Polk is intensive for the period of April through July 1984. During this period the 5th Infantry Division (Mechanized), the Louisiana National Guard and several US Army Reserve Component units will be utilizing all available facilities. The period of early August through October 1984 will be a time when seismic activities can be accommodated; specific dates will be determined and coordinated with Shell's Permit Agent within the next 2-3 weeks.

3. The point of contact for this action will be Mrs. Cindy Carter, telephone (318) 535-7796/6317.

ALLEN D. SMITH
Colonel, ~~Corps of Engineers~~
Director of Engineering and Housing

ACTION OFFICER AND DATE: Vance E. Johnson 16 Apr 84

MFR: Info obtained through coordination with G3, Range Division and the scheduling for Apr-Jul 84.

VEJ

EXHIBIT O

013001

MILLER DOCUMENT 166

HT [illegible]

Subject: Seismic Permit 13 April 1984

Shell Western E&P Inc
P.O. Box 7736
Alexandria, La 71306
attn: Mr. Terry Gore

① Reference telephone conversation between Mr. Terry Gore, Permit agent Shell Oil Company and Vance Johnson, Real Property, Directorate of Engineering and Housing on 13 April 1984 concerning the above subject

② As discussed in referenced telephone conversation, the ~~[illegible]~~ programmed training schedule at Ft. Polk is ~~[illegible]~~ intensive for the periods of April thru July 1984. During this period the 5th Inf (Mech) Division, the Louisiana National

② Guard and several U.S. army Reserve Component units will be utilizing all available facilities. During the period of early August ~~thru~~ through Oct 1984 will be a time when seismic activities can be accomodated. Specific dates will be determined and coordinated with Shell's permit agent within the next ~~two to four weeks~~ few days.

③ The ~~future~~ paint of contact for this action will be Mrs. Cindy Carter, telephone (318) 535-7796/6317

13009

[illegible]

Subject: Seismic Permit 13 April 1984

Shell Western E&P Inc
P.O. Box 7736
Alexandria, La 71306
attn: Mr. Terry Gore

① Reference telephone conversation between Mr. Terry Gore, Permit agent, Shell Oil Company and Vance Johnson, Real Property, Directorate of Engineering and Housing on 13 April 1984 concerning the above subject.

② As discussed in referenced telephone conversation, the ~~[illegible]~~ programmed training schedule at Ft. Polk is ~~[illegible]~~ intensive for the periods of April thru July 1984. During this period the 5TH Inf (Mech) Division, the Louisiana National

② Guard and several U.S. Army Reserve Component units will be utilizing all available facilities. During the period of early August ~~thru~~ through Oct 1984 will be a time when seismic activities can be accomodated. Specific dates will be determined and coordinated with Shell's permit agent within the next ~~two to four weeks~~ few days.

③ The ~~future~~ point of contact for this action will be Mrs. Cindy Carter, telephone (318) 535-7796/6317

13009