R.

No document included in connection with this event.