| | Expiration | Lessee |
|---|---|---|
| | 6-1-2003 | Texaco (10 yr. Leases - noncompetitive) |
| | 8-1-97 | Sonat and/or Helmerich & Payne (5 year competitive leases) -- {no drilling on 270.24 acres in Sec. 33, T1N-R6W & Sec. 4, T1S-R6W} |
| | 6-1-2003 | Helmerich & Payne or Kris Melancon (10 yr. Noncompetitive) |
| | 2-1-98 | Elzalene J. Sullivan (Simultaneous Noncompetitive 10 yr. leases) |
| | 6-1-96 | Estate of Raymond Chorney (Simultaneous Noncompetitive 10 yr. leases) |

## LEGEND --- LEASEHOLD

FORT POLK & KISATCHIE NATIONAL FOREST, VERNON PARISH, LA.

TRACTS CORRESPONDING TO EXECUTIVE SUMMARY

Tract A Tract B Tract C



# LAND USE REQUIREMENTS STUDY

FORT POLK, LOUISIANA

REVISED 12 June 1996

These sorties are at no cost to the Army if used in support of JRTC. Additional USAF training opportunities to include gunnery/bombing within the Redleg I Impact Area are provided. The USAF schedules and also conducts gunnery at a dedicated impact area (Claiborne Range) on the Evangeline District of the Kisatchie National Forest located 10 miles to the east of Fort Polk; Evangeline District is composed of 97,640 acres. Fort Polk has agreed with the USAF to provide use of the air space during nonrotational periods including use of Redleg I and access to airspace corridors to the Claiborne gunnery range. USAF activities are scheduled by USAF personnel collocated with the G3/DPTMS, Range Division.

e. Mineral Rights: Civilian owners and the Bureau of Land Management retain control of the majority of mineral rights associated with the installation. Civil actions which precluded exploration have been allowed to expire by mutual agreement between Fort Polk and owners of mineral rights. Exploration has been allowed and some discoveries made. By agreement, wells will not be drilled closer than one mile from existing wells. Impact on maneuver acreage resulting from mineral exploration is not considered significant at this time. However, an oil company plans to emplace up to six wells on Fort Polk in the next 12 months with the possibility of numerous others in the future. Another company has indicated they want to begin negotiation for oil drilling. This has the potential to seriously reduce access to lands currently used for training.

f. Definitions:

(1) Baseline - A training year in which no weekend or holiday training is conducted and consists of 242 training days.

(2) Moderate - A training year in which weekend training is conducted except for the major holidays and consists of 330 training days.

(3) Intensive - A training year in which weekend and holiday training is conducted and consists of 365 training days.

SECTION II - THREAT