oil file

OFFICE OF THE
DEPUTY DIRECTOR OF PUBLIC WORKS
JOINT READINESS TRAINING CENTER AND FORT POLK
FORT POLK, LOUISIANA

MEMO FOR Col Prosch DATE 19 Jun 96

SUBJECT CG Thur UPDATE, 20 Jun 96

Sir,

- Attached is a Copy of DPW up date slide.

- Please forward on to G3, if Approved.




BELCO MTG, AFTER 2 Hr SESSION THEY ARE willing To locate Wells To REDUCE impacts ON Training. THEY will get Back with US AFTER THE TEST WELL is Drilled and is a producer, JAN-FEB 97 IF ITS A DRY HOLE, THEY plan No Drilling ON OUR Training AREAS.

009077

EXHIBIT
V
tabbies