# In the United States Court of Federal Claims

No. 98-314 L
(Filed: March 26, 2008)

****************************************
*
**CENTRAL PINES LAND COMPANY, et al.,** *
*
Plaintiffs, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**NOTICE FOR ORAL ARGUMENT**

In response to an inquiry from Plaintiffs' counsel, the Court wishes to advise the parties of the format tomorrow's oral argument will follow and of some expectations of its own. The oral argument order sent out on February 29, 2008 specified the issues the Court was interested in discussing. Counsel for both parties should be aware that the Court intends to devote most of the session to asking specific questions having to do with these issues. Only after the Court's questions have been answered will counsel be allowed to address matters to which the questions did not pertain if they so desire.

Counsel should also keep in mind that the Court does not expect any references to information or legal issues that were not included in principal or supplemental briefing on Defendant's motion for summary judgment, with the exception of matters the Court specified in the oral argument order (e.g. the takings "tests" the United States Supreme Court articulated in *Penn Central Transp. Co. v. New York City*, 438 U.S. 104 (1978), *Loretto v. Teleprompter Manhattan CATV Corp.*, 458 U.S. 419 (1982), and *Lucas v. S.C. Coastal Council*, 505 U.S. 1003 (1992), as well as the relevance of *Yuba Goldfields, Inc. v. United States*, 723 F.2d 884 (Fed. Cir. 1983) to this case).

s/Edward J. Damich
EDWARD J. DAMICH
Chief Judge